UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

JOE ALVAREZ
     Debtor/Plaintiff

v.

     BANK OF AMERICA, N.A.,
VENTURES TRUST 2013-I-H-R., and
SERVIS ONE, INC. d/b/a BSI
FINANCIAL SERVICES INC.,

     Defendant(s).

_____/

CASE NO: 08-12806-JKO

CHAPTER 7

ADV. PROC. NO. 15-01176-JKO

VIOLATION OF DISCHARGE INJUNCTION

## AMENDED COMPLAINT SEEKING DAMAGES IN CORE ADVERSARY

COMES NOW THE DEBTOR, JOE ALVAREZ, (hereinafter referred to as "Plaintiff" or "Debtor"), by and through the undersigned attorney of record, and respectfully presents this Amended Complaint for Damages and Injunctive Relief against the Defendants BANK OF AMERICA, N.A., VENTURES TRUST 2013-I-H-R and SERVIS ONE, INC. d/b/a BSI FINANCIAL SERVICES, INC., (hereinafter referred to jointly as "Defendants") and states as follows:

## I.    INTRODUCTION

1.    This is an Amended Complaint for damages and injunctive relief for Defendants' violation of the Chapter 7 Discharge Injunction.

2.    The Plaintiff, JOE ALVAREZ, seeks damages against Defendants for their attempting to collect on a discharged mortgage debt in violation of the Chapter 7 Discharge Injunction

and in violation of the Telephone Consumer Protection Act, 15 of 1991, 47 U.S.C. § 227, *et seq.,*(hereafter "TCPA").

## II.   JURISDICTION AND VENUE

3.     The Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C § 1334 and 28 U.S.C § 1331.

4.     Venue before this Court is proper pursuant to 28 U.S.C. § 1409.

5.     This Amended Complaint contains two core proceedings pursuant to 28 U.S.C. 157 and 1409.

## III.   PARTIES

6.     Plaintiff, JOE ALVAREZ, is a natural person residing in Broward County, Florida.

7.     Defendant, BANK OF AMERICA NATIONAL ASSOCIATION (hereinafter "BANA"), is a National Association doing business in and throughout the State of Florida and throughout the United States.

8.     Defendant, VENTURES TRUST 2013-I-H-R (hereinafter "VENTURES"), is a trust organized under the laws of the State of Rhode Island, which conducts business in Broward County, Florida.

9.     Defendant, SERVIS ONE, INC. d/b/a BSI FINANCIAL SERVICES, INC (hereinafter "BSI"), is a Delaware Corporation engaging in loan and mortgage servicing for financial institutions, including for VENTURES, throughout the country, including Broward County, Florida.

10.     Debtor is the "called party" with respect to the calls placed to his cellular telephone number (305) 479-1030, as further described herein. *See Soppet v. Enhanced Recovery Co.,, LLC*, 679, 643 (7th Cir. 2012)

2

## IV.    FACTUAL ALLEGATIONS

11.    Plaintiff, JOE ALVAREZ, as a Debtor filed a voluntary petition under Title 11 Chapter 7 of the United States Bankruptcy Code on March 10, 2008. On his Voluntary Petition, Plaintiff listed his mortgage debt, then owned by Countrywide, a predecessor of BANA.   See Voluntary Petition 08-12806-JKO, Schedule D [D.E. 1] at page 13.

12.    An Order of Discharge was duly entered in this proceeding on or about on June 13, 2008, and the case was duly closed on February 12, 2009.

13.    Plaintiffs' debts, including his mortgage debt, which ALVAREZ did not redeem, surrender, nor reaffirm, were discharged in the underlying bankruptcy case on June 13, 2008. No objections to the discharge were filed.

14.    As described herein, Defendant, BANA, employed business practices resulting in intentional harassment and abuse of the Debtor and engaged in patters of abusive and harassing conduct by and through its agents and representatives in an effort to collect the above referenced mortgage loan debt from Debtor.

15.    As described herein, Defendants, implemented their unlawful collection conduct by sending Debtor threatening collect letters asserting false and misleading information.

16.    Debtor is the regular user and carrier of the cellular telephone number at issue, ending in 1030, and was the called party and recipient of BANA's calls described herein, for which calls he was charged.

17.    The telephone calls at issue were placed by Defendant, BANA, using an automated telephone dialing system as specified by the TCPA, 47 U.S.C. §227(a)(1), which has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator; and to dial such numbers (hereinafter "ATDS" or "autodialer").

18.    Despite actual knowledge of its wrongdoing, Defendant, BANA continued to make harassing and abusive calls to debtor.

3

19.     Within the 5 and a half year period preceding the filing of this action, Defendant, BANA, intentionally harassed and abused the Debtor, on numerous occasions by its agents as represented calling Debtor's aforementioned cellular telephone number and residential telephone number several times during one day, and on back to back days, with such frequency as can reasonably be expected to harass.  See BANA's Loss Mitigation call history attached hereto as composite Exhibit "A".

20.     Subsequent to the Order of Discharge, the Mortgage Lender, then Countrywide Bank, merged with BANA on April 27, 2009.

21.     Approximately two years later BANA, on behalf of the merged Countrywide, assigns the mortgage to BAC HOME LOANS SERVICING, LP f/k/a COUNTRWIDE HOME LOANS SERVICING, LP.

22.     BAC HOME LOANS SERVICING, LP had previously merged with BANA on July 1, 2011.

23.     Thus, at the time of the Assignment, BANA stood in the shoes of the original mortgagee, thus had actual knowledge of the discharge.

24.     Notwithstanding this knowledge, and the fact that the Debtor mistakenly believed he was obligated to pay the mortgage debt (but did not execute a reaffirmation agreement) did actually pay approximately One Hundred Eleven thousand ($111,000.00) post-petition.

25.     On or about November 26, 2013, BANA sold the discharged debt to VENTURES.

26.     Despite knowledge of the sale and the automatic violation of the discharge from selling discharged debts, BANA continued to demand payment from the Debtor for the discharged mortgage debt.  See correspondence from BANA attached as composite Exhibit "B".

27.     BANA, despite actual and constructive knowledge, continued to send monthly statements for nearly six (6) years post-petition, and two letters with the Intent to Accelerate, and

4

sold the discharged debt to a third party knowing that third party would seek to collect and continue the harassment.

28.  While VENTURES and BSI were not included as creditors on Plaintiffs voluntary Petition, the Defendants were on constructive knowledge as the mortgage debt was discharged, as the same was reported by VENTURES, through BSI, to the three major credit bureaus as discharged in Bankruptcy.

29  Additionally, VENTURES and BSI were put on actual notice by virtue of a letter from Plaintiffs Attorney, dated March 3, 2014, and the lawsuit styled *Alvarez* v. *Bank of America, Corp,* 13-cv-60009-KAM, which was served on September 22, 2014 and September 12,2014, respectively. See Letter dated March 3, 2014 attached hereto as Exhibit "C".

30.  Now, despite constructive and actual knowledge, VENTURES and BSI continue sending statements seeking to collect on the discharged mortgage debt over six (6) years after the discharge. See redacted BSI statements attached as hereto as composite Exhibit "D".

31.  All conditions precedent to the filing of this action have occurred or have otherwise been waived.

**General Allegations**

32.  Defendants failed to implement an effective procedure to review all of the defaulted files acquired in order to confirm that appropriate bankruptcy codes have been entered or noted where necessary or to take other affirmative steps to properly disqualify such accounts from active collection efforts.

33.  The failure of Defendants to implement such an effective procedure is designed, upon information and belief, to prevent debtors from seeking redress through the Courts due to their inability to afford and/or find competent legal counsel, or prey on the emotional attachments to homes by threatening to foreclose unless the balance is paid in violation of the Discharge Injunction.

34.     Plaintiff has been severely agitated, annoyed, divested of untold amounts of sums of money, emotionally damaged and stressed, and have otherwise been unduly inconvenience by the actions of the Defendants.   The very things the Bankruptcy system seeks to prevent by providing a fresh start.

## COUNT I
### (WILLFUL VIOLATION OF THE
### DISCHARGE INJUNCTION AS TO ALL DEFENDANTS)

35.     Plaintiff incorporates paragraphs 1 through 34, as if fully restated herein.

36.     The Defendants' actions of seeking to collect on the discharged mortgage debt, VENTURES through BSI reporting the discharged mortgage debt to the credit bureaus appearing as a second account, BANA's selling the discharged debt to VENTURES which BANA knows will seek to collect upon the debt, as alleged herein constitute willful, intentional, gross and flagrant violations of the provisions of 11 U.S.C. § 524.

37.     All Defendants were on actual and constructive knowledge of the discharged debt. All Defendants, despite this actual and constructive knowledge, sought to collect on this known discharged debt.

38.     The mere attempt to collect on a discharged lawful debt constitutes a gross violation of the discharge injunction as set forth in 11 U.S.C. § 524.

39.     The conduct of Defendants, even after being sued and placed, yet again, on actual notice, continued to seek payments on the discharged debts, has caused the Plaintiff/Debtor unwarranted and unnecessary time, effort, and expense in seeking to enforce rights guaranteed by the Bankruptcy Code, by Contract, and by prior actions of Defendants as alleged. In order to carry out the intent and provisions of the Bankruptcy Code and to maintain its integrity, this Court must impose actual damages, punitive damages, and legal fees against Defendants pursuant to the provisions of Section 105 of the Code.

40.      In order to protect the Plaintiff, the Debtor, who received a lawful full discharge thereunder, this Court must impose sanctions against Defendants for their willful, or gross negligent, conduct as alleged in this case.

41.      As a result of Defendants' continuous, repeated, voluminous, and on-going violations of 11 U.S.C. § 524, the Defendants are liable to the Plaintiff for actual damages, punitive damages and legal fees under Section 105 of Title 11 of the United States Code.
The actions of all Defendants, by seeking to collect on the discharged mortgage debt:

        **WHEREFORE,** the debtor respectfully prays for this Honorable Court enter a judgment against all Defendants for actual damages, punitive damages, an injunction from similar conduct in the future, costs, all reasonable attorney's fees and expenses incurred by the debtor, interest and any other such relief the court may deem just and proper.

## <u>COUNT II</u>
## (VIOLATION OF THE TCPA AS TO DEFENDANT BANA)

42.      Plaintiff incorporates paragraphs 1 through 34, as if fully restated herein.

43.      Defendant, BANA, harassed and abused the Debtor by calling the Debtor's aforesaid cellular telephone number several times a per day and on back to back days through the present time (or such time as will be established after a thorough review of BANA's records) from an automated telephone dialing system using an ATDS and /or artificial or prerecorded voice and leaving pre-recorded messages on Debtor's voice mail box, identifying the Debtor and stating that the message was left in "an attempt to collect a debt".

44.      To date, Defendant, BANA has placed approximately 200 phone calls to Debtor's aforesaid cellular phone in an effort to collect the alleged debt at issue.

45.      None of the calls at issue were placed by Defendant, BANA, to debtor's aforementioned cellular telephone number with the "prior express consent" of debtor, as specified by the TCPA, 47 U.S.C. section 227(b)(a)(A).

46.     Alternatively, debtor revoked any "prior express consent" Defendant, BANA, believed it had by:

a.     Requesting in writing, through Debtor's agent, Forest Sygman, Esq., that BANA's servicing agent, BSI Financial Services, Inc., cease its collection actions thereby putting Defendants on notice that Debtor was represented by counsel.

47.     Furthermore, none of the calls at issue were placed by Defendant, BANA, for "emergency purposes" as specified by the TCPA, 47 U.S.C. section 227 (b)(1)(A).

48.     Defendant BANA., willfully and/or knowingly violated the TCPA with respect to debtor by repeatedly placing calls to debtor's cellular telephone number using an ATDS and/or artificial or recorded voice without debtor's prior express consent, invitation or permission, as specifically prohibited by the TCPA, 47 U.S.C. section 227 (b)(1)(A)(iii).

49.     The TCPA provides debtor with a  private right of action against Defendant, BANA, for its violations of the TCPA, as described herein, pursuant to 47 U.S.C.A. section 227(b)(3), and permits both injunctive relief in addition to statutory damages.

50.     Debtor's has suffered statutory and actual damages in the form of emotional distress, anxiety, fear, worry, embarrassment and mental suffering, pain, anguish and loss of capacity for the enjoyment of life pursuant to section 559.77, Florida Statutes as a result of BANA's actions.

**WHEREFORE,** the debtor respectfully prays for this Honorable Court enter a judgment against Defendant, BANA, for actual damages, punitive damages, statutory damages, an injunction from similar conduct in the future, costs, all reasonable attorney's fees and expenses incurred by the debtor, interest and any other such relief the court may deem just and proper.

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated: August 5, 2015

Respectfully Submitted,

LAW FIRM OF GARY M. SINGER, P.A.
1391 Sawgrass Corporate Parkway
Sunrise, Florida 33323
Telephone: (954) 851-1448
Facsimile: (954) 252-2189
Primary Email: pascale@garysingerlaw.com
Secondary Email: service@garysingerlaw.com

By: /s/ Gary M. Singer
    Gary M. Singer
    Florida Bar No. 544906

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of August, 2015, I electronically filed the

foregoing with the Clerk of the United States Bankruptcy Court, Southern District of Florida's

CM/ECF filing system which will also send an electronic notification to the following:


Emily Y Rottman, Esq.
Counsel of Bank of America
McGuire Woods, LLC
50 North Laura Street, Suite 3300
Jacksonville, FL  32202
erottmann@mcguirewoods.com

Sherry Lambson Eisele, Esq.
Counsel for Servis One d/b/a BSI Financial Services, Inc. and Ventures Trust
South Milhausen, P.A.
1000 Legion Place, Suite 1200
Orlando, FL  32801
sleisele@southmilhausen.com
ttaylor@southmilhausen.com
crogers@southmilhausen.com


By: /s/ Gary M. Singer
Gary M. Singer
Florida Bar No. 544906

12/11/2013

# Loss Mitigation Home Base
## Work Action History - ▮▮▮ 5210

| Work Type | Next Event Date | Phone Type | Phone Number | Servicing Case | Case Type | Servicing Set Num | Transfer Reason | Transfer Destination |
|---|---|---|---|---|---|---|---|---|
| Manual | | Home1 | -1030 | 1275 | Delinquent | 20110708152034938900001 | | |
| Dialer (Inbound) | 07/15/2011 | Other | | 1275 | Delinquent | 20110708053066506000001 | | |
| Dialer (Inbound) | | Other | | 1275 | Delinquent | 20110708053066506000001 | | |
| Dialer (Inbound) | | Other | | 1275 | Delinquent | 20110707080530665005000001 | | |
| Dialer | | Home1 | -1030 | 1249 | Delinquent | 20110623013709211000001 | | |
| Dialer | | Home1 | -1030 | 1243 | Delinquent | 20110622024128210000001 | | |
| Dialer | | Home1 | -1030 | 1239 | Delinquent | 20110621719568119000001 | | |
| Dialer (Inbound) | | Other | | 1225 | Delinquent | 20110609061133350000001 | | |
| Dialer (Inbound) | | Other | | 1213 | Delinquent | 20110602061448570000001 | | |
| Dialer (Inbound) | | Other | | 1201 | Delinquent | 20110528008313391200000001 | | |
| Dialer (Inbound) | | Other | | 1187 | Delinquent | 20110518102654361000001 | | |
| Manual | | Other | | 1173 | Delinquent | 20110510094746879000001 | | |
| Dialer (Inbound) | | Other | | 1173 | Delinquent | 20110510062001429000001 | | |
| Dialer (Inbound) | | Other | | 1163 | Delinquent | 20110504105942237000001 | | |
| Manual | | Other | | 1161 | Delinquent | 20110503112431852000001 | | |
| Manual | | Home1 | -1030 | 1149 | Delinquent | 20110426055064570000001 | | |
| Manual | | Other | | 1149 | Delinquent | 20110426055504457000001 | | |
| Inbound | | Other | | 1141 | Delinquent | 20110421061641785000001 | | |
| Inbound | | Other | | 1141 | Delinquent | 20110421060827071000001 | | |
| Inbound | | Other | | 1141 | Delinquent | 20110421054010363200000001 | | |
| Inbound | | Other | | 1137 | Delinquent | 20110411913018516000001 | | |
| Manual | | Other | | 1137 | Delinquent | 20110411912814822000001 | | |
| Dialer | | Other | | 1127 | Delinquent | 20110411905159900000001 | | |
| Inbound | | Other | | 1123 | Delinquent | 20110411305474280030000001 | | |
| Inbound | 04/08/2011 | Other | | 1123 | Delinquent | 20110411130894000000001 | | |
| Inbound | | Home1 | -3909 | 1119 | Delinquent | 20110408164010601000001 | | |
| Dialer | | Other | | 1107 | Delinquent | 20110409587551000001 | | |
| Dialer | | Home1 | -1030 | 1107 | Delinquent | 20110401174420642000001 | | |
| Dialer | | Home1 | -1030 | 1105 | Delinquent | 20110332100454072500000001 | | |
| Dialer | | Home2 | -3909 | 1099 | Delinquent | 20110332718092166000001 | | |
| Dialer | | Home1 | -3909 | 1097 | Delinquent | 20110325070054601000001 | | |
| Dialer | | Home2 | -3909 | 1095 | Delinquent | 20110325010554960000001 | | |
| Dialer | | Other | | 1095 | Delinquent | 20110324060153820000001 | Additional Assistance | Other |
| Inbound | | Other | | 1093 | Delinquent | 20110324054925527200000001 | | |
| Inbound | | Other | | 1093 | Delinquent | 20110324054327242000001 | | |
| Inbound | | Other | | 1093 | Delinquent | 20110324005458629000001 | | |
| Dialer | | Home2 | -3909 | 1093 | Delinquent | 20110323235027630000001 | | |



EXHIBIT

12/11/2013

## Loss Mitigation Home Base
## Work Action History - ▆▆▆ 5210

| Work Type | Next Event Date | Phone Type | Phone Number | Servicing Case | Case Type | Servicing Set Num | Transfer Reason | Transfer Destination |
|---|---|---|---|---|---|---|---|---|
| Dialer | | Home2 | -3909 | 1089 | Delinquent | 20110322125710084000001 | | |
| Dialer | | Home1 | -1030 | 1089 | Delinquent | 20110321235630721000001 | | |
| Dialer | | Home1 | -1030 | 1087 | Delinquent | 20110321192723487000001 | | |
| Dialer | | Home2 | -3909 | 1087 | Delinquent | 20110321174641485000001 | | |
| Dialer | | Home1 | -1030 | 1087 | Delinquent | 20110321131614525000001 | | |
| Inbound | | Other | | 1081 | Delinquent | 20110317053583517700000001 | | |
| Inbound | | Other | | 1081 | Delinquent | 20110317053585310000001 | | |
| Inbound | | Other | | 1081 | Delinquent | 20110317053535851000001 | | |
| Other External | | Other | | 1063 | Delinquent | 20110307134710075000001 | | |
| Manual | | | | 1057 | Delinquent | 20110303104205900000001 | | |
| Inbound | | Other | | 1055 | Delinquent | 20110301131432024500000 1 | | |
| Inbound | | Other | | 1043 | Delinquent | 20110221054569560000001 | | |
| Inbound | | Other | | 1023 | Delinquent | 20110209084258237000001 | | |
| Inbound | | Other | | 1011 | Delinquent | 20110202124655309000000 1 | | |
| Inbound | | Other | | 1001 | Delinquent | 20101271124338600000001 | | |
| Inbound | | Other | | 1001 | Delinquent | 20101271124338600000001 | | |
| Inbound | | Other | | 989 | Delinquent | 20101200528008613000001 | | |
| Inbound | | Other | | 975 | Delinquent | 20101112092824949000001 | | |
| Inbound | | Other | | 961 | Delinquent | 20101010407015138500000 1 | | |
| Inbound | | Home1 | -1030 | 959 | Delinquent | 20101013140948400000001 | | |
| Inbound | | Other | | 925 | Delinquent | 20101213081759896500000 1 | | |
| Dialer (Inbound) | 12/16/2010 | Other | | 919 | Delinquent | 20101209131008792000001 | | |
| Dialer (Inbound) | | Other | | 919 | Delinquent | 20101209131008792000001 | | |
| Dialer (Inbound) | | Other | | 891 | Delinquent | 20101230627480990000001 | | |
| Dialer | 11/10/2010 | Home1 | -1030 | 869 | Delinquent | 20101110628178860000001 | | |
| Dialer | | Home1 | -1030 | 857 | Delinquent | 20101103122707192000001 | | |
| Dialer | | Home1 | -1030 | 857 | Delinquent | 20101103122707192000001 | | |
| Inbound | | Other | | 845 | Delinquent | 20101027126529179000001 | | |
| Inbound | | Other | | 845 | Delinquent | 20101027115601776000001 | Additional Assistance | Other |
| Other External | | Other | | 845 | Delinquent | 20101027120811454500000 1 | | |
| Manual | | Home1 | -1030 | 843 | Delinquent | 20101026131110022000001 | | |
| Manual | | Home1 | -1030 | 843 | Delinquent | 20101041219384000000001 | | |
| Manual | 10/20/2010 | Home1 | -1030 | 823 | Delinquent | 20101101213314634801001 | | |
| Inbound | | Other | | 821 | Delinquent | 20101014723994000000001 | | |
| Manual | | Home1 | -1030 | 819 | Delinquent | 20101013135625000000001 | | |
| Manual | | Home1 | -1030 | 799 | Delinquent | 20100920135628904000001 | | |
| Manual | | Home1 | -1030 | 749 | Delinquent | 20100901123656168000001 | | |
| Dialer (Inbound) | 09/07/2010 | Other | | 733 | Delinquent | 20100823131846420000001 | Collections | Other |
| Inbound | | Other | | 733 | Delinquent | 20100823131350250000001 | Additional Assistance | Other |
| Dialer | | Home1 | -1030 | 733 | Delinquent | 20100823125548602000001 | | |
| Inbound | | Other | | 733 | Delinquent | 20100823125548602000001 | Other | |
| Dialer | 08/28/2010 | Home1 | -1030 | 733 | Delinquent | 20100823054609492000001 | | |

Page 5

BANA/Alvarez-SD_000586

12/11/2013

# Loss Mitigation Home Base
## Work Action History - ▮▮▮5210

| Date | Time | User | Work Action | Contact Category | Contact Name | Activity Type |
|------|------|------|-------------|------------------|--------------|---------------|
| 08/22/2010 | 12:15:52 | LM DIALER | No Message - Answering Machine | | | External |
| 08/20/2010 | 10:55:43 | LM DIALER | No Message - Answering Machine | | | External |
| 08/20/2010 | 08:59:48 | LM DIALER | No Message - Answering Machine | | | External |
| 08/20/2010 | 06:16:06 | LM DIALER | No Message - Answering Machine | | | External |
| 08/18/2010 | 17:24:08 | LM DIALER | No Message - Answering Machine | | | External |
| 08/18/2010 | 16:16:43 | LM DIALER | No Message - Answering Machine | | | External |
| 08/18/2010 | 15:12:32 | LM DIALER | No Message - Answering Machine | | | External |
| 08/18/2010 | 14:23:38 | LM DIALER | No Message - Answering Machine | | | External |
| 08/18/2010 | 13:18:01 | LM DIALER | No Message - Answering Machine | | | External |
| 08/18/2010 | 12:29:55 | LM DIALER | No Message - Answering Machine | | | External |
| 08/18/2010 | 11:14:48 | LM DIALER | No Message - Answering Machine | | | External |
| 08/18/2010 | 09:31:27 | LM DIALER | No Message - Answering Machine | | | External |
| 08/18/2010 | 06:10:28 | LM DIALER | No Message - Answering Machine | | | External |
| 08/13/2010 | 09:23:57 | NBKLWSK - Jason Pena | No Answer | Not Applicable | None | Collections |
| 08/13/2010 | 08:41:00 | LM DIALER | No Message - Answering Machine | | | External |
| 08/13/2010 | 07:40:49 | LM DIALER | No Message - Answering Machine | | | External |
| 08/13/2010 | 06:23:51 | LM DIALER | No Message - Answering Machine | | | External |
| 08/11/2010 | 17:08:51 | LM DIALER | No Message - Answering Machine | | | External |
| 08/09/2010 | 13:19:21 | LM DIALER | No Message - Answering Machine | | | External |
| 08/09/2010 | 06:42:30 | LM DIALER | No Message - Answering Machine | | | External |

BANA/Alvarez_000884

12/11/2013

## Loss Mitigation Home Base
## Work Action History - ▊▊▊ 5210

| Work Type | Next Event Date | Phone Type | Phone Number | Servicing Case | Case Type | Servicing Set Num | Transfer Reason | Transfer Destination |
|---|---|---|---|---|---|---|---|---|
| Dialer | | Home1 | -1030 | 731 | Delinquent | 20100822134230812000001 | | |
| Dialer | | Home1 | -1030 | 729 | Delinquent | 20100822019414877500100 1 | | |
| Dialer | | Home1 | -1030 | 729 | Delinquent | 20100820153006413000001 | | |
| Dialer | | Home1 | -1030 | 729 | Delinquent | 20100820120339723000001 | | |
| Dialer | | Home1 | -1030 | 725 | Delinquent | 20100819001043679000001 | | |
| Dialer | | Home1 | -1030 | 725 | Delinquent | 20100818230907532000001 | | |
| Dialer | | Home1 | -1030 | 725 | Delinquent | 20100818202152480000001 | | |
| Dialer | | Home1 | -1030 | 725 | Delinquent | 20100818210807283000001 | | |
| Dialer | | Home1 | -1030 | 725 | Delinquent | 20100818193341184900000 1 | | |
| Dialer | | Home1 | -1030 | 725 | Delinquent | 20100818190309384000001 | | |
| Dialer | | Home1 | -1030 | 725 | Delinquent | 20100818180570890000001 | | |
| Dialer | | Home1 | -1030 | 725 | Delinquent | 20100818160522118000001 | | |
| Dialer | | Home1 | -1030 | 725 | Delinquent | 20100818104757222000001 | | |
| Dialer | | Home1 | -1030 | 717 | Delinquent | 20100813092402149000001 | | |
| Dialer | | Home1 | -1030 | 717 | Delinquent | 20100813145509109000001 | | |
| Dialer | | Home1 | -1030 | 717 | Delinquent | 20100813224544800000 1 | | |
| Dialer | | Home1 | -1030 | 717 | Delinquent | 20100813124143811000001 | | |
| Dialer | | Home1 | -1030 | 713 | Delinquent | 20100811223865032600001 | | |
| Dialer | | Home1 | -1030 | 709 | Delinquent | 20100809173600356800001 | | |
| Dialer | | Home1 | -1030 | 709 | Delinquent | 20100809130013651000001 | | |

BANA/Alvarez 000809

12/11/2013

# Loss Mitigation Home Base
## Work Action History - ▉▉ 5210

| Date | Time | User | Work Action | Contact Category | Contact Name | Activity Type |
|---|---|---|---|---|---|---|
| 09/11/2012 | 15:32:25 | LM DIALER | Disconnected Call | | | External |
| 09/11/2012 | 13:58:47 | LM DIALER | Disconnected Call | | | External |
| 09/11/2012 | 11:56:56 | LM DIALER | Disconnected Call | | | External |
| 09/11/2012 | 10:54:37 | LM DIALER | Disconnected Call | | | External |
| 09/11/2012 | 09:08:21 | LM DIALER | Disconnected Call | | | External |
| 08/13/2012 | 14:38:26 | LM DIALER | Disconnected Call | | | External |
| 08/13/2012 | 13:38:10 | LM DIALER | Disconnected Call | | | External |
| 08/13/2012 | 12:21:51 | LM DIALER | Disconnected Call | | | External |
| 08/13/2012 | 10:31:36 | LM DIALER | Disconnected Call | | | External |
| 08/13/2012 | 17:03:27 | LM DIALER | Disconnected Call | | | External |
| 07/16/2012 | 12:31:00 | LM DIALER | Disconnected Call | | | External |
| 07/16/2012 | 11:30:03 | LM DIALER | Disconnected Call | | | External |
| 07/16/2012 | 10:28:50 | LM DIALER | Disconnected Call | | | External |
| 07/13/2012 | 17:25:33 | LM DIALER | Disconnected Call | | | External |
| 07/13/2012 | 16:20:27 | LM DIALER | Disconnected Call | | | External |
| 07/13/2012 | 15:18:17 | LM DIALER | Disconnected Call | | | External |
| 07/13/2012 | 14:17:09 | LM DIALER | Disconnected Call | | | External |
| 07/13/2012 | 13:16:48 | LM DIALER | Disconnected Call | | | External |
| 07/13/2012 | 09:05:34 | LM DIALER | Disconnected Call | | | External |
| 07/12/2012 | 17:03:36 | LM DIALER | Disconnected Call | | | External |
| 07/12/2012 | 12:29:46 | LM DIALER | Disconnected Call | | | External |
| 07/12/2012 | 09:42:46 | LM DIALER | Disconnected Call | | | External |
| 07/12/2012 | 08:35:41 | LM DIALER | Disconnected Call | | | External |
| 07/12/2012 | 07:28:10 | LM DIALER | Disconnected Call | | | External |
| 07/12/2012 | 06:26:43 | LM DIALER | Disconnected Call | | | External |
| 07/12/2012 | 05:05:56 | LM DIALER | Disconnected Call | | | External |
| 07/11/2012 | 16:15:49 | LM DIALER | Disconnected Call | | | External |
| 07/11/2012 | 08:30:03 | LM DIALER | Disconnected Call | | | External |
| 07/10/2012 | 07:23:31 | LM DIALER | Disconnected Call | | | External |
| 07/10/2012 | 06:22:51 | LM DIALER | Disconnected Call | | | External |
| 07/10/2012 | 05:07:21 | LM DIALER | Disconnected Call | | | External |
| 07/09/2012 | 17:14:40 | LM DIALER | Disconnected Call | | | External |
| 07/09/2012 | 14:04:17 | LM DIALER | Disconnected Call | | | External |
| 07/09/2012 | 13:02:41 | LM DIALER | Disconnected Call | | | External |
| 07/09/2012 | 12:02:12 | LM DIALER | Disconnected Call | | | External |
| 07/09/2012 | 11:01:34 | LM DIALER | Disconnected Call | | | External |
| 07/09/2012 | 09:51:24 | LM DIALER | Disconnected Call | | | External |
| 07/06/2012 | 16:22:02 | LM DIALER | Disconnected Call | | | External |
| 07/06/2012 | 13:47:01 | LM DIALER | Disconnected Call | | | External |
| 07/05/2012 | 17:20:04 | LM DIALER | Disconnected Call | | | External |

BANA/Alvarez 000884

12/11/2013

# Loss Mitigation Home Base
## Work Action History - ██████ 5210

| Work Type | Next Event Date | Phone Type | Phone Number | Servicing Case | Case Type | Servicing Set Num | Transfer Reason | Transfer Destination |
|---|---|---|---|---|---|---|---|---|
| Dialer | | Home2 | ███-3909 | 1616 | Delinquent | 20120911184447525277001 | | |
| Dialer | | Home2 | ███-3909 | 1616 | Delinquent | 20120911172654358346001 | | |
| Dialer | | Home2 | ███-3909 | 1616 | Delinquent | 20120911161506864665001 | | |
| Dialer | | Home2 | ███-3909 | 1616 | Delinquent | 20120911145420848098001 | | |
| Dialer | | Home2 | ███-3909 | 1615 | Current | 20120911124817234800001 | | |
| Dialer | | Home2 | ███-3909 | 1615 | Current | 201208131814262699299001 | | |
| Dialer | | Home2 | ███-3909 | 1615 | Current | 20120813173046000800001 | | |
| Dialer | | Home2 | ███-3909 | 1615 | Current | 20120813163822895138001 | | |
| Dialer | | Home2 | ███-3909 | 1615 | Current | 20120813150601756026001 | | |
| Dialer | | Home2 | ███-3909 | 1614 | Delinquent | 20120716202027950090001 | | |
| Dialer | | Home2 | ███-3909 | 1613 | Delinquent | 20120716142577833323001 | | |
| Dialer | | Home2 | ███-3909 | 1613 | Delinquent | 20120716152943229393001 | | |
| Dialer | | Home2 | ███-3909 | 1613 | Delinquent | 20120716124845684335001 | | |
| Dialer | | Home2 | ███-3909 | 1613 | Delinquent | 20120716132027522893912001 | | |
| Dialer | | Home2 | ███-3909 | 1611 | Delinquent | 201207132402477590082001 | | |
| Dialer | | Home2 | ███-3909 | 1611 | Delinquent | 201207122030405977657001 | | |
| Dialer | | Home2 | ███-3909 | 1611 | Delinquent | 201207121649566286300001 | | |
| Dialer | | Home2 | ███-3909 | 1611 | Delinquent | 201207121665023749482001 | | |
| Dialer | | Home2 | ███-3909 | 1611 | Delinquent | 201207121401269859220001 | | |
| Dialer | | Home2 | ███-3909 | 1609 | Delinquent | 201207121146509694464001 | | |
| Dialer | | Home2 | ███-3909 | 1609 | Delinquent | 201207121125131230350001 | | |
| Dialer | | Home2 | ███-3909 | 1609 | Delinquent | 201207120641457197510001 | | |
| Dialer | | Home2 | ███-3909 | 1609 | Delinquent | 201207112007035372890001 | | |
| Dialer | | Home2 | ███-3909 | 1609 | Delinquent | 201207112006145719751001 | | |
| Dialer | | Home2 | ███-3909 | 1609 | Delinquent | 201207110259558265185001 | | |
| Dialer | | Home2 | ███-3909 | 1607 | Delinquent | 201207100104510410400001 | | |
| Dialer | | Home2 | ███-3909 | 1607 | Delinquent | 201207100943743604320001 | | |
| Dialer | | Home2 | ███-3909 | 1605 | Delinquent | 201207091753035226040001 | | |
| Dialer | | Home2 | ███-3909 | 1605 | Delinquent | 201207091654164800820001 | | |
| Dialer | | Home2 | ███-3909 | 1605 | Delinquent | 201207091657491763170001 | | |
| Dialer | | Home2 | ███-3909 | 1605 | Delinquent | 201207091652719907700001 | | |
| Dialer | | Home2 | ███-3909 | 1605 | Delinquent | 201207091417239539582001 | | |
| Dialer | | Home2 | ███-3909 | 1605 | Delinquent | 201207091242447732060001 | | |
| Dialer | | Home2 | ███-3909 | 1603 | Delinquent | 201207091242447732060001 | | |
| Dialer | | Home2 | ███-3909 | 1603 | Delinquent | 201207091150521990770001 | | |
| Dialer | | Home2 | ███-3909 | 1603 | Delinquent | 201207091417239539582001 | | |
| Dialer | | Home2 | ███-3909 | 1603 | Delinquent | 201207091242447732060001 | | |
| Dialer | | Home2 | ███-3909 | 1603 | Delinquent | 201207061903419409535001 | | |
| Dialer | | Home2 | ███-3909 | 1603 | Delinquent | 201207061747324708010001 | | |
| Dialer | | Home2 | ███-3909 | 1601 | Delinquent | 201207052019527752520001 | | |
| Dialer | | Home2 | ███-3909 | 1599 | Delinquent | 20120705201952775252001 | | |

BANA/Alvarez-060384

# Loss Mitigation Home Base
## Work Action History - ■ 5210

| Date | Time | User | Work Action | Contact Category | Contact Name | Activity Type |
|------|------|------|-------------|------------------|--------------|---------------|
| 07/05/2012 | 16:34:05 | LM DIALER | Disconnected Call | | | External |
| 07/05/2012 | 07:38:51 | LM DIALER | Disconnected Call | | | External |
| 06/15/2012 | 16:50:43 | LM DIALER | Disconnected Call | | | External |
| 06/15/2012 | 15:49:05 | LM DIALER | Disconnected Call | | | External |
| 06/15/2012 | 14:48:17 | LM DIALER | Disconnected Call | | | External |
| 06/15/2012 | 13:47:31 | LM DIALER | Disconnected Call | | | External |
| 06/15/2012 | 12:47:07 | LM DIALER | Disconnected Call | | | External |
| 06/15/2012 | 11:46:00 | LM DIALER | Disconnected Call | | | External |
| 06/15/2012 | 10:44:52 | LM DIALER | Disconnected Call | | | External |
| 06/14/2012 | 17:42:02 | LM DIALER | Disconnected Call | | | External |
| 06/14/2012 | 16:56:22 | LM DIALER | Disconnected Call | | | External |
| 06/14/2012 | 16:10:54 | LM DIALER | Disconnected Call | | | External |
| 06/14/2012 | 08:11:14 | LM DIALER | Disconnected Call | | | External |
| 06/14/2012 | 07:10:47 | LM DIALER | Disconnected Call | | | External |
| 06/14/2012 | 06:09:35 | LM DIALER | Disconnected Call | | | External |
| 06/14/2012 | 05:06:08 | LM DIALER | Disconnected Call | | | External |
| 06/13/2012 | 16:47:50 | LM DIALER | Disconnected Call | | | External |
| 06/13/2012 | 15:44:12 | LM DIALER | Disconnected Call | | | External |
| 06/13/2012 | 14:42:42 | LM DIALER | Disconnected Call | | | External |
| 06/13/2012 | 13:42:28 | LM DIALER | Disconnected Call | | | External |
| 06/13/2012 | 12:41:30 | LM DIALER | Disconnected Call | | | External |
| 06/13/2012 | 11:40:59 | LM DIALER | Disconnected Call | | | External |
| 06/13/2012 | 10:40:15 | LM DIALER | Disconnected Call | | | External |
| 06/12/2012 | 17:25:56 | LM DIALER | Disconnected Call | | | External |
| 06/12/2012 | 08:15:20 | LM DIALER | Disconnected Call | | | External |
| 06/12/2012 | 07:11:30 | LM DIALER | Disconnected Call | | | External |
| 06/12/2012 | 06:10:49 | LM DIALER | Disconnected Call | | | External |
| 06/12/2012 | 05:06:35 | LM DIALER | Disconnected Call | | | External |
| 06/11/2012 | 09:22:37 | NBKNBJG - Mark Connelly | Indicated Wrong Number | Not Applicable | None | Collections |
| 06/08/2012 | 16:48:50 | NBKABO8 - Yavonne Sweat | Disconnected Call | | | External |
| 05/03/2012 | 12:03:37 | NBKABO8 - Yavonne Sweat | Research Issue | None | | Collections |
| 11/28/2011 | 13:40:18 | NBKABO8 - Yavonne Sweat | Abandon | | | Collections |
| 11/28/2011 | 11:38:41 | NBKABO8 - Yavonne Sweat | Abandon | | | Collections |
| 11/28/2011 | 06:39:43 | NBKABO8 - Yavonne Sweat | Loan Current - Info Given. | Authorized | Auth - Law Offices of Forrest Sygman, | Collections |
| 11/28/2011 | 06:39:38 | NBKABO8 - Yavonne Sweat | Authorized Third Party Inquiry | Authorized | Law Offices of Forrest Sygman, P.A. | Collections |
| 11/08/2011 | 14:18:41 | NBKABO8 - Yavonne Sweat | Abandon | | | Collections |
| 11/08/2011 | 14:10:15 | NBKABO8 - Yavonne Sweat | Research Issue | None | | Collections |
| 11/08/2011 | 11:29:58 | NBKPAVP - Karen Brake | Transfer | Borrower | JOE ALVAREZ | Collections |
| 10/25/2011 | 07:30:32 | NBKNPFH - Ashley Gould | Advocacy Communication & | None | | Collections |
| 10/21/2011 | 08:46:35 | NBKLAVV - Samantha Vasquez | Accept Scheduled Payment | Authorized | Law Offices of Forrest Sygman, P.A. | Collections |

12/11/2013

# Loss Mitigation Home Base
## Work Action History - ▓▓▓ 5210

| Work Type | Next Event Date | Phone Type | Phone Number | Servicing Case | Case Type | Servicing Set Num | Transfer Reason | Transfer Destination |
|---|---|---|---|---|---|---|---|---|
| Dialer | | Home2 | ▓-3909 | 1599 | Delinquent | 20120705201952815884001 | | |
| Dialer | | Home2 | -3909 | 1599 | Delinquent | 20120705123028287292901 | | |
| Dialer | | Home2 | -3909 | 1595 | Delinquent | 20120705193044061200601 | | |
| Dialer | | Home2 | -3909 | 1595 | Delinquent | 20120615190440612080001 | | |
| Dialer | | Home2 | -3909 | 1595 | Delinquent | 20120615191039874359001 | | |
| Dialer | | Home2 | -3909 | 1595 | Delinquent | 20120615172508806030001 | | |
| Dialer | | Home2 | -3909 | 1595 | Delinquent | 20120615171042626930001 | | |
| Dialer | | Home2 | -3909 | 1595 | Delinquent | 20120615171107599184001 | | |
| Dialer | | Home2 | -3909 | 1595 | Delinquent | 20120615182000088003500 | | |
| Dialer | | Home2 | -3909 | 1593 | Delinquent | 20120615154123534940001 | | |
| Dialer | | Home2 | -3909 | 1593 | Delinquent | 20120614201137326084001 | | |
| Dialer | | Home2 | -3909 | 1593 | Delinquent | 20120614193933847902001 | | |
| Dialer | | Home2 | -3909 | 1593 | Delinquent | 20120614193934588681300 | | |
| Dialer | | Home2 | -3909 | 1593 | Delinquent | 20120614118533046692001 | | |
| Dialer | | Home2 | -3909 | 1593 | Delinquent | 20120614118197425556001 | | |
| Dialer | | Home2 | -3909 | 1593 | Delinquent | 20120614093924126898001 | | |
| Dialer | | Home2 | -3909 | 1591 | Delinquent | 20120613192120377408200 | | |
| Dialer | | Home2 | -3909 | 1591 | Delinquent | 20120613195148316191001 | | |
| Dialer | | Home2 | -3909 | 1591 | Delinquent | 20120613204031837144001 | | |
| Dialer | | Home2 | -3909 | 1591 | Delinquent | 20120613170428607401001 | | |
| Dialer | | Home2 | -3909 | 1591 | Delinquent | 20120613177703261438001 | | |
| Dialer | | Home2 | -3909 | 1591 | Delinquent | 20120613170423150830001 | | |
| Dialer | | Home2 | -3909 | 1591 | Delinquent | 20120613153953294923001 | | |
| Dialer | | Home2 | -3909 | 1589 | Delinquent | 20120613153907224507001 | | |
| Dialer | | Home2 | -3909 | 1589 | Delinquent | 20120612192536192822001 | | |
| Dialer | | Home2 | -3909 | 1589 | Delinquent | 20120612121318019221001 | | |
| Dialer | | Home2 | -3909 | 1589 | Delinquent | 20120612094937689857001 | | |
| Dialer | | Home2 | -3909 | 1589 | Delinquent | 20120612090324827320001 | | |
| Dialer | | Home2 | -3909 | 1587 | Delinquent | 20120611092237965075001 | | |
| Dialer | | Work1 | -8955 | 1587 | Delinquent | 20120612084427320001 | | |
| Dialer | 05/10/2012 | Home2 | -3909 | 1585 | Delinquent | 20120608200117033106001 | | |
| Manual | | Other | | 1575 | Delinquent | 20120503120337624547001 | | |
| Manual | | Home1 | -1030 | 1519 | Delinquent | 20111128134018493779001 | | |
| Manual | | Work1 | -8955 | 1519 | Delinquent | 20111128113841412976001 | | |
| Manual | | | | 1519 | Delinquent | 20111128093944126126001 | | |
| Manual | | | | 1485 | Delinquent | 20111128063938568766001 | | |
| Manual | | | | 1485 | Delinquent | 20111108141611271001 | | |
| Manual | 11/15/2011 | Other | | 1485 | Delinquent | 20111108141015663492001 | | |
| Inbound | | Other | | 1461 | Delinquent | 20111108112956894307300 | Transfer Required due to Exception | Other |
| Inbound | | Other | | 1455 | Delinquent | 20111025073033057588001 | | |
| Manual | | Other | | 1455 | Delinquent | 20111025073033057588001 | | |
| Inbound | | Other | | 1455 | Delinquent | 20111021084636409530001 | | |

12/11/2013

BANA/Alvarez ▓▓▓ 150-005▓▓

12/11/2013

# Loss Mitigation Home Base
## Work Action History - 5210

| Work Type | Next Event Date | Phone Type | Phone Number | Servicing Case | Case Type | Servicing Set Num | Transfer Reason | Transfer Destination |
|---|---|---|---|---|---|---|---|---|
| Inbound | | Other | | 1453 | Delinquent | 2011102000844466557205001 | | |
| Inbound | | Other | | 1453 | Delinquent | 2011102000844466557205001 | | |
| Dialer (Inbound) | 10/02/2011 | Other | | 1419 | Delinquent | 20110930061394824773001 | | |
| Other External | 10/01/2011 | Other | 999 999-9999 | 1419 | Delinquent | 20110930075737048644001 | | |
| Dialer (Inbound) | 09/03/2011 | Other | | 1369 | Delinquent | 20110901133532341189901 | | |
| Other External | 09/02/2011 | Other | 999 999-9999 | 1369 | Delinquent | 20110901153026865303300 | | |
| Dialer (Inbound) | 08/30/2011 | Other | | 1357 | Delinquent | 20110825122441553126001 | | |
| Dialer (Inbound) | 08/03/2011 | Other | -8955 | 1315 | Delinquent | 20110801124139288200001 | | |
| Manual | | Other | -8955 | 1293 | Delinquent | 20110719073109626600001 | | |
| Manual | | Other | -8955 | 1285 | Delinquent | 20110714145340322001001 | | |
| Manual | | Other | -9394 | 1285 | Delinquent | 20110714145340322001001 | | |
| Manual | | Home1 | -1030 | 1285 | Delinquent | 20110714145340322001001 | | |
| Dialer (Inbound) | 07/20/2011 | Other | | 1283 | Delinquent | 20110713130315007500001 | | |
| Dialer (Inbound) | | Other | -9394 | 1283 | Delinquent | 20110713130315007500001 | | |
| Manual | | Home2 | -9909 | 1279 | Delinquent | 20110711113051024000001 | | |
| Manual | | Home1 | -1030 | 1279 | Delinquent | 20110711113051024000001 | | |
| Manual | | Other | -8955 | 1275 | Delinquent | 20110708152034939000001 | | |
| Manual | | Other | -9394 | 1275 | Delinquent | 20110708152034939000001 | | |
| Manual | | Home2 | -3909 | 1275 | Delinquent | 20110708152034939000001 | | |

BANA/Alvarez 000366

12/11/2013

# Loss Mitigation Home Base
## Work Action History - ▓▓ 5210

| Date | Time | User | Work Action | Contact Category | Contact Name | Activity Type | Work Type | Next Event Date |
|------|------|------|-------------|------------------|--------------|---------------|-----------|-----------------|
| 12/11/2012 | 16:43:48 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 12/11/2012 | 11:30:04 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 12/10/2012 | 17:19:46 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 12/10/2012 | 13:02:48 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 12/08/2012 | 12:16:48 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 12/08/2012 | 11:30:51 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 12/08/2012 | 07:45:58 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 12/07/2012 | 17:28:40 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 12/07/2012 | 10:21:34 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 12/06/2012 | 15:29:03 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 12/06/2012 | 12:58:07 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 12/06/2012 | 11:56:19 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 12/05/2012 | 14:54:31 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 12/04/2012 | 12:47:25 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 12/04/2012 | 13:01:33 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 12/03/2012 | 12:06:40 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 12/01/2012 | 13:38:39 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 12/01/2012 | 12:53:39 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 12/01/2012 | 12:06:29 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 12/01/2012 | 06:34:09 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/30/2012 | 17:39:13 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/30/2012 | 16:34:18 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/30/2012 | 15:18:37 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/30/2012 | 13:16:23 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/30/2012 | 11:52:28 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/30/2012 | 09:45:45 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/29/2012 | 17:33:51 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/29/2012 | 14:01:29 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/29/2012 | 12:38:43 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/29/2012 | 11:33:16 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/29/2012 | 09:06:36 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/28/2012 | 17:13:22 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/28/2012 | 11:39:55 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/27/2012 | 16:25:33 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/26/2012 | 17:48:55 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/24/2012 | 12:32:28 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/24/2012 | 11:32:13 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/24/2012 | 08:41:09 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/24/2012 | 07:40:39 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/24/2012 | 06:39:45 | LM DIALER | Disconnected Call | | | External | Dialer | |

12/11/2013

# Loss Mitigation Home Base
## Work Action History - ███ 5210

| Phone Type | Phone Number | Servicing Case | Case Type | Servicing Set Num | Transfer Reason | Transfer Destination | Management Review Exp Date |
|---|---|---|---|---|---|---|---|
| Home2 | ███3909 | 1683 | Delinquent | 20121211193833086424001 | | | |
| Home2 | ███3909 | 1683 | Delinquent | 20121211142921219891001 | | | |
| Home2 | ███3909 | 1681 | Delinquent | 20121210194801965504001 | | | |
| Home2 | ███3909 | 1677 | Delinquent | 20121208160019749715001 | | | |
| Home2 | ███3909 | 1677 | Delinquent | 20121208135420016512001 | | | |
| Home2 | ███3909 | 1677 | Delinquent | 20121208135419824624001 | | | |
| Home2 | ███3909 | 1677 | Delinquent | 20121208102216712757001 | | | |
| Home2 | ███3909 | 1673 | Delinquent | 20121205160135037730001 | | | |
| Home2 | ███3909 | 1673 | Delinquent | 20121205143529480753001 | | | |
| Home2 | ███3909 | 1673 | Delinquent | 20121207185936531740001 | | | |
| Home2 | ███3909 | 1671 | Delinquent | 20121204144502508622001 | | | |
| Home2 | ███3909 | 1669 | Delinquent | 20121203141117675187001 | | | |
| Home2 | ███3909 | 1675 | Delinquent | 20121201150606778234001 | | | |
| Home2 | ███3909 | 1675 | Delinquent | 20121206143138115795001 | | | |
| Home2 | ███3909 | 1667 | Delinquent | 20121201154804507827001 | | | |
| Home2 | ███3909 | 1667 | Delinquent | 20121201316377820001 | | | |
| Home2 | ███3909 | 1667 | Delinquent | 20121201082057668046001 | | | |
| Home2 | ███3909 | 1665 | Delinquent | 20121130181310937999001 | | | |
| Home2 | ███3909 | 1665 | Delinquent | 20121130191913137610001 | | | |
| Home2 | ███3909 | 1665 | Delinquent | 20121130160541178079001 | | | |
| Home2 | ███3909 | 1665 | Delinquent | 20121130145220404388901 | | | |
| Home2 | ███3909 | 1665 | Delinquent | 20121130141434825700001 | | | |
| Home2 | ███3909 | 1663 | Delinquent | 20121130115225143647001 | | | |
| Home2 | ███3909 | 1663 | Delinquent | 20121129195410577553001 | | | |
| Home2 | ███3909 | 1663 | Delinquent | 20121129154315718232001 | | | |
| Home2 | ███3909 | 1663 | Delinquent | 20121129142825897981001 | | | |
| Home2 | ███3909 | 1661 | Delinquent | 20121128192312009328001 | | | |
| Home2 | ███3909 | 1659 | Delinquent | 20121128142820511449001 | | | |
| Home2 | ███3909 | 1657 | Delinquent | 20121127190547459212001 | | | |
| Home2 | ███3909 | 1653 | Delinquent | 20121126200050843098001 | | | |
| Home2 | ███3909 | 1653 | Delinquent | 20121126141491539821001 | | | |
| Home2 | ███3909 | 1653 | Delinquent | 20121129134465994990001 | | | |
| Home2 | ███3909 | 1653 | Delinquent | 20121124220973252001 | | | |
| Home2 | ███3909 | 1653 | Delinquent | 20121124101050275920001 | | | |
| Home2 | ███3909 | 1653 | Delinquent | 20121124104738427806001 | | | |
| Home2 | ███3909 | 1653 | Delinquent | 20121124101927170936001 | | | |

BANA/Alvarez 000845

## Loss Mitigation Home Base
## Work Action History - ▓▓▓5210

| Date | Time | User | Work Action | Contact Category | Contact Name | Activity Type | Work Type | Next Event Date |
|---|---|---|---|---|---|---|---|---|
| 11/23/2012 | 17:22:35 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/23/2012 | 15:53:21 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/23/2012 | 10:57:55 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/20/2012 | 16:40:12 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/20/2012 | 12:01:04 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/19/2012 | 17:25:40 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/19/2012 | 11:37:53 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/17/2012 | 09:29:51 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/16/2012 | 16:18:09 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/16/2012 | 10:35:47 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/16/2012 | 10:19:52 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/16/2012 | 10:04:07 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/16/2012 | 16:05:52 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/15/2012 | 11:30:29 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/15/2012 | 10:28:35 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/15/2012 | 17:46:48 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/13/2012 | 05:51:41 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 11/12/2012 | 11:46:27 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 10/23/2012 | 10:52:18 | NBK2C77 - Keiohsha Thomas | Loan Current - Info Given | Authorized | Law Offices of Forrest Sygman, | Collections | Inbound | |
| 10/23/2012 | 10:52:18 | NBK2C77 - Keiohsha Thomas | Authorized Third Party | Authorized | Law Offices of Forrest Sygman, | Collections | Inbound | |
| 10/23/2012 | 10:25:49 | NBK1XRS - Kirsti Hall | Other No Contact Action | Unauthorized | Unauthorized Party | Collections | Inbound | |
| 10/15/2012 | 13:20:58 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 10/15/2012 | 12:20:46 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 10/15/2012 | 11:20:27 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 10/13/2012 | 13:26:11 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 10/13/2012 | 12:40:58 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 10/13/2012 | 07:55:39 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 10/13/2012 | 05:58:07 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 10/12/2012 | 16:50:14 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 10/12/2012 | 15:35:53 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 10/12/2012 | 14:20:12 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 10/12/2012 | 11:58:02 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 10/12/2012 | 11:09:09 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 10/12/2012 | 07:30:09 | NBK01MJ - Christian | No Answer | Not Applicable | None | Collections | Dialer | |
| 10/11/2012 | 16:01:50 | NBK01MJ - Christian | Disconnected Call | | | External | Dialer | |
| 10/11/2012 | 14:39:45 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 10/11/2012 | 13:36:36 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 10/11/2012 | 11:58:42 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 10/11/2012 | 10:48:04 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/18/2012 | 17:25:52 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/18/2012 | 14:09:12 | LM DIALER | Disconnected Call | | | External | Dialer | |

BANA/Alvarez_000847

# Loss Mitigation Home Base
## Work Action History - ▮▮▮▮ 5210

| Phone Type | Phone Number | Servicing Case | Case Type | Servicing Set Num | Transfer Reason | Transfer Destination | Management Review/Exp Date |
|---|---|---|---|---|---|---|---|
| Home2 | ▮▮-3909 | 1653 | Delinquent | 20121123190349277188001 | | | |
| Home2 | ▮▮-3909 | 1653 | Delinquent | 20121123175903475423001 | | | |
| Home2 | ▮▮-3909 | 1653 | Delinquent | 20121123133260528365001 | | | |
| Home2 | ▮▮-3909 | 1647 | Delinquent | 20121201944493013019001 | | | |
| Home2 | ▮▮-3909 | 1647 | Delinquent | 20121201501002075810001 | | | |
| Home2 | ▮▮-3909 | 1645 | Delinquent | 20121112920321537578200 1 | | | |
| Home2 | ▮▮-3909 | 1645 | Delinquent | 20121111913335712627 1001 | | | |
| Home2 | ▮▮-3909 | 1643 | Delinquent | 20121111710220585528 57001 | | | |
| Home2 | ▮▮-3909 | 1641 | Delinquent | 20121111611801151790 18001 | | | |
| Home2 | ▮▮-3909 | 1641 | Delinquent | 201211161341234926 26001 | | | |
| Home2 | ▮▮-3909 | 1641 | Delinquent | 20121116115812470843001 | | | |
| Home2 | ▮▮-3909 | 1639 | Delinquent | 20121116158122212320 01 | | | |
| Home2 | ▮▮-3909 | 1639 | Delinquent | 20121115758233367300 1 | | | |
| Home2 | ▮▮-3909 | 1639 | Delinquent | 20121115131209695526001 | | | |
| Home2 | ▮▮-3909 | 1637 | Delinquent | 20121115113409717993200 1 | | | |
| Home2 | ▮▮-3909 | 1637 | Delinquent | 20121113202528470328001 | | | |
| Home2 | ▮▮-3909 | 1635 | Delinquent | 201211130815300506430 01 | | | |
| Home2 | ▮▮-3909 | 1635 | Delinquent | 20121112135122228601001 | | | |
| Other | | 1634 | Current | 20121103105218694818001 | | | |
| Other | | 1634 | Current | 20121103105218694818001 | | | |
| Other | | 1634 | Current | 20121023105218695481800 1 | | | |
| Other | | 1633 | Current | 20121023102551100749001 | | | |
| Home2 | ▮▮-3909 | 1632 | Delinquent | 201210151540028653132001 | | | |
| Home2 | ▮▮-3909 | 1632 | Delinquent | 2012101514283032897900 1 | | | |
| Home2 | ▮▮-3909 | 1632 | Delinquent | 20121015132414848690001 | | | |
| Home2 | ▮▮-3909 | 1630 | Delinquent | 2012101315234146796400 1 | | | |
| Home2 | ▮▮-3909 | 1630 | Delinquent | 2012101315234116904720 01 | | | |
| Home2 | ▮▮-3909 | 1630 | Delinquent | 20121013101315123337001 | | | |
| Home2 | ▮▮-3909 | 1630 | Delinquent | 2012101309532280601001 | | | |
| Home2 | ▮▮-3909 | 1630 | Delinquent | 2012101219043895843500 1 | | | |
| Home2 | ▮▮-3909 | 1630 | Delinquent | 2012101218285459958000 1 | | | |
| Home2 | ▮▮-3909 | 1630 | Delinquent | 20121012155534764243001 | | | |
| Home2 | ▮▮-3909 | 1630 | Delinquent | 2012101215112443106300 1 | | | |
| Home2 | ▮▮-3909 | 1630 | Delinquent | 20121012093741200920001 | | | |
| Home2 | ▮▮-3909 | 1628 | Delinquent | 2012101160150501441001 | | | |
| Home2 | ▮▮-3909 | 1628 | Delinquent | 20121011735583879447001 | | | |
| Home2 | ▮▮-3909 | 1628 | Delinquent | 20121011162241870772001 | | | |
| Home2 | ▮▮-3909 | 1628 | Delinquent | 2012101144558672808500 1 | | | |
| Home2 | ▮▮-3909 | 1628 | Delinquent | 2012101113291994598400 1 | | | |
| Home2 | ▮▮-3909 | 1627 | Current | 20120912020240999941001 | | | |
| Home2 | ▮▮-3909 | 1627 | Current | 20120918162159658915200 1 | | | |

# Loss Mitigation Home Base
## Work Action History - ▮▮▮5210

| Date | Time | User | Work Action | Contact Category | Contact Name | Activity Type | Work Type | Next Event Date |
|------|------|------|-------------|------------------|--------------|---------------|-----------|-----------------|
| 09/17/2012 | 17:25:31 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/17/2012 | 16:08:22 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/17/2012 | 14:06:39 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/17/2012 | 09:12:47 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/15/2012 | 13:08:51 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/15/2012 | 12:07:18 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/15/2012 | 10:08:10 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/15/2012 | 05:59:13 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/15/2012 | 16:59:54 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/14/2012 | 15:20:32 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/14/2012 | 11:27:39 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/14/2012 | 09:39:05 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/14/2012 | 07:42:59 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/13/2012 | 15:59:20 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/13/2012 | 13:53:23 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/12/2012 | 17:37:42 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/12/2012 | 14:26:10 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/12/2012 | 11:48:47 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/12/2012 | 10:01:57 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/11/2012 | 16:47:36 | LM DIALER | Disconnected Call | | | External | Dialer | |

12/11/2013

Page 7

BANA/Alvarez2_000356

12/11/2013

## Loss Mitigation Home Base
## Work Action History - ████ 5210

| Date | Time | User | Work Action | Contact Category | Contact Name | Activity Type | Work Type | Next Event Date |
|------|------|------|-------------|------------------|--------------|---------------|-----------|-----------------|
| 09/17/2012 | 17:25:31 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/17/2012 | 16:08:22 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/17/2012 | 14:06:39 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/17/2012 | 09:12:47 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/17/2012 | 13:08:51 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/15/2012 | 12:07:18 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/15/2012 | 10:08:10 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/15/2012 | 05:59:13 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/14/2012 | 16:59:54 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/14/2012 | 15:20:32 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/14/2012 | 11:27:39 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/14/2012 | 09:39:05 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/14/2012 | 07:42:59 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/13/2012 | 15:59:20 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/13/2012 | 13:53:23 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/12/2012 | 17:37:42 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/12/2012 | 14:26:10 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/12/2012 | 11:48:47 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/12/2012 | 10:01:57 | LM DIALER | Disconnected Call | | | External | Dialer | |
| 09/11/2012 | 16:47:36 | LM DIALER | Disconnected Call | | | External | Dialer | |

BANA/Alvarez_000860

12/11/2013

# Loss Mitigation Home Base
# Work Action History - ▇▇ 5210

| Phone Type | Phone Number | Servicing Case | Case Type | Servicing Set Number | Transfer Reason | Transfer Destination | Management Review Exp Date |
|---|---|---|---|---|---|---|---|
| Home2 | -3909 | 1626 | Delinquent | 20120917195848298812001 | | | |
| Home2 | -3909 | 1626 | Delinquent | 20120917190726792432001 | | | |
| Home2 | -3909 | 1626 | Delinquent | 20120917153805188882801 | | | |
| Home2 | -3909 | 1626 | Delinquent | 20120917120321662231001 | | | |
| Home2 | -3909 | 1626 | Delinquent | 20120917120081048220001 | | | |
| Home2 | -3909 | 1622 | Delinquent | 20120915172008104822001 | | | |
| Home2 | -3909 | 1622 | Delinquent | 20120915144316414585001 | | | |
| Home2 | -3909 | 1622 | Delinquent | 20120915123629552499001 | | | |
| Home2 | -3909 | 1622 | Delinquent | 20120915093380029940001 | | | |
| Home2 | -3909 | 1622 | Delinquent | 20120915099339029940001 | | | |
| Home2 | -3909 | 1622 | Delinquent | 20120914195857293360001 | | | |
| Home2 | -3909 | 1622 | Delinquent | 20120914172527059593001 | | | |
| Home2 | -3909 | 1622 | Delinquent | 20120914150107852867001 | | | |
| Home2 | -3909 | 1622 | Delinquent | 20120914130734635710001 | | | |
| Home2 | -3909 | 1622 | Delinquent | 20120914114930054157001 | | | |
| Home2 | -3909 | 1620 | Delinquent | 20120913183816003372001 | | | |
| Home2 | -3909 | 1620 | Delinquent | 20120913164302925903001 | | | |
| Home2 | -3909 | 1618 | Delinquent | 20120912199375889377001 | | | |
| Home2 | -3909 | 1618 | Delinquent | 20120912171255698377001 | | | |
| Home2 | -3909 | 1618 | Delinquent | 20120912151720029966001 | | | |
| Home2 | -3909 | 1618 | Delinquent | 20120912140511177494001 | | | |
| Home2 | -3909 | 1616 | Delinquent | 20120911193419316659001 | | | |

BANA/Alvarez 000894

# Loss Mitigation Home Base
## Work Action History - ▓▓▓ 5210

12/11/2013

| Work Type | Next Event Date | Phone Type | Phone Number | Servicing Case | Case Type | Servicing Set Num | Transfer Reason | Transfer Destination |
|---|---|---|---|---|---|---|---|---|
| Dialer | | Home1 | -1030 | 705 | Delinquent | 20100806191744875000001 | | |
| Dialer | | Home1 | -1030 | 705 | Delinquent | 20100806123353730000001 | | |
| Dialer | | Home1 | -1030 | 701 | Delinquent | 20100804141136193000001 | | |
| Dialer | | Home1 | -1030 | 697 | Delinquent | 20100802125634682000001 | | |
| Dialer | 07/28/2010 | Home1 | -1030 | 691 | Delinquent | 20100729231029142000001 | | |
| Dialer | | Home1 | ▓▓▓ | 677 | Delinquent | 20100721115555761300000 | | |
| Dialer | | Home1 | ▓▓▓ | 677 | Delinquent | 20100721120471212770000001 | | |
| Dialer | | Home1 | ▓▓▓ | 677 | Delinquent | 20100721120471212660000001 | | |
| Dialer | | Home1 | ▓▓▓ | 677 | Delinquent | 20100721200105527000001 | | |
| Dialer | | Home1 | ▓▓▓ | 677 | Delinquent | 20100721125602484000001 | | |
| Dialer | | Home1 | ▓▓▓ | 677 | Delinquent | 20100721163849733000001 | | |
| Dialer | | Home1 | ▓▓▓ | 677 | Delinquent | 20100721154349857000001 | | |
| Dialer | 07/19/2010 | Home1 | -1030 | 677 | Delinquent | 20100721154348687001001 | | |
| Inbound | | Other | | 661 | Delinquent | 20100721212122781700000 | | |
| Inbound | | Other | | 661 | Delinquent | 20100721212122781700000 | | |
| Inbound | 07/06/2010 | Other | | 639 | Delinquent | 20100629074130241000001 | | |
| Inbound | | Other | | 639 | Delinquent | 20100629074130241000001 | | |
| Inbound | | Other | | 639 | Delinquent | 20100629073252514000001 | | |
| Inbound | 06/29/2010 | Other | | 627 | Delinquent | 20100628207383419400000 | | |
| Inbound | | Other | | 627 | Delinquent | 20100628207383419400000 | | |
| Inbound | | Other | | 627 | Delinquent | 20100628207383419400000 | | |
| Inbound | | Other | | 627 | Delinquent | 20100622073046977000001 | Additional Assistance | Advocacy |
| Inbound | | Other | | 627 | Delinquent | 20100622073046977000001 | | |
| Inbound | 06/15/2010 | Other | | 603 | Delinquent | 20100609114311597900000 | | |
| Inbound | | Other | | 603 | Delinquent | 20100609114311597900000 | | |
| Inbound | | Other | | 603 | Delinquent | 20100607590093300000 | | |
| Inbound | | Other | | 603 | Delinquent | 20100607592230500000 | | |
| Other External | | Other | | 603 | Delinquent | 20100607592230500000 | | |
| Inbound | | Other | | 603 | Delinquent | 20100607511746500000 | | |
| Inbound | | Other | | 603 | Delinquent | 20100607425999600000 | Additional Assistance | Advocacy |
| Inbound | | Other | | 603 | Delinquent | 20100607425999600000 | | |
| Inbound | 06/04/2010 | Other | | 585 | Delinquent | 20100528112433698600000 | | |
| Inbound | | Other | | 581 | Delinquent | 20100526103352312000000 | | |
| Manual | | Other | | 569 | Delinquent | 20100519430504000000 | | |
| Dialer | | Home1 | ▓▓▓ | 545 | Delinquent | 20100519389266680000 | | |
| Dialer | | Home1 | ▓▓▓ | 545 | Delinquent | 20100518392666860000001 | | |
| Dialer | | Home1 | ▓▓▓ | 545 | Delinquent | 20100518083390600000 | | |
| Dialer | | Home1 | ▓▓▓ | 545 | Delinquent | 20100515160044200000 | | |
| Dialer | | Home1 | ▓▓▓ | 545 | Delinquent | 20100515015001600000 | | |
| Dialer | | Home1 | ▓▓▓ | 545 | Delinquent | 20100513480989300000 | | |
| Dialer | | Home1 | ▓▓▓ | 545 | Delinquent | 20100511451457200000 | | |
| Dialer | | Home1 | -1030 | 543 | Delinquent | 20100505041254427300000 | | |
| Dialer | | Home1 | -1030 | 541 | Delinquent | 20100503073840500000 | | |

BANA/Alvarez 00384

## Loss Mitigation Home Base
## Work Action History - ▉▉▉5210

| Work Type | Next Event Date | Phone Type | Phone Number | Servicing Case | Case Type | Servicing Seri Num | Transfer Reason | Transfer Destination |
|---|---|---|---|---|---|---|---|---|
| Manual | | Other | | 529 | Delinquent | 20100426143106620000001 | | |
| Dialer | 05/01/2010 | Home1 | -1030 | 529 | Delinquent | 20100426143035185000001 | | |
| Dialer | | Home1 | -1030 | 529 | Delinquent | 20100428185049033700001 | | |
| Dialer | | Home1 | -1030 | 529 | Delinquent | 20100426732405700001 | | |
| Dialer | | Home1 | -1030 | 529 | Delinquent | 20100426182049910000001 | | |
| Dialer | | Home1 | -1030 | 529 | Delinquent | 20100426151027728001001 | | |
| Dialer | | Home1 | -1030 | 529 | Delinquent | 20100426135163200001 | | |
| Dialer | | Home1 | -1030 | 529 | Delinquent | 20100426135245621000001 | | |
| Dialer | | Home1 | -1030 | 529 | Delinquent | 20100426123450593000001 | | |
| Dialer | | Home1 | -1030 | 529 | Delinquent | 20100426114624277000001 | | |
| Dialer | | Home1 | -1030 | 529 | Delinquent | 20100426143231704000001 | | |
| Other External | | Home1 | -1030 | 529 | Delinquent | 20100426143231704000001 | | |
| Dialer | | Home1 | ▉-1030 | 521 | Delinquent | 20100421144557120000001 | | |
| Dialer | | Home1 | -1030 | 521 | Delinquent | 20100421122574490000001 | | |
| Inbound | | Other | | 487 | Delinquent | 20100401062338062000001 | | |
| Manual | | | | 453 | Delinquent | 20100331208331614000001 | | |
| Other External | | Other | | 439 | Delinquent | 20100304104220955000001 | | |
| Inbound | | | | 439 | Delinquent | 20100330410073726000001 | | |
| Inbound | | Other | | 403 | Delinquent | 20100221111440132000001 | | |
| Other External | | | | 403 | Delinquent | 20100221113751152000001 | | |
| Other External | | | | 399 | Delinquent | 20100209125256342000001 | | |
| Inbound | | Other | | 399 | Delinquent | 20100209130156229000001 | | |
| Other External | | Other | | 375 | Delinquent | 20100126135208004000001 | | |
| Other External | | | | 375 | Delinquent | 20100126135208004000001 | | |
| Inbound | | | | 375 | Delinquent | 20100126135208004000001 | | |
| Other External | | | | 313 | Delinquent | 20091221083553354000001 | | |
| Other External | | | | 313 | Delinquent | 20091221083553354000001 | | |
| Inbound | 12/28/2009 | Other | | 313 | Delinquent | 20091221082022874000001 | | |
| Inbound | | Other | | 309 | Delinquent | 20091219092249347000001 | | |
| Manual | 12/26/2009 | Other | | 299 | Delinquent | 20091213153426603300001 | | |
| Dialer | | Home1 | -1030 | 299 | Delinquent | 20091213152563033000001 | | |
| Dialer | | Home1 | -1030 | 297 | Delinquent | 20091212094967590000001 | | |
| Manual | | Other | | 297 | Delinquent | 20091208184058677000001 | | |
| Dialer (Inbound) | | Other | | 293 | Delinquent | 20091208094455000000001 | | |
| Dialer | | Home1 | -1030 | 293 | Delinquent | 20091208095944550000001 | | |
| Dialer | | Home1 | -1030 | 287 | Delinquent | 20091204163153794000001 | | |
| Dialer | | Home1 | -1030 | 287 | Delinquent | 20091204132458775000001 | | |
| Dialer | | Home1 | -1030 | 287 | Delinquent | 20091204091520750001 | | |
| Dialer | | Home1 | -1030 | 285 | Delinquent | 20091203204942738000001 | | |
| Dialer | | Home1 | -1030 | 285 | Delinquent | 20091203170936138000001 | | |
| Dialer | | Home1 | -1030 | 285 | Delinquent | 20091203154802959000001 | | |
| Dialer | | Home1 | -1030 | 285 | Delinquent | 20091203145511285000001 | | |
| Dialer | | Home1 | -1030 | 285 | Delinquent | 20091203046023110000001 | | |

12/11/2013

## Loss Mitigation Home Base
## Work Action History - ▮▮5210

| Date | Time | User | Work Action | Contact Category | Contact Name | Activity Type |
|------|------|------|-------------|------------------|--------------|---------------|
| 12/02/2009 | 14:39:36 | LM DIALER | No Message - Answering Machine | | | External |
| 12/02/2009 | 12:16:54 | LM DIALER | No Message - Answering Machine | | | External |
| 12/02/2009 | 08:44:28 | LM DIALER | No Message - Answering Machine | | | External |
| 12/01/2009 | 17:42:49 | LM DIALER | No Message - Answering Machine | | | External |
| 12/01/2009 | 13:38:05 | LM DIALER | No Message - Answering Machine | | | External |
| 12/01/2009 | 06:48:12 | LM DIALER | No Answer | | | External |
| 11/20/2009 | 07:20:16 | NBKLEDC - Kefi Bediako | No Commitment or No HOPE Referral | Borrower | JOE ALVAREZ | Collections |
| 11/17/2009 | 08:59:04 | LM DIALER | Left Message to Call | | | External |
| 11/13/2009 | 06:04:54 | LM DIALER | No Message - Answering Machine | | | External |
| 11/09/2009 | 12:31:59 | LM DIALER | No Message - Answering Machine | | | External |
| 11/06/2009 | 08:00:01 | LM DIALER | No Message - Answering Machine | | | External |
| 11/06/2009 | 06:19:56 | LM DIALER | No Message - Answering Machine | | | External |
| 11/05/2009 | 13:46:46 | LM DIALER | No Message - Answering Machine | | | External |
| 11/03/2009 | 12:38:28 | LM DIALER | No Message - Answering Machine | | | External |
| 10/31/2009 | 06:27:13 | LM DIALER | Left Message to Call | | | External |
| 10/30/2009 | 12:36:38 | AWATSON4 - Anthony Watson | Hung Up or Refused Message | Unauthorized | | Collections |
| 10/16/2009 | 17:24:48 | HOLSON - Heather Olson | Left Message to Call | Unauthorized | | Collections |
| 10/08/2009 | 09:32:17 | LM DIALER | No Message - Answering Machine | | | External |
| 10/08/2009 | 08:02:14 | LM DIALER | No Message - Answering Machine | | | External |
| 10/08/2009 | 07:02:37 | LM DIALER | No Message - Answering Machine | | | External |

BANA/Alvarez_005886

12/11/2013

# Loss Mitigation Home Base
## Work Action History - 5210

| Work Type | Next Event Date | Phone Type | Phone Number | Servicing Case | Case Type | Servicing Set Num | Transfer Reason | Transfer Destination |
|---|---|---|---|---|---|---|---|---|
| Dialer | | Home1 | -1030 | 283 | Delinquent | 20091202180752040000001 | | |
| Dialer | | Home1 | -1030 | 283 | Delinquent | 20091202162803080500000001 | | |
| Dialer | | Home1 | -1030 | 283 | Delinquent | 20091202084335621000001 | | |
| Dialer | | Home1 | -1030 | 281 | Delinquent | 20091201191648640000001 | | |
| Dialer | | Home1 | -1030 | 281 | Delinquent | 20091201163117595000001 | | |
| Dialer | | Home1 | -1030 | 281 | Delinquent | 20091201084609189000001 | | |
| Dialer | | Home1 | -1030 | 263 | Delinquent | 20091120072016248000001 | | |
| Dialer | 11/25/2009 | Home1 | -1030 | 257 | Delinquent | 20091117112847094000001 | | |
| Dialer | | Home1 | -1030 | 251 | Delinquent | 20091113114943253000001 | | |
| Dialer | | Home1 | -1030 | 245 | Delinquent | 20091109172317337000001 | | |
| Dialer | | Home1 | -1030 | 241 | Delinquent | 20091106122032105000001 | | |
| Dialer | | Home1 | -1030 | 241 | Delinquent | 20091106095500582000001 | | |
| Dialer | | Home1 | -1030 | 239 | Delinquent | 20091105181115097000001 | | |
| Dialer | | Home1 | -1030 | 235 | Delinquent | 20091103172008359001001 | | |
| Dialer | | Home1 | -1030 | 235 | Delinquent | 20091103111159263230000001 | | |
| Dialer | | Home1 | -1030 | 235 | Delinquent | 20091103012363828700000001 | | |
| Queued (Non Predictive) | | Home1 | -1030 | 211 | Delinquent | 20091016172488870000001 | | |
| Queued (Non Predictive) | | Home1 | -1030 | 197 | Delinquent | 20091016172440887000001 | | |
| Dialer | | Home1 | -1030 | 197 | Delinquent | 20091008124428647000001 | | |
| Dialer | | Home1 | -1030 | 197 | Delinquent | 20091008124427521000001 | | |
| Dialer | | Home1 | -1030 | 197 | Delinquent | 20091008105829441000001 | | |

BANA/Alvarez2_000887



**Bank of America**
**Home Loans**

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Statement date 11/29/2011

**Account Number** █████210
Property address
13840 Alexandria Ct.



0122699 01 AT 0.362 **AUTO  T2 0 1191 33325-1201
MSR CC AG 0401-----0--2--- C0000069 IN 1 P22944
JOE ALVAREZ
13840 Alexandria Ct
Davie FL 33325-1201

**FOR CUSTOMER SERVICE: 1.800.669.6607**

:  I M P O R T A N T  N O T I C E

If you and Bank of America, N.A. have entered into an agreement to address your monthly payments, please make payments in accordance with this agreement.

If you have qualified for an interest rate reduction based upon current active military service, subsequent statements may not reflect the reduced payment amount. Please refer to the notice previously sent to you for the reduced payment amount.

| HOME LOAN SUMMARY | Home loan overview as of 11/29/2011 | | Amount due on 12/01/2011 as of 11/29/2011 | |
|---|---|---|---|---|
| | Principal Balance | $491,447.18 | Home loan payment due 12/01/2011 | $6,725.69 |
| | Escrow balance | -$48,731.41 | Past due payment amount | 21,929.74 |
| | Late Charge if payment received after 12/16/2011 | $151.87 | Partial payment balance | 3,119.38 |
| | | | (see next page for account details) | |

Calls may be monitored or recorded to ensure quality service.  We may charge you a fee (of up to $40.00) for any payment returned or rejected by your financial institution, subject to applicable law.

**PAYMENT INSTRUCTIONS**
1. Please
 • don't send cash
 • don't staple your check to the payment coupon
 • don't include correspondence
 • include coupon with payment
2. Write the account number on the check or money order.
3. Write in any additional amounts you are including.
4. Make your check payable to
 **Bank of America, N.A.**
 Attn: Remittance Processing
 PO Box 650070
 Dallas, TX 75265-0070

Account number █████6210          (1)
Joe Alvarez
13840 Alexandria Ct.
Davie, FL 33325

SEE OTHER SIDE FOR IMPORTANT INFORMATION       1191

Bank of America, N.A.
PO BOX 650070
DALLAS, TX 75265-0070

Please update e-mail information on the reverse side of this coupon.

Additional Principal

Additional Escrow

Check total

17806521010000067256900068 7756


EXHIBIT B

| HOME LOAN DETAILS | Monthly payment breakdown as of 11/29/2011 | | Loan type and term | |
|---|---|---|---|---|
| | Principal and/or interest payment | $3,037.37 | Loan type | Adj Rate Mtge |
| | Escrow payment amount | 3,688.32 | Contractual remaining term | 38 Years, 3 Months |
| | Fees due | 285.00 | Interest rate | 6.875% |
| | **Total monthly home loan payment** | **$6,725.69** | Upcoming dates | |
| | | | Adjustable Rate Mortgage (ARM) change | 11/2012 |

### Escrow account expenses

*We are responsible for the payment of the following escrow items with the exception of the items marked with an asterisk (\*).*
*The payment of the items marked with an asterisk (\*) is the responsibility of the homeowner.*

| Description | Payee | Policy number/Tax ID | Frequency | Next due date | Amount due |
|---|---|---|---|---|---|
| County taxes | Broward County Revenue Collect | 504010-04-0440 | Annual | 11/01/2012 | 8,427.92 |
| Homeowners insurance | Citizens Prop Ins Corp | FRJH5205175020370 | Annual | 06/19/2012 | 4,413.00 |
| Flood insurance | Fidelity Nat Prop & Cas-Flood | 09115045123601 | Annual | 06/19/2012 | 479.00 |



### Home loan activity since your last statement

| Date | Description | | Escrow | Other Unapplied | Total |
|---|---|---|---|---|---|
| 11/04/2011 | Misc posting | | | 3,119.38 | 3,119.38 |
| 11/15/2011 | County tax pmt | | -8,427.92 | | -8,427.92 |
| | **\*\*Ending balance** | **$491,447.18** | **-$48,731.41** | | |

\*\*NOTE: The ending balance is probably not the same as the amount to payoff your loan. For payoff information, you may use our 24-hour automated information system at 1.800.669.5833.

| TO CONTACT US | **CREDIT REPORTING NOTICE** |
|---|---|

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**For up-to-the-minute information about the account,** use our 24-hour automated information system. To ask us about this statement or account information, call 1.800.669.6607, Monday-Friday 7a.m. - 7p.m. Local Time. Calls may be monitored and/or recorded for service quality purposes. *Se habla español.* 1.800.295.0025. TDD 1.800.300.6407
**Please have the account number available when you call.**

Or write to us at:
The address for general inquiries and all RESPA Qualified Written Requests is:
Bank of America, N.A., Attn:

Customer Service  CA6-919-01-41, PO Box 5170, Simi Valley, CA 93062-5170

Tax Dept CA6-913-LB-01, PO Box 10211, Van Nuys, CA 91410-0211
Insurance Dept., PO Box 961291, Fort Worth, TX 76161-0291
Payments, Attn: Remittance Processing PO Box 650070, Dallas, TX 75265-0070
*Overnight deliveries Retail Payment Services, TX1-160-06-01, Dallas InfoMart, STE 6020, 1950 N Stemmons FWY, Dallas, TX 75207-3134
Our website www.bankofamerica.com
Your account information is available in Spanish on the site mentioned above.
*The facility at this address does not accept walk-up payments, it accepts overnight mail only. Payments can be made by Phone, Online, Mail, or at Bank of America Banking Centers.

 Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2011 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

Account Number          6210

E-mail use: Providing your e-mail address(es) below will allow us to send you information on your account
Joe Alvarez
E-mail address

**How we post your payment:** All accepted payments of principal and interest will be applied to the longest outstanding installment due, unless otherwise expressly prohibited or limited by law. If you submit an amount in addition to your scheduled monthly amount, we will apply your payments as follows: (i) to outstanding monthly payments of principal and interest, (ii) escrow deficiencies, (iii) late charges and other amounts you owe in connection with your loan - and (iv) to reduce the outstanding principal balance of your loan. Please specify if you want an additional amount applied to future payments, rather than principal reduction.

Postdated checks will be processed on the date received unless a loan counselor agrees to honor the date written on the check as a condition of a repayment plan. Payments by phone received by 6.00 PM Pacific Time on a business day will be effective the same day. Payments by phone received after 6.00 PM Pacific Time or on a nonbusiness day/holiday will be applied to your account no later than the next business day.

For all full month payment periods, interest is calculated on a monthly basis. Accordingly, interest for all full months, including February, is calculated as 30/360 of annual interest, irrespective of the actual number of days in the month. For partial months, interest is calculated daily on the basis of a 365 day year.

E-mail address

1 of 6

**Bank of America**
Home Loans

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Statement date 12/19/2011

**Account Number** 5210

Property address
13840 Alexandria Ct.

## IMPORTANT TAX INFORMATION ENCLOSED

0048345 01 AT 0.362 **AUTO  T0 0 3674 33325-1201
MS0 XW AG 044---1--0--2--- C0000068 IN 1 P40393



JOE ALVAREZ
13840 Alexandria Ct
Davie FL 33325-1201

‖‖ı‖ıı‖ı‖ııı‖ı‖ıı‖ıı‖ı‖‖ı‖‖ı‖‖ıı‖ı‖ııı‖ı‖ı‖

**FOR CUSTOMER SERVICE: 1.800.669.6607**

### IMPORTANT NOTICE

If you and Bank of America, N.A. have entered into an agreement to address your monthly payments, please make payments in accordance with this agreement.

If you have qualified for an interest rate reduction based upon current active military service, subsequent statements may not reflect the reduced payment amount. Please refer to the notice previously sent to you for the reduced payment amount.

| HOME LOAN SUMMARY | Home loan overview as of 12/19/2011 | | Amount due on 01/01/2012 as of 12/19/2011 | |
|---|---|---|---|---|
| | Principal Balance | $607,621.53 | Home loan payment due 01/01/2012 | $1,840.04 |
| | Escrow balance | -$8,427.92 | Past due payment amount | 3,680.08 |
| | Late Charge if payment received after 01/17/2012 | $92.00 | Partial payment balance | 6,523.76 |

Calls may be monitored or recorded to ensure quality service. We may charge you a fee (of up to $40.00) for any payment returned or rejected by your financial institution, subject to applicable law.

**Please update e-mail information on the reverse side of this coupon.**

### PAYMENT INSTRUCTIONS

1. Please
   • don't send cash
   • don't staple your check to the payment coupon
   • don't include correspondence
   • include coupon with payment
2. Write the account number on the check or money order.
3. Write in any additional amounts you are including.
4. Make your check payable to **Bank of America, N.A.**
   Attn: Remittance Processing
   PO Box 650070
   Dallas, TX 75265-0070

Account number    5210    (1)
Joe Alvarez
13840 Alexandria Ct.
Davie, FL 33325

SEE OTHER SIDE FOR IMPORTANT INFORMATION    3674

Bank of America, N.A.
PO BOX 650070
DALLAS, TX 75265-0070

| Additional Principal | |
|---|---|
| Additional Escrow | |
| Check total | |

ıııı‖ı‖ıı‖ı‖ıı‖ı‖ıı‖ıı‖ı‖ııı‖ı‖ıı‖ı‖ıı‖

17806521010000018400400019320 4

5 2 10 ‖

| HOME LOAN DETAILS | Monthly payment breakdown as of 12/19/2011 | | Loan type and term | |
|---|---|---|---|---|
| | Principal and/or interest payment | $1,840.03 | Loan type | Adj Rate Mtge |
| | Escrow payment amount | .01 | Contractual remaining term | 40 Years |
| | Fees due | 285.00 | Interest rate | 2.000% |
| | **Total monthly home loan payment** | **$1,840.04** | **Upcoming dates** | |
| | | | Adjustable Rate Mortgage (ARM) change | 11/2012 |

### Escrow account expenses

We are responsible for the payment of the following escrow items with the exception of the items marked with an asterisk (*).
The payment of the items marked with an asterisk (*) is the responsibility of the homeowner.

| Description | Payee | Policy number/Tax ID | Frequency | Next due date | Amount due |
|---|---|---|---|---|---|
| County taxes | Broward County Revenue Collect | 504010-04-0440 | Annual | 11/01/2012 | 8,427.92 |
| Homeowners insurance | Citizens Prop Ins Corp | FRJH5205175020370 | Annual | 06/19/2012 | 4,413.00 |
| Flood insurance | Fidelity Nat Prop & Cas-Flood | 09115045123601 | Annual | 06/19/2012 | 479.00 |

### Home loan activity since your last statement

| Date | Description | Principal | Additional principal reduction | Escrow | Other Unapplied | Total |
|---|---|---|---|---|---|---|
| 12/07/2011 | Misc posting | | -198.84 | | 198.84 | |
| 12/07/2011 | Misc posting | | | | 3,119.38 | 3,119.38 |
| 12/12/2011 | Misc posting | | | | 3,119.38 | 3,119.38 |
| 12/12/2011 | Misc posting | | -40,389.65 | 40,303.49 | 86.16 | |
| 12/12/2011 | Principal bal adj | -$75,585.86 | | | | -75,585.86 |
| 12/12/2011 | Due date adjustment | | | | | |
| | **Ending balance | $607,621.53 | | -$8,427.92 | | |

**NOTE: The ending balance is probably not the same as the amount to pay off your loan. For payoff information, you may use our 24-hour automated information system at 1.800.669.5833.



| TO CONTACT US | CREDIT REPORTING NOTICE |
|---|---|

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**For up-to-the-minute information about the account,** use our 24-hour automated information system. To ask us about this statement or account information, call 1.800.669.6607, Monday-Friday 7a.m. - 7p.m. Local Time. Calls may be monitored and/or recorded for service quality purposes. *Se habla español.* 1.800.295.0025.
TDD 1.800.300.6407
Please have the account number available when you call.

Or write to us at:
The address for general inquiries and all RESPA Qualified Written Requests is:
Bank of America, N.A., Attn:

Customer Service  CA6-919-01-41, PO Box 5170, Simi Valley, CA 93062-5170

Tax Dept CA6-913-LB-01, PO Box 10211, Van Nuys, CA 91410-0211
Insurance Dept., PO Box 961291, Fort Worth, TX 76161-0291
Payments, Attn: Remittance Processing PO Box 650070, Dallas, TX 75265-0070
*Overnight deliveries Retail Payment Services, TX1-160-06-01, Dallas InfoMart, STE 6020, 1950 N Stemmons FWY, Dallas, TX 75207-3134
Our website is www.bankofamerica.com
Your account information is available in Spanish on the site mentioned above.
*The facility at this address does not accept walk-up payments, it accepts overnight mail only.  Payments can be made by Phone, Online, Mail, or at Bank of America Banking Centers.

Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2011 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

Account Number ⬛⬛⬛⬛5210
E-mail use: Providing your e-mail address(es) below will allow us to send you information on your account
Joe Alvarez
E-mail address

**How we post your payment:** All accepted payments of principal and interest will be applied to the longest outstanding installment due, unless otherwise expressly prohibited or limited by law. If you submit an amount in addition to your scheduled monthly amount, we will apply your payments as follows: (i) to outstanding monthly payments of principal and interest, (ii) escrow deficiencies, (iii) late charges and other amounts you owe in connection with your loan and (iv) to reduce the outstanding principal balance of your loan. Please specify if you want an additional amount applied to future payments, rather than principal reduction.
Postdated checks will be processed on the date received unless a loan counselor agrees to honor the date written on the check as a condition of a repayment plan. Payments by phone received by 6:00 PM Pacific Time on a business day will be effective the same day. Payments by phone received after 6:00 PM Pacific Time or on a nonbusiness day/holiday will be applied to your account no later than the next business day.

For all full month payment periods, interest is calculated on a monthly basis. Accordingly, interest for all full months, including February, is calculated as 30/360 of annual interest, irrespective of the actual number of days in the month. For partial months, interest is calculated daily on the basis of a 365 day year.

E-mail address

**Bank of America**
**Home Loans**

Account Number _____ 5216

12/19/2011

13840 Alexandria Ct.

Joe Alvarez

# ESCROW ACCOUNT REVIEW

| ESCROW EXPLAINED | Part of your monthly loan payment goes into an account to pay for your property taxes and insurance premiums. During the year, payments are made out of this account when bills come due. This notice describes any changes needed in your monthly payment to maintain enough money in your escrow account to pay these bills. In our step-by-step analysis, we determine the data shown below to calculate your new escrow payment. |
|---|---|

*See below for:*
- an in-depth explanation of each step of your escrow analysis
- side-by-side comparison of last year's projected and actual data

## SUMMARY

| | | |
|---|---|---|
| Base amount needed *(see Step 1)* | The expected monthly amount needed to pay your property taxes and insurance premiums | $1,109.99 |
| Shortage payment *(see Step 2)* | **The monthly amount you must pay into your escrow account to keep the balance from falling below zero during the year** | $0.00 |
| Reserve requirement *(see Step 3)* | The monthly amount allowed by federal law for unexpected tax and insurance increases and other costs | $149.51 |
| New monthly escrow payment *(see Step 4)* | | $1,259.50 |
| New monthly home loan payment effective 02/2012 *(see Step 4)* | | $3,099.53 |

## HOW WE CALCULATE YOUR ESCROW PAYMENT

**STEP 1** — **Determine base amount needed for the year**

| Escrow items | Amount needed | Frequency in months | Monthly amount needed | |
|---|---|---|---|---|
| County taxes | $8,427.92 | 12 | $702.33 | |
| Homeowners insurance | 4,413.00 | 12 | 367.75 | |
| Flood insurance | 479.00 | 12 | 39.92 | |
| **Total monthly base payment amount** | | | | $1,109.99 |

**STEP 2** — **Determine lowest projected balance**

In the chart located below, we project the amounts you will pay into your escrow account next year and the amounts we will pay out for your insurance and tax bills. Remember, these figures are only projections and may not reflect the actual payments made at the time they are due.

| Month | Escrow deposit(s) | Tax payment(s) | Insurance payment(s) | MIP/PMI payment(s) | Balance |
|---|---|---|---|---|---|
| **Beginning balance** | | | | | **$2,637.04** |
| February 2012 | 1,109.99 | | | | 3,747.03 |
| March 2012 | 1,109.99 | | | | 4,057.02 |
| April 2012 | 1,109.99 | | | | 5,967.01 |
| May 2012 | 1,109.99 | | | | 7,077.00 |
| June 2012 | 1,109.99 | | 4,892.00 | | 3,294.99 |
| July 2012 | 1,109.99 | | | | 4,404.98 |
| August 2012 | 1,109.99 | | | | 5,514.97 |
| September 2012 | 1,109.99 | | | | 6,624.96 |
| October 2012 | 1,109.99 | | | | 7,734.95 |
| November 2012 | 1,109.99 | 8,427.92 | | | 417.02 * |
| December 2012 | 1,109.99 | | | | 1,527.01 |
| January 2013 | 1,109.99 | | | | 2,637.00 |
| **Ending balance** | | | | | **$2,637.00** |

| | |
|---|---|
| **Lowest projected balance** | **$417.02** |
| **Shortage payment amount** | **$0.00** |

\* Lowest projected balance (LPB)

At the time of analysis, Bank of America, N.A. assumes that all scheduled mortgage payments will be made to the effective date of your new payment.

Your Lowest Projected Balance (LPB) reflects a balance above zero. In the next step, we will compare this amount to your escrow reserve requirement to determine if there is an overage.

**STEP 3** — **Determine reserve requirement**

Federal law allows for the collection of a reserve amount to maintain a cushion for unexpected tax and/or insurance increases and other costs. The reserve used for this period is shown below.

| | |
|---|---|
| Lowest projected balance *(see step 2 above)* | $417.02 |
| Total reserve requirement (16.6% of the base amount) * | 2,211.11 |
| Additional amounts required | 1,794.09 |
| **Monthly reserve requirement ($1,794.09 divided by 12)** | $149.51 |
| Available overage | $0.00 |

\* Base amount equals the total of payments anticipated to be paid out of the escrow account during the year but excludes PMI/MIP amounts.

**STEP 4** — **Determine monthly payments**

**Calculation of monthly escrow payment**

| | |
|---|---|
| Base amount needed for taxes and/or insurance *(see Step 1)* | $1,109.99 |
| Shortage payment *(see Step 2)* | .00 |
| Reserve requirement *(see Step 3)* | 149.51 |
| **Total monthly escrow payment** | $1,259.50 |

| STEP 4 | **Determine monthly payments - continued** | | |
|---|---|---|---|
| | **Calculation of monthly home loan payment** | | |
| | Principal and/or interest | $1,840.03 | |
| | Total monthly escrow payment | 1,259.50 | |
| | **Total monthly home loan payment effective  02/2012** | | **$3,099.53** |

**LAST YEAR IN REVIEW**

| Current analysis compared to previous | | *Monthly amount* | |
|---|---|---|---|
| *Amount needed for taxes and insurance* | | *Last analysis* | *This analysis* |
| County taxes | | $711.00 | $702.33 |
| Homeowners insurance | | 328.67 | 367.75 |
| Flood insurance | | 39.75 | 39.92 |
| Total base escrow payment | | $1,079.41 | $1,109.99 |
| Shortage payment | | 2,429.73 | .00 |
| Reserve requirement | | 179.18 | 149.51 |
| Rounding amount | | .00 | .00 |
| **Monthly escrow payment** | | **$3,688.32** | **$1,259.50** |
| Principal and/or interest | | $3,037.37 | $1,840.03 |
| Monthly escrow payment | | 3,688.32 | 1,259.50 |
| **Total payment amount** | | **$6,725.69** | **$3,099.53** |

**Summary of escrow change**

As shown, your base escrow amount increased. Your reserve percentage remained unchanged. Your reserve payment decreased. The result of these issues caused your total escrow payment to decrease.

A side-by-side comparison of last year's projected escrow account activity and actual activity can be found below.

**Last year's escrow payments**

**Projected**

| Date | Activity | Paid in | Paid out | Balance |
|---|---|---|---|---|
| | Beginning balance | | | -$26,997.96 |
| 02/01/2011 | Feb Payment | 3,688.32 | | -23,309.64 * |
| 03/01/2011 | Mar Payment | 3,688.32 | | -19,621.32 |
| 04/01/2011 | Apr Payment | 3,688.32 | | -15,933.00 |
| 05/01/2011 | May Payment | 3,688.32 | | -12,244.68 |
| 06/01/2011 | Jun Payment | 3,688.32 | | -8,556.36 |
| 06/02/2011 | Homeowners insurance | | 3,944.00 | -12,500.36 |
| 06/02/2011 | Flood insurance | | 477.00 | -12,977.36 |
| 07/01/2011 | Jul Payment | 3,688.32 | | -9,289.04 |
| 08/01/2011 | Aug Payment | 3,688.32 | | -5,600.72 |
| 09/01/2011 | Sep Payment | 3,688.32 | | -1,912.40 |
| 10/01/2011 | Oct Payment | 3,688.32 | | 1,775.92 |
| 11/01/2011 | Nov Payment | 3,688.32 | | 5,464.24 |
| 11/02/2011 | County taxes | | 8,531.94 | -3,067.70 |
| 12/01/2011 | Dec Payment | 3,688.32 | | 620.62 |
| 01/01/2012 | Jan Payment | 3,688.32 | | 4,308.94 |
| | Ending balance | | | $4,308.94 |

**Actual**

| Date | Activity | Paid in | Paid out | Balance |
|---|---|---|---|---|
| | Beginning balance | | | -$35,411.52 |
| 05/23/2011 | Homeowners ins pmt | | 4,413.00 | -39,824.52 |
| 05/23/2011 | Flood ins payment | | 479.00 | -40,303.52 |
| 08/17/2011 | May Payment | .01 | | -40,303.51 |
| 10/05/2011 | Jun Payment | .01 | | -40,303.50 |
| 10/05/2011 | Jul Payment | .01 | | -40,303.49 |
| 11/15/2011 | County tax pmt | | 8,427.92 | -48,731.41 * |
| 12/12/2011 | Misc posting | 40,303.49 | | -8,427.92 |
| | Ending balance | | | -$8,427.92 |

\* Lowest projected balance

At the time of analysis, Bank of America, N.A. assumes that all scheduled mortgage payments will be made to the effective date of your new payment.



**Bank of America**

Home Loans

CUSTOMER SERVICE
PO BOX 5170
SIMI VALLEY, CA 93062-5170

Statement Date 12/19/2011

Account Number     5210

Property address
13840 Alexandria Ct.

**Active Loan Mortgage Interest Statement**

JOE ALVAREZ
13840 Alexandria Ct
Davie FL 33325-1201

## INSTRUCTIONS FOR PAYER/BORROWER

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported in box 3.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the instructions for Form 1040, Schedule A, C, or E for how to report the mortgage interest. Also, for more information, see Pub. 936 and Pub. 535.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the mortgage interest received during the year. This amount includes interest on any obligation secured by real property, including a home equity, line of credit, or credit card loan. This amount does not include points, government subsidy payments, or seller payments on a "buy-down"

mortgage. Such amounts are deductible by you only in certain circumstances. **Caution:** If you prepaid interest in 2011 that accrued in full by January 15, 2012, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2011 even though it may be included in box 1. If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396. If the interest was paid on a mortgage, home equity, line of credit, or credit card loan secured by your personal residence, you may be subject to a deduction limitation.

**Box 2.** Not all points are reportable to you. Box 2 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 2 may also be deductible. See Pub. 936 to figure the amount you can deduct.

**Box 3. Do not deduct this amount.** It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part or all of the box 3 amount on the "Other income" line of your 2011 Form 1040. No adjustment to your prior year's tax return(s) is necessary. For more information, see Pub. 936 and Itemized Deduction Recoveries in Pub. 525.

**Box 4.** Shows mortgage insurance premiums which may qualify to be treated as deductible mortgage interest. See the Schedule A (Form 1040) instructions.

**Box 5.** The interest recipient may use this box to give you other information, such as the address of the property that secures the debt, real estate taxes, or insurance paid from escrow.

---

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, address, and telephone number | * **Caution:** The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901 2011 Form 1098 | **Mortgage Interest Statement** |
|---|---|---|---|
| BANK OF AMERICA, N.A. CUSTOMER SERVICE PO BOX 5170 SIMI VALLEY, CA 93062-5170   (800) 669-6607 | | | |

| RECIPIENT'S federal identification no. | PAYER'S social security number | 1 Mortgage interest received from payer(s)/borrower(s)* $   8,457.68 | **Copy B For Payer/Borrower** |
|---|---|---|---|
| PAYER'S/BORROWER'S name, Street address (including apt. no.), City, state, and ZIP code | | 2 Points paid on purchase of principal residence $   0.00 | The information in boxes 1, 2, 3, and 4 is important tax information and is being furnished to the Internal Revenue Service. If you are |
| JOE ALVAREZ 13840 Alexandria Ct Davie, FL 33325-1201 | | 3 Refund of overpaid interest $   0.00 | required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax |
| | | 4 Mortgage insurance premiums $   0.00 | results because you overstated a deduction for this mortgage interest or for these points or because you |
| Account number (see instructions)   5210 | | 5 | did not report this refund of interest on your return. |

Form **1098**          (keep for your records)          Department of the Treasury - Internal Revenue Service

### 2011 STATEMENT SUMMARY

| | | | |
|---|---|---|---|
| Total Interest paid in 2011 | $8,457.68 | Ending Interest Bearing Principal Balance | $607,621.53 |
| Property taxes paid in 2011 | $8,427.92 | Ending Non-Interest Bearing Principal Balance | $0.00 |
| Beginning escrow balance | $35,411.52- | Ending Gross Unpaid Principal Balance | $607,621.53 |
| Ending escrow balance | $8,427.92- | FHA/VA case number | Not applicable |

### IMPORTANT IRS REGULATIONS

**YOU SHOULD CONSULT WITH THE IRS OR YOUR TAX ADVISOR IF YOU HAVE ANY QUESTIONS.**
**BANK OF AMERICA, N.A. DOES NOT OFFER TAX ADVICE.**

Please verify that the Social Security Number (SSN) listed on the IRS Tax form is correct (see previous page). If the SSN is not correct, please provide us with the correct number immediately by writing to us at the address below or calling us at (800) 669-6607. If you fail to provide us your correct SSN, you are subject to a $50 penalty imposed by the IRS and backup withholding of interest paid to you. <u>Note</u>: Please include your name and account number on all communications to us.

**BANK OF AMERICA, N.A.**
**CUSTOMER SERVICE**
**PO BOX 5170**
**SIMI VALLEY, CA  93062-5170**

### IMPORTANT NOTICE

During 2011, a modification was completed on your loan to bring it up to date. During the modification process, any interest you did not pay was capitalized, which means it was added to your unpaid principal balance. Because this interest was added to your unpaid principal balance rather than paid by you in 2011, it would not be included in your 2011 1098 Year End Statement as Interest Paid. We recommend you consult your financial advisor with tax questions regarding this capitalized interest.



1 of 3

**Bank of America**

Home Loans

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Statement Date 12/30/2011

**Account Number** ⬛⬛5210
Property address
13840 Alexandria Ct.

## IMPORTANT TAX INFORMATION ENCLOSED

0013529 02 AT 0.487 **AUTO  T3 0 0690 33325-1201
MSO XW AG 004---1--0--2--- M23239 IN 1 P13542



JOE ALVAREZ
13840 Alexandria Ct
Davie FL 33325-1201

FOR CUSTOMER SERVICE: 1.800.669.6607

# Sign Up For Account Alerts

With Bank of America, N.A. PayPlan Services, you don't need to receive monthly paper statements anymore! You can get something you may find of more value—**Account Alerts**. These timely emails help in many ways. They:

- **Confirm** when your payment has posted
- **Keep you up-to-date** on important account information

So visit www.bankofamerica.com and sign up for Account Alerts today!

| HOME LOAN SUMMARY | Home loan overview as of 12/30/2011 | | Amount due on 01/01/2012 as of 12/30/2011 | |
|---|---|---|---|---|
| | Principal Balance | $605,944.41 | Home loan payment due 01/01/2012 | $3,108.84 |
| | Escrow balance | -$5,890.30 | | |
| | Late Charge if payment received after 01/17/2012 | $92.00 | | |

Calls may be monitored or recorded to ensure quality service. We may charge you a fee (of up to $40.00) for any payment returned or rejected by your financial institution, subject to applicable law.

**PAYMENT INSTRUCTIONS**

1. Please
   - don't send cash
   - don't staple the check to the payment coupon
   - don't include correspondence
   - include coupon with payment

2. Write the account number on the check or money order.

3. Make the check payable to
   **Bank of America, N.A.**
   Attn: Remittance Processing
   PO Box 650070
   Dallas, TX 75265-0070

Account number ⬛⬛5210       (1)
Joe Alvarez
13840 Alexandria Ct.
Davie, FL 33325

SEE OTHER SIDE FOR IMPORTANT INFORMATION       3020

Bank of America, N.A.
PO BOX 650070
DALLAS, TX 75265-0070

| Payment due Jan 1, 2012 | $3,108.84 |
|---|---|
| After Jan 17, 2012 late payment | $3,200.84 |

Please update e-mail information on the reverse side of this coupon.

| Additional Principal | |
|---|---|
| Additional Escrow | |
| Check total | |

1780652101000003108840003 20084

⬛⬛5 2 10⬛

**HOME LOAN DETAILS**

| Monthly payment breakdown as of 12/30/2011 | | Loan type and term | |
|---|---|---|---|
| Principal and/or interest payment | $1,840.03 | Loan type | Adj Rate Mtge |
| Escrow payment amount | 1,268.81 | Contractual remaining term | 39 Years, 10 Months |
| Fees due | 75.00 | Interest rate | 2.000% |
| **Total monthly home loan payment** | **$3,108.84** | | |

**Escrow account expenses**

*We are responsible for the payment of the following escrow items with the exception of the items marked with an asterisk (*).*
*The payment of the items marked with an asterisk (*) is the responsibility of the homeowner.*

| Description | Payee | Policy number/Tax ID | Frequency | Next due date | Amount due |
|---|---|---|---|---|---|
| County taxes | Broward County Revenue Collect | 504010-04-0440 | Annual | 11/01/2012 | 8,427.92 |
| Homeowners insurance | Citizens Prop Ins Corp | FRJH5205175020370 | Annual | 06/19/2012 | 4,413.00 |
| Flood insurance | Fidelity Nat Prop & Cas-Flood | 09115045123601 | Annual | 06/19/2012 | 479.00 |

**Home loan activity since your last statement**

| Date | Description | Principal | Interest | Additional principal reduction | Escrow | Other Unapplied | Total |
|---|---|---|---|---|---|---|---|
| 12/30/2011 | Misc posting | | | | | -285.00 | -285.00 |
| 12/30/2011 | Misc posting | | | | | -6,238.76 | -6,238.76 |
| 12/30/2011 | November payment | $827.33 | 1,012.70 | | 1,268.81 | | 3,108.84 |
| 12/30/2011 | December payment | 828.71 | 1,011.32 | | 1,268.81 | | 3,108.84 |
| 12/30/2011 | Misc posting | | | 21.08 | | | 21.08 |
| | **Ending balance | $605,944.41 | | | -$5,890.30 | | |

**NOTE: The ending balance is probably not the same as the amount to pay off your loan. For payoff information, you may use our 24-hour automated information system at 1.800.669.5833.



**CREDIT REPORTING NOTICE**

**TO CONTACT US**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

For up-to-the-minute information about the account, use our 24-hour automated information system. To ask us about this statement or account information, call 1.800.669.6607, Monday-Friday 7a.m. - 7p.m. Local Time. Calls may be monitored and/or recorded for service quality purposes. *Se habla español.* 1.800.295.0025. TDD 1.800.300.6407
**Please have the account number available when you call.**

Or write to us at:
The address for general inquiries and all RESPA Qualified Written Requests is:
Bank of America, N.A., Attn:

Customer Service CA6-919-01-41, PO Box 5170, Simi Valley, CA 93062-5170

Tax Dept CA6-913-LB-01, PO Box 10211, Van Nuys, CA 91410-0211
Insurance Dept, PO Box 961291, Fort Worth, TX 76161-0291
Payments, Attn: Remittance Processing PO Box 650070, Dallas, TX 75265-0070
*Overnight deliveries Retail Payment Services, TX1-160-06-01, Dallas InfoMart, STE 6020, 1950 N Stemmons FWY, Dallas, TX 75207-3134
Our website www.bankofamerica.com
Your account information is available in Spanish on the site mentioned above.
*The facility at this address does not accept walk-up payments, it accepts overnight mail only. Payments can be made by Phone, Online, Mail, or at Bank of America Banking Centers.

Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2011 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

Account Number ████5210
E-mail use: Providing your e-mail address(es) below will allow us to send you information on your account
Joe Alvarez
E-mail address

**How we post your payment:** All accepted payments of principal and interest will be applied to the longest outstanding installment due, unless otherwise expressly prohibited or limited by law. If you submit an amount in addition to your scheduled monthly amount, we will apply your payments as follows: (i) to outstanding monthly payments of principal and interest, (ii) escrow deficiencies, (iii) late charges and other amounts you owe in connection with your loan and (iv) to reduce the outstanding principal balance of your loan. Please specify if you want an additional amount applied to future payments, rather than principal reduction.
**Postdated checks** will be processed on the date received unless a loan counselor agrees to honor the date written on the check as a condition of a repayment plan. Payments by phone received by 6:00 PM Pacific Time on a business day will be effective the same day. Payments by phone received after 6:00 PM Pacific Time or on a nonbusiness day/holiday will be applied to your account no later than the next business day.

For all full month payment periods, interest is calculated on a monthly basis. Accordingly, interest for all full months, including February, is calculated as 30/360 of annual interest, irrespective of the actual number of days in the month. For partial months, interest is calculated daily on the basis of a 365 day year.

E-mail address

0013529 0037327

Case 15-01176-JKO    Doc 41    Filed 08/03/15    Page 41 of 95

**Bank of America**

Home Loans

| | |
|---|---|
| **Account Number** XXXXX5210 | **Statement date** 12/30/2011 |

Property address
13840 Alexandria Ct.

Joe Alvarez

# ESCROW ACCOUNT REVIEW

| ESCROW EXPLAINED | Part of your monthly loan payment goes into an account to pay for your property taxes and insurance premiums. During the year, payments are made out of this account when bills come due. This notice describes any changes needed in your monthly payment to maintain enough money in your escrow account to pay these bills. In our step-by-step analysis, we determine the data shown below to calculate your new escrow payment. |
|---|---|

*See below for:*
- an in-depth explanation of each step of your escrow analysis
- side-by-side comparison of last year's projected and actual data

| SUMMARY | | |
|---|---|---|
| Base amount needed *(see Step 1)* | The expected monthly amount needed to pay your property taxes and insurance premiums | $1,109.99 |
| Shortage payment *(see Step 2)* | The monthly amount you must pay into your escrow account to keep the balance from falling below zero during the year | $121.97 |
| Reserve requirement *(see Step 3)* | The monthly amount allowed by federal law for unexpected tax and insurance increases and other costs | $36.85 |
| **New monthly escrow payment** *(see Step 4)* | | **$1,268.81** |
| **New monthly home loan payment effective 11/2011** *(see Step 4)* | | **$3,108.84** |

## HOW WE CALCULATE YOUR ESCROW PAYMENT

**STEP 1**    Determine base amount needed for the year

| Escrow items | Amount needed | Frequency in months | Monthly amount needed |
|---|---|---|---|
| County taxes | $8,427.93 | 12 | $702.33 |
| Homeowners insurance | 4,413.00 | 12 | 367.75 |
| Flood insurance | 479.00 | 12 | 39.92 |
| **Total monthly base payment amount** | | | **$1,109.99** |

**STEP 2**    Determine lowest projected balance

In the chart located below, we project the amounts you will pay into your escrow account next year and the amounts we will pay out for your insurance and tax bills. Remember, these figures are only projections and may not reflect the actual payments made at the time they are due.

| Month | Escrow deposit(s) | Tax payment(s) | Insurance payment(s) | MIP/PMI payment(s) | Balance |
|---|---|---|---|---|---|
| **Beginning balance** | | | | | -$8,427.92 |
| November 2011 | 1,109.99 | | | | -7,317.93 * |
| December 2011 | 1,109.99 | | | | -6,207.94 |
| January 2012 | 1,109.99 | | | | -5,097.95 |
| February 2012 | 1,109.99 | | | | -3,987.96 |
| March 2012 | 1,109.99 | | | | -2,877.97 |
| April 2012 | 1,109.99 | | | | -1,767.98 |
| May 2012 | 1,109.99 | | | | -657.99 |
| June 2012 | 1,109.99 | | 4,892.00 | | -4,440.00 |
| July 2012 | 1,109.99 | | | | -3,330.01 |
| August 2012 | 1,109.99 | | | | -2,220.02 |
| September 2012 | 1,109.99 | | | | -1,110.03 |
| October 2012 | 1,109.99 | | | | -.04 |
| **Ending balance** | | | | | -$0.04 |

| | |
|---|---|
| **Lowest projected balance** | **-$7,317.93** |
| **Shortage payment amount** | **$121.97** |

* Lowest projected balance (LPB)

At the time of analysis, Bank of America, N.A. assumes that all scheduled mortgage payments will be made to the effective date of your new payment.

---

PAYMENT INSTRUCTIONS

1. Please
   - don't send cash
   - don't staple the check to the payment coupon
   - don't include correspondence
   - include coupon with payment

2. Write your account number on the check or money order.

3. Write in any additional amounts you are including.

4. Make your check payable to Bank of America, N.A.
   Attn: Remittance Processing
   PO Box 650070
   Dallas, TX 75265-0070

| Account number XXXXX5210 | (1) |
|---|---|

Joe Alvarez
13840 Alexandria Ct.
Davie, FL 33325

3690

Bank of America, N.A.
PO BOX 650070
DALLAS, TX 75265-0070

| | |
|---|---|
| Escrow shortage due **Nov 1, 2011** | $7,317.9 |
| N/A | |
| N/A | |
| Check total | |

17806521010500073179300073 1793

1780652101050007317930000731793

5210

You, of course, have the option to pay your anticipated shortage in full. *(See Step 4 for more information.)*

**STEP 3**   **Determine reserve requirement**

Federal law allows for the collection of a reserve amount to maintain a cushion for unexpected tax and/or insurance increases and other costs. The reserve used for this period is shown below.

| | | |
|---|---|---|
| Lowest projected balance *(see step 2 above)* | -$7,317.93 | |
| Total reserve requirement (16.6% of the base amount) * | 2,211.11 | |
| Additional amounts required | 2,211.11 | |
| Monthly reserve requirement ($2,211.11 divided by 60) | | $36.85 |
| Available overage | $0.00 | |

\* Base amount equals the total of payments anticipated to be paid out of the escrow account during the year but excludes PMI/MIP amounts.

**STEP 4**   **Determine monthly payments**

**Calculation of monthly escrow payment**

| | | |
|---|---|---|
| Base amount needed for taxes and/or insurance *(see Step 1)* | $1,109.99 | |
| Shortage payment *(see Step 2)* | 121.97 | |
| Reserve requirement *(see Step 3)* | 36.85 | |
| **Total monthly escrow payment** | | **$1,268.81** |

**Calculation of monthly home loan payment**

| | | |
|---|---|---|
| Principal and/or interest | $1,840.03 | |
| Total monthly escrow payment | 1,268.81 | |
| **Total monthly home loan payment effective  11/2011** | | **$3,108.84** |

If you choose to pay your shortage in full, your payment will be reduced by the shortage amount of $121.97, leaving you with a payment of $2,986.87.



**L A S T   Y E A R**
**I N  R E V I E W**

**Current analysis compared to previous**                                        *Monthly amount*

| *Amount needed for taxes and insurance* | *Last analysis* | *This analysis* |
|---|---|---|
| County taxes | $702.33 | $702.33 |
| Homeowners insurance | 367.75 | 367.75 |
| Flood insurance | 39.92 | 39.92 |
| Total base escrow payment | $1,109.99 | $1,109.99 |
| Shortage payment | .00 | 121.97 |
| Reserve requirement | 149.51 | 36.85 |
| Rounding amount | .00 | .00 |
| **Monthly escrow payment** | **$1,259.50** | **$1,268.81** |
| Principal and/or interest | $1,840.03 | $1,840.03 |
| Monthly escrow payment | 1,259.50 | 1,268.81 |
| **Total payment amount** | **$3,099.53** | **$3,108.84** |

**Summary of escrow change**

As shown, your base escrow amount remained the same. Your reserve percentage remained unchanged. Your reserve payment decreased. The result of these issues caused your total escrow payment to increase. Additionally, you were left with a shortage.

A side-by-side comparison of last year's projected escrow account activity and actual activity can be found below.

**Last year's escrow payments**

| *Projected* | | | | | *Actual* | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Date* | *Activity* | *Paid in* | *Paid out* | *Balance* | *Date* | *Activity* | *Paid in* | *Paid out* | *Balance* |
| | Beginning balance | | | $2,637.04 | | Beginning balance | | | -$5,890.30 |
| 02/01/2012 | Feb Payment | 1,259.50 | | 3,896.54 | | Ending balance | | | -$5,890.30 |

How we post your payment: All accepted payments of principal and interest will be applied to the longest outstanding installment due, unless otherwise expressly prohibited or limited by law. If you submit an amount in addition to your scheduled monthly amount, we will apply your payments as follows:  (i) to outstanding monthly payments of principal and interest, (ii) escrow deficiencies, (iii) late charges and other amounts you owe in connection with your loan and (iv) to reduce the outstanding principal balance of your loan. Please specify if you want an additional amount applied to future payments, rather than principal reduction.

Postdated checks will be processed on the date received unless a loan counselor agrees to honor the date written on the check as a condition of a repayment plan. Payments by phone received by 6:00 PM Pacific Time on a business day will be effective the same day. Payments by phone received after 6:00 PM Pacific Time or on a nonbusiness day/holiday will be applied to your account no later than the next business day.

For all full month payment periods, interest is calculated on a monthly basis. Accordingly, interest for all full months, including February, is calculated as 30/360 of annual interest, irrespective of the actual number of days in the month. For partial months, interest is calculated daily on the basis of a 365 day year.

**Bank of America** Case 15-01176-JKO    Doc 41    Filed 08/05/15    Page 43 of 95



**Home Loans**

**Last year's escrow payments - cont.**

| | Projected | | | | | Actual | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Activity | Paid in | Paid out | Balance | | Date | Activity | Paid in | Paid out | Balance |
| 03/01/2012 | Mar Payment | 1,259.50 | | 5,156.04 | | | | | | |
| 04/01/2012 | Apr Payment | 1,259.50 | | 6,415.54 | | | | | | |
| 05/01/2012 | May Payment | 1,259.50 | | 7,675.04 | | | | | | |
| 05/01/2012 | Jun Payment | 1,259.50 | | 8,934.54 | | | | | | |
| 06/02/2012 | Homeowners insurance | | 4,413.00 | 4,521.54 | | | | | | |
| 06/02/2012 | Flood insurance | | 479.00 | 4,042.54 | | | | | | |
| 07/01/2012 | Jul Payment | 1,259.50 | | 5,302.04 | | | | | | |
| 08/01/2012 | Aug Payment | 1,259.50 | | 6,561.54 | | | | | | |
| 09/01/2012 | Sep Payment | 1,259.50 | | 7,821.04 | | | | | | |
| 10/01/2012 | Oct Payment | 1,259.50 | | 9,080.54 | | | | | | |
| 11/01/2012 | Nov Payment | 1,259.50 | | 10,340.04 | | | | | | |
| 11/02/2012 | County taxes | | 8,427.92 | 1,912.12 * | | | | | | |
| 12/01/2012 | Dec Payment | 1,259.50 | | 3,171.62 | | | | | | |
| 01/01/2013 | Jan Payment | 1,259.50 | | 4,431.12 | | | | | | |
| | Ending balance | | | $4,431.12 | | | | | | |

* Lowest projected balance

At the time of analysis, Bank of America, N.A. assumes that all scheduled mortgage payments will be made to the effective date of your new payment.

**Bank of America**
**Home Loans**

Customer Service
PO Box 101
Simi Valley, CA 93062-5170

Statement date 12/30/2011

Property address
13840 Alexandria Ct.

IMPORTANT TAX INFORMATION ENCLOSED

0013529 02 AT 0.487 **AUTO T3 0 3690 33325-1201
MSO XW AG 004—1—0—2— M23239 IN 1 P13542

JOE ALVAREZ
13840 Alexandria Ct
Davie FL 33325-1201

**FOR CUSTOMER SERVICE: 1.800.669.6607**

# Sign Up For Account Alerts

With Bank of America, N.A. PayPlan Services, you don't need to receive monthly paper statements anymore! You can get something you may find of more value—**Account Alerts**. These timely emails help in many ways. They:

· **Confirm** when your payment has posted
· **Keep you up-to-date** on important account information

So visit www.bankofamerica.com and sign up for Account Alerts today!

| HOME LOAN SUMMARY | Home loan overview as of 12/30/2011 | | Amount due on 01/01/2012 as of 12/30/2011 | |
|---|---|---|---|---|
| | Principal Balance | $605,944.41 | Home loan payment due 01/01/2012 | $3,108.84 |
| | Escrow balance | -$5,890.30 | | |
| | Late Charge if payment received after 01/17/2012 | $92.00 | | |

Calls may be monitored or recorded to ensure quality service. We may charge you a fee (of up to $40.00) for any payment returned or rejected by your financial institution, subject to applicable law.

**PAYMENT INSTRUCTIONS**

1. Please
   · don't send cash
   · don't staple the check to the payment coupon
   · don't include correspondence
   · include coupon with payment

2. Write the account number on the check or money order.

3. Make the check payable to:
   Bank of America, N.A.
   Attn: Remittance Processing
   PO Box 650070
   Dallas, TX 75265-0070

Account number ▆▆5210          (1)
Joe Alvarez
13840 Alexandria Ct.
Davie, FL 33325

SEE OTHER SIDE FOR IMPORTANT INFORMATION          3690

Bank of America, N.A.
PO BOX 650070
DALLAS, TX 75265-0070

| Payment due **Jan 1, 2012** | **$3,108.84** |
|---|---|
| After Jan 17, 2012 late payment | **$3,200.84** |

Please update e-mail information on the reverse side of this coupon.

Additional Principal

Additional Escrow

Check Total

17806521010000031088400032 0084

▆▆▆▆▆ 5210

2 of 8

| HOME LOAN DETAILS | Monthly payment breakdown as of 12/30/2011 | | Loan type and term | |
|---|---|---|---|---|
| | Principal and/or interest payment | $1,840.03 | Loan type | Adj Rate Mtge |
| | Escrow payment amount | 1,268.81 | Contractual remaining term | 39 Years, 10 Months |
| | Fees due | 75.00 | Interest rate | 2.000% |
| | Total monthly home loan payment | $3,108.84 | | |

**Escrow account expenses**

*We are responsible for the payment of the following escrow items with the exception of the items marked with an asterisk (\*).*
*The payment of the items marked with an asterisk (\*) is the responsibility of the homeowner.*

| Description | Payee | Policy number/Tax ID | Frequency | Next due date | Amount due |
|---|---|---|---|---|---|
| County taxes | Broward County Revenue Collect | 504010-04-0440 | Annual | 11/01/2012 | 8,427.92 |
| Homeowners insurance | Citizens Prop Ins Corp | FRJH5205175020370 | Annual | 06/19/2012 | 4,413.00 |
| Flood insurance | Fidelity Nat Prop & Cas-Flood | 091150451236Q1 | Annual | 06/19/2012 | 479.00 |

**Home loan activity since your last statement**

| Date | Description | Principal | Interest | Additional principal reduction | Escrow | Other Unapplied | Total |
|---|---|---|---|---|---|---|---|
| 12/30/2011 | Misc posting | | | | | -285.00 | -285.00 |
| 12/30/2011 | Misc posting | | | | | -6,238.76 | -6,238.76 |
| 12/30/2011 | November payment | $827.33 | 1,012.70 | | 1,268.81 | | 3,108.84 |
| 12/30/2011 | December payment | 828.71 | 1,011.32 | | 1,268.81 | | 3,108.84 |
| 12/30/2011 | Misc posting | | | 21.08 | | | 21.08 |
| 12/30/2011 | **Ending balance** | $605,944.41 | | | -$5,890.30 | | |

\*\*NOTE: The ending balance is probably not the same as the amount to pay off your loan. For payoff information, you may use our 24-hour automated information system at 1-800.669.5833.

| TO CONTACT US | **CREDIT REPORTING NOTICE** |
|---|---|

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

For up-to-the-minute information about the account, use our 24-hour automated information system. To ask us about this statement or account information, call 1.800.669.6607, Monday-Friday 7a.m. - 7p.m. Local Time. Calls may be monitored and/or recorded for service quality purposes. *Se habla español.* 1.800.295.0025.
TDD 1.800.300.6407
Please have the account number available when you call.

Or write to us at:
The address for general inquiries and all RESPA Qualified Written Requests is:
Bank of America, N.A., Attn:

Customer Service CA6-919-01-41, PO Box 5170, Simi Valley, CA 93062-5170

Tax Dept CA6-913-LB-01, PO Box 10211, Van Nuys, CA 91410-0211
Insurance Dept, P.O. Box 961291, Fort Worth, TX 76161-0291
Payments, Attn: Remittance Processing PO Box 650070, Dallas, TX 75265-0070
\*Overnight deliveries Retail Payment Services, TX1-160-06-01, Dallas InfoMart, STE 6020, 1950 N Stemmons FWY, Dallas, TX 75207-3134
Our website www.bankofamerica.com
Your account information is available in Spanish on the site mentioned above.
\*The facility at this address does not accept walk-up payments; it accepts overnight mail only. Payments can be made by Phone, Online, Mail, or at Bank of America Banking Centers.

Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2011 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

Account Number ▓▓▓▓5210
E-mail use: Providing your e-mail address(es) below will allow us to send you information on your account
Joe Alvarez
E-mail address

How we post your payment: All accepted payments of principal and interest will be applied to the longest outstanding installment due, unless otherwise expressly prohibited or limited by law. If you submit an amount in addition to your scheduled monthly amount, we will apply your payments as follows: (i) to outstanding monthly payments of principal and interest, (ii) escrow deficiencies, (iii) late charges and other amounts you owe in connection with your loan and (iv) to reduce the outstanding principal balance of your loan. Please specify if you want an additional amount applied to future payments, rather than principal reduction.
Postdated checks will be processed on the date received unless a loan counselor agrees to honor the date written on the check as a condition of a repayment plan. Payments by phone received by 6:00 PM Pacific Time on a business day will be effective the same day. Payments by phone received after 6:00 PM Pacific Time or on a nonbusiness day/holiday will be applied to your account no later than the next business day.

E-mail address

How we calculate interest: Interest is calculated on a monthly basis. Accordingly, interest for all full months, including February, is calculated as 30/360 of annual interest, irrespective of the actual number of days in the month. For partial months, interest is calculated daily on the basis of a 365 day year.

0013529 0037327

**Bank of America**

Home Loans

12/30/2011

13840 Alexandria Ct.

Joe Alvarez

## ESCROW ACCOUNT REVIEW

| ESCROW EXPLAINED | Part of your monthly loan payment goes into an account to pay for your property taxes and insurance premiums. During the year, payments are made out of this account when bills come due. This notice describes any changes needed in your monthly payment to maintain enough money in your escrow account to pay these bills. In our step-by-step analysis, we determine the data shown below to calculate your new escrow payment. |
|---|---|

*See below for:*
- an in-depth explanation of each step of your escrow analysis
- side-by-side comparison of last year's projected and actual data

| SUMMARY | | |
|---|---|---|
| Base amount needed *(see Step 1)* | The expected monthly amount needed to pay your property taxes and insurance premiums | $1,109.99 |
| Shortage payment *(see Step 2)* | The monthly amount you must pay into your escrow account to keep the balance from falling below zero during the year | $121.97 |
| Reserve requirement *(see Step 3)* | The monthly amount allowed by federal law for unexpected tax and insurance increases and other costs | $36.85 |
| New monthly escrow payment *(see Step 4)* | | $1,268.81 |
| New monthly home loan payment effective 11/2011 *(see Step 4)* | | $3,108.84 |

## HOW WE CALCULATE YOUR ESCROW PAYMENT

**STEP 1**  Determine base amount needed for the year

| Escrow items | Amount needed | Frequency in months | Monthly amount needed |
|---|---|---|---|
| County taxes | $8,427.92 | 12 | $702.33 |
| Homeowners insurance | 4,413.00 | 12 | 367.75 |
| Flood insurance | 479.00 | 12 | 39.92 |
| Total monthly base payment amount | | | $1,109.99 |

**STEP 2**  Determine lowest projected balance

In the chart located below, we project the amounts you will pay into your escrow account next year and the amounts we will pay out for your insurance and tax bills. Remember, these figures are only projections and may not reflect the actual payments made at the time they are due.

| Month | Escrow deposit(s) | Tax payment(s) | Insurance payment(s) | MI/PMI payment(s) | Balance |
|---|---|---|---|---|---|
| Beginning balance | | | | | -$8,427.92 |
| November 2011 | 1,109.99 | | | | -7,317.93 * |
| December 2011 | 1,109.99 | | | | -6,207.94 |
| January 2012 | 1,109.99 | | | | -5,097.95 |
| February 2012 | 1,109.99 | | | | -3,987.96 |
| March 2012 | 1,109.99 | | | | -2,877.97 |
| April 2012 | 1,109.99 | | | | -1,767.98 |
| May 2012 | 1,109.99 | | | | -657.99 |
| June 2012 | 1,109.99 | | 4,892.00 | | -4,440.00 |
| July 2012 | 1,109.99 | | | | -3,330.01 |
| August 2012 | 1,109.99 | | | | -2,220.02 |
| September 2012 | 1,109.99 | | | | -1,110.03 |
| October 2012 | 1,109.99 | | | | -.04 |
| Ending balance | | | | | -$0.04 |
| Lowest projected balance | | | | | -$7,317.93 |
| Shortage payment amount | | | | | $121.97 |

\* Lowest projected balance (LPB)

At the time of analysis, Bank of America, N.A. assumes that all scheduled mortgage payments will be made to the effective date of your new payment.

PAYMENT INSTRUCTIONS
1. Please
   - don't send cash
   - don't staple the check to the payment coupon
   - don't include correspondence
   - include coupon with payment
2. Write your account number on the check or money order.
3. Write in any additional amounts you are including.
4. Make your check payable to Bank of America, N.A.
   Attn: Remittance Processing
   PO Box 650070
   Dallas, TX 75265-0070

Account number  ████5210        (1)

Joe Alvarez
13840 Alexandria Ct.
Davie, FL 33325

Escrow shortage due **Nov 1, 2011**     $7,317.93

N/A

N/A

Check total

Bank of America, N.A.
PO BOX 650070
DALLAS, TX 75265-0070

17806521010500073179300073 1793

█████████5210█

You, of course, have the option to pay your anticipated shortage in full. *(See Step 4 for more information.)*

**STEP 3**    **Determine reserve requirement**

Federal law allows for the collection of a reserve amount to maintain a cushion for unexpected tax and/or insurance increases and other costs. The reserve used for this period is shown below.

| | | |
|---|---|---|
| Lowest projected balance *(see step 2 above)* | -$7,317.93 | |
| Total reserve requirement (16.6% of the base amount) * | 2,211.11 | |
| Additional amounts required | 2,211.11 | |
| Monthly reserve requirement ($2,211.11 divided by 60) | | $36.85 |
| Available overage | $0.00 | |

\* Base amount equals the total of payments anticipated to be paid out of the escrow account during the year but excludes PMI/MIP amounts.

**STEP 4**    **Determine monthly payments**

**Calculation of monthly escrow payment**

| | | |
|---|---|---|
| Base amount needed for taxes and/or insurance *(see Step 1)* | $1,109.99 | |
| Shortage payment *(see Step 2)* | 121.97 | |
| Reserve requirement *(see Step 3)* | 36.85 | |
| Total monthly escrow payment | | $1,268.81 |

**Calculation of monthly home loan payment**

| | | |
|---|---|---|
| Principal and/or interest | $1,840.03 | |
| Total monthly escrow payment | 1,268.81 | |
| Total monthly home loan payment effective 11/2011 | | $3,108.84 |

If you choose to pay your shortage in full, your payment will be reduced by the shortage amount of $121.97, leaving you with a payment of $2,986.87.

**LAST YEAR IN REVIEW**

| Current analysis compared to previous | Monthly amount | |
|---|---|---|
| | Last analysis | This analysis |
| *Amount needed for taxes and insurance* | | |
| County taxes | $702.33 | $702.33 |
| Homeowners insurance | 367.75 | 367.75 |
| Flood insurance | 39.92 | 39.92 |
| Total base escrow payment | $1,109.99 | $1,109.99 |
| Shortage payment | .00 | 121.97 |
| Reserve requirement | 149.51 | 36.85 |
| Rounding amount | .00 | .00 |
| Monthly escrow payment | $1,259.50 | $1,268.81 |
| Principal and/or interest | $1,840.03 | $1,840.03 |
| Monthly escrow payment | 1,259.50 | 1,268.81 |
| Total payment amount | $3,099.53 | $3,108.84 |

**Summary of escrow change**

As shown, your base escrow amount remained the same. Your reserve percentage remained unchanged. Your reserve payment decreased. The result of these issues caused your total escrow payment to increase. Additionally, you were left with a shortage. A side-by-side comparison of last year's projected escrow account activity and actual activity can be found below.

**Last year's escrow payments**

| Projected | | | | | Actual | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Activity | Paid in | Paid out | Balance | Date | Activity | Paid in | Paid out | Balance |
| | Beginning balance | | | $2,637.04 | | Beginning balance | | | -$5,890.30 |
| 02/01/2012 | Feb Payment | 1,259.50 | | 3,896.54 | | Ending balance | | | -$5,890.30 |



**How we post your payment:** All accepted payments of principal and interest will be applied to the longest outstanding installment due, unless otherwise expressly prohibited or limited by law. If you submit an amount in addition to your scheduled monthly amount, we will apply your payments as follows: (i) to outstanding monthly payments of principal and interest, (ii) escrow deficiencies, (iii) late charges and other amounts you owe in connection with your loan. Please specify if you want an additional amount applied to future payments, rather than principal reduction. Postdated checks will be processed on the date received unless a loan counselor agrees to honor the date written on the check as a condition of a repayment plan. Payments by phone received by 6:00 PM Pacific Time on a business day will be effective the same day. Payments by phone received after 6:00 PM Pacific Time or on a nonbusiness day/holiday will be applied to your account no later the next business day.

For all full month payment periods, interest is calculated on a monthly basis. Accordingly, interest for all full months, including February, is calculated as 30/360 of annual interest, irrespective of the actual number of days in the month. For partial months, interest is calculated daily on the basis of a 365 day year.

Bank of America

**Case 15-01176-JKO    Doc 41    Filed 08/05/15    Page 48 of 95**

Home Loans

### Last year's escrow payments - cont.

| Projected | | | | | Actual | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Activity | Paid in | Paid out | Balance | Date | Activity | Paid in | Paid out | Balance |
| 03/01/2012 | Mar Payment | 1,259.50 | | 5,156.04 | | | | | |
| 04/01/2012 | Apr Payment | 1,259.50 | | 6,415.54 | | | | | |
| 05/01/2012 | May Payment | 1,259.50 | | 7,675.04 | | | | | |
| 06/01/2012 | Jun Payment | 1,259.50 | | 8,934.54 | | | | | |
| 06/02/2012 | Homeowners insurance | | 4,413.00 | 4,521.54 | | | | | |
| 06/02/2012 | Flood insurance | | 479.00 | 4,042.54 | | | | | |
| 07/01/2012 | Jul Payment | 1,259.50 | | 5,302.04 | | | | | |
| 08/01/2012 | Aug Payment | 1,259.50 | | 6,561.54 | | | | | |
| 09/01/2012 | Sep Payment | 1,259.50 | | 7,821.04 | | | | | |
| 10/01/2012 | Oct Payment | 1,259.50 | | 9,080.54 | | | | | |
| 11/01/2012 | Nov Payment | 1,259.50 | | 10,340.04 | | | | | |
| 11/02/2012 | County taxes | | 8,427.92 | 1,912.12 | | | | | |
| 12/01/2012 | Dec Payment | 1,259.50 | | 3,171.62 | | | | | |
| 01/01/2013 | Jan Payment | 1,259.50 | | 4,431.12 | | | | | |
| | Ending balance | | | $4,431.12 | | | | | |

\* Lowest projected balance

At the time of analysis, Bank of America, N.A. assumes that all scheduled mortgage payments will be made to the effective date of your new payment.

BANK OF AMERICA
Home Loans

CUSTOMER SERVICE
PO BOX 5170
SIMI VALLEY, CA 93062-5170

Statement date 12/30/2011
Account Number                5210
Property address
13840 Alexandria Ct.

**Active Loan Mortgage Interest Statement**

JOE ALVAREZ
13840 Alexandria Ct
Davie FL 33325-1201

# INSTRUCTIONS FOR PAYER/BORROWER

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported in box 3.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the instructions for Form 1040, Schedule A, C, or E for how to report the mortgage interest. Also, for more information, see Pub. 936 and Pub. 535.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the mortgage interest received during the year. This amount includes interest on any obligation secured by real property, including a home equity, line of credit, or credit card loan. This amount does not include points, government subsidy payments, or seller payments on a "buy-down"

mortgage. Such amounts are deductible by you only in certain circumstances. *Caution: If you prepaid interest in 2011 that accrued in full by January 15, 2012, this prepaid interest may be included in box 1.* However, you cannot deduct the prepaid amount in 2011 even though it may be included in box 1. If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396. If the interest was paid on a mortgage, home equity, line of credit, or credit card loan secured by your personal residence, you may be subject to a deduction limitation.

**Box 2.** Not all points are reportable to you. Box 2 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 2 may also be deductible. See Pub. 936 to figure the amount you can deduct.

**Box 3. Do not deduct this amount.** It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part or all of the box 3 amount on the "Other income" line of your 2011 Form 1040. No adjustment to your prior year(s) tax return(s) is necessary. For more information, see Pub. 936 and *Itemized Deduction Recoveries* in Pub. 525.

**Box 4.** Shows mortgage insurance premiums which may qualify to be treated as deductible mortgage interest. See the Schedule A (Form 1040) instructions.

**Box 5.** The interest recipient may use this box to give you information, such as the address of the property that secures the debt, real estate taxes, or insurance paid from escrow.

---

☒ **CORRECTED (if checked)**

| RECIPIENT'S/LENDER'S name, address, and telephone number | * Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901  **2011**  Form **1098** | **Mortgage Interest Statement** |
|---|---|---|---|
| BANK OF AMERICA, N.A.<br>CUSTOMER SERVICE<br>PO BOX 5170<br>SIMI VALLEY, CA 93062-5170    (800) 669-6607 | | | |

| RECIPIENT'S federal identification no. | PAYER'S social security number | 1 Mortgage interest received from payer(s)/borrower(s)*<br>$    10,481.70 | **Copy B**<br>**For Payer/Borrower** |
|---|---|---|---|
| PAYER'S/BORROWER'S name, Street address (including apt. no.), City, state, and ZIP code | | 2 Points paid on purchase of principal residence<br>$    0.00 | The information in boxes 1, 2, 3, and 4 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund or interest on your return. |
| JOE ALVAREZ<br>13840 ALEXANDRIA CT<br>DAVIE, FL 33325-1201 | | 3 Refund of overpaid interest<br>$    0.00 | |
| | | 4 Mortgage insurance premiums<br>$    0.00 | |
| Account number (see instructions)        5210 | | | |

(keep for your records)                    Department of the Treasury - Internal Revenue Service

Form **1098**

## 2011 STATEMENT SUMMARY

| | | | |
|---|---|---|---|
| Total Interest paid in 2011 | $10,481.70 | Ending Interest Bearing Principal Balance | $605,944.41 |
| Property taxes paid in 2011 | $8,427.92 | Ending Non-Interest Bearing Principal Balance | $0.00 |
| Beginning escrow balance | $35,411.52 | Ending Gross Unpaid Principal Balance | $605,944.41 |
| Ending escrow balance | $5,890.30 | FHA/VA case number | Not applicable |

## IMPORTANT IRS REGULATIONS

**YOU SHOULD CONSULT WITH THE IRS OR YOUR TAX ADVISOR IF YOU HAVE ANY QUESTIONS.**
**BANK OF AMERICA, N.A. DOES NOT OFFER TAX ADVICE.**

Please verify that the Social Security Number (SSN) listed on the IRS Tax form is correct (see previous page). If the SSN is not correct, please provide us with the correct number immediately by writing to us at the address below or calling us at (800) 669-6607. If you fail to provide us your correct SSN, you are subject to a $50 penalty imposed by the IRS and backup withholding of interest paid to you. <u>Note</u>: Please include your name and account number on all communications to us.

**BANK OF AMERICA, N.A.**
**CUSTOMER SERVICE**
**PO BOX 5170**
**SIMI VALLEY, CA 93062-5170**

## IMPORTANT NOTICE

During 2011, a modification was completed on your loan to bring it up to date. During the modification process, any interest you did not pay was capitalized, which means it was added to your unpaid principal balance. Because this interest was added to your unpaid principal balance rather than paid by you in 2011, it would not be included in your 2011 1098 Year End Statement as Interest Paid. We recommend you consult your financial advisor with tax questions regarding this capitalized interest.



**Bank of America**
**Home Loans**

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Statement date 09/18/2012

**Account Number** ████5210

Property address
13840 Alexandria Ct

1 of 4

| Home loan overview | |
|---|---|
| Principal Balance | $598,423.33 |
| Escrow balance | $379.97 |

0031747 02 MB 0.401 **AUTO T4 0 5771 33325-1201
MSR C1 AG 0000----0--2--- M23798 IN 12 P31609
JOE ALVAREZ
13840 Alexandria Ct
Davie FL 33325-1201



# Sign Up For Account Alerts

With Bank of America, N.A. PayPlan Services, you don't need to receive monthly paper statements anymore! You can get something you may find of more value—**Account Alerts**. These timely emails help in many ways. They:

- **Confirm** when your payment has posted
- **Keep you up-to-date** on important account information

So visit www.bankofamerica.com and sign up for Account Alerts today!

---

**Payments and amounts due summary**

| Current payment due on 10/01/2012 as of 09/18/2012 | |
|---|---|
| Principal and/or interest payment | $1,840.03 |
| Escrow payment amount | $1,300.80 |
| **Payment due on 10/01/2012** | **$3,140.83** |
| Late charge of $0.00 if payment received after 10/16/2012 | |

---

**You can make your payment:**

- By automatic draft payment using PayPlan
- Online at www.bankofamerica.com
- By phone - call 1.800.669.6607
- At any Bank of America Banking Center
- By mail using the enclosed envelope
  - Make your check payable to Bank of America, N.A.
  - Please write your loan number on the check or money order
  - Include this payment coupon with your check (do not staple your check to the coupon)
  - Please do not send cash or include correspondence

Loan Number ████5210    (1)
Joe Alvarez
13840 Alexandria Ct.
Davie, FL 33325

5771

Bank of America, N.A.
PO BOX 650070
DALLAS, TX 75265-0070

| Payment due **Oct 1, 2012** | *$3,140.83 |
|---|---|
| If payment received after **Oct 16, 2012** | $3,140.83 |

* "Payment due" does not include any past due payments, outstanding late charges or fees due.

| Additional Principal | |
|---|---|
| Additional Escrow | |
| Total amount enclosed | |

1780652101000003140830003314083

## Home loan details

### Loan type and term

| | |
|---|---|
| Loan type | Adj Rate Mtge |
| Contractual remaining term | 39 Years, 1 Month |
| Interest rate | 2.000% |

### Property related expenses

*With the exception of the items marked with an asterisk (\*), we are responsible for the payment of the following items, which are included in your escrow account. The payment of the items marked with an asterisk (\*) is the responsibility of the homeowner.*

| Description | Payee | Policy number/Tax ID | Frequency | Next due date | Amount due |
|---|---|---|---|---|---|
| County taxes | Broward County Revenue Collect | 504010-04-0440 | Annual | 11/01/2012 | 8,427.92 |
| Homeowners insurance | Citizens Prop Ins Corp | FRJH5205175030000 | Annual | 06/19/2013 | 4,734.00 |
| Flood insurance | Fidelity Nat Prop & Cas-Flood | 09115045123602 | Annual | 06/19/2013 | 479.00 |

 If you have an escrow account, please do not mail in your current tax bill. We will work with your Tax Collector to pay taxes on time. If you received an Interim, Delinquent, Supplemental, Corrected or Adjusted bill, please write your account number on the bill and mail it to the attention of: BAC Tax Services Corporation, Attn: Tax Dept CA6-913-LB-01, PO Box 10211, Van Nuys CA 91410-0211.

### Recent home loan activity

| Date | Description | Principal | Interest | Escrow | Total |
|---|---|---|---|---|---|
| 09/18/2012 | September payment | $841.26 | $998.77 | $1,300.80 | $3,140.83 |
| | **Ending balance** | **$598,423.33** | | **$379.97** | |

**NOTE: The ending balance is probably not the same as the amount to pay off your loan. For payoff information, you may use our 24-hour automated information system at 1.800.669.5833.

---

### To contact us

**Online**  www.bankofamerica.com

**Phone**  1.800.669.6607 (English)
1.800.295.0025 (Español)
TDD 1.800.300.6407
Monday-Friday 7a.m. - 7p.m. Local Time
Calls may be monitored or recorded to ensure quality service.

**Mail**  General Inquiries (Other Than QWRs)
Bank of America, N.A.
PO Box 5170
Simi Valley, CA 93062-5170

**Please Note: New Mailing Address**
Qualified Written Requests (QWR) (as defined in Section 6 of RESPA & Section 3500.21 of Regulation X)
PO Box 942019
Simi Valley, CA 93094-2019
**To mail a payment**
Bank of America, N.A.
PO Box 650070
Dallas, TX 75265-0070
Payments can also be made by Phone, Online, or at any Bank of America Banking Center.

**To mail a payment by overnight mail\***
Bank of America, N.A.
Retail Payment Services, TX1-160-06-01, Dallas InfoMart, STE 6020,
1950 N Stemmons FWY
Dallas, TX 75207-3134
\*Accepts overnight mail only.
In-person payments are not accepted at this address.

**Insurance Matters**
Insurance Dept, PO Box 961291
Fort Worth, TX 76161-0291

---

 Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2012 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

 Account Number ____6210
E-mail use: Providing your e-mail address(es) below will allow us to send you information on your account
Joe Alvarez
E-mail address

E-mail address

**Bank of America**
**Home Loans**

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Statement date 10/15/2012
**Account Number** ⬤⬤⬤5210
Property address
13840 Alexandria Ct.

| Home loan overview | |
|---|---|
| Principal Balance | $597,580.67 |
| Escrow balance | $1,680.77 |

0058306 01 AT 0.371 **AUTO  T7 0 1069 33325-1201
MSR L1 AG 0000-----0---2---- M23826 IN 1 P56364
JOE ALVAREZ
13840 Alexandria Ct
Davie FL 33325-1201



**FOR CUSTOMER SERVICE: 1.800.669.6607**

# Sign Up For Account Alerts

With Bank of America, N.A. PayPlan Services, you don't need to receive monthly paper statements anymore! You can get something you may find of more value—**Account Alerts**. These timely emails help in many ways. They:

- **Confirm** when your payment has posted
- **Keep you up-to-date** on important account information

So visit www.bankofamerica.com and sign up for Account Alerts today!

**Payments and amounts due summary**

Current payment due on 11/01/2012 as of 10/15/2012

| | |
|---|---|
| Principal and/or interest payment | $1,840.03 |
| Escrow payment amount | $1,300.80 |
| **Payment due on 11/01/2012** | **$3,140.83** |

Late charge of $0.00 if payment received after 11/16/2012

---

**You can make your payment:**

- By automatic draft payment using PayPlan
- Online at www.bankofamerica.com
- By phone - call 1.800.669.6607
- At any Bank of America Banking Center
- By mail using the enclosed envelope
  - Make your check payable to Bank of America, N.A.
  - Please write your loan number on the check or money order
  - Include this payment coupon with your check (do not staple your check to the coupon)
  - Please do not send cash or include correspondence

Loan Number ⬤⬤⬤5210          (1)
Joe Alvarez
13840 Alexandria Ct.
Davie, FL 33325

1969

Bank of America, N.A.
PO BOX 650070
DALLAS, TX 75265-0070

Payment due **Nov 1, 2012**          ***$3,140.83**
If payment received after **Nov 16, 2012**          **$3,140.83**
* "Payment due" does not include any past due payments, outstanding late charges or fees due.

| Additional Principal | |
|---|---|
| Additional Escrow | |
| Total amount enclosed | |

1780652101000003140830003140 83

## Home loan details

### Loan type and term

| | |
|---|---|
| Loan type | Adj Rate Mtge |
| Contractual remaining term | 39 Years |
| Interest rate | 2.000% |

### Property related expenses

*With the exception of the items marked with an asterisk (\*), we are responsible for the payment of the following items, which are included in your escrow account. The payment of the items marked with an asterisk (\*) is the responsibility of the homeowner.*

| Description | Payee | Policy number/Tax ID | Frequency | Next due date | Amount due |
|---|---|---|---|---|---|
| County taxes | Broward County Revenue Collect | 504010-04-0440 | Annual | 11/01/2012 | 8,427.92 |
| Homeowners insurance | Citizens Prop Ins Corp | FRJH5205175030000 | Annual | 06/19/2013 | 4,734.00 |
| Flood insurance | Fidelity Nat Prop & Cas-Flood | 09115045123602 | Annual | 06/19/2013 | 479.00 |

 If you have an escrow account, please do not mail in your current tax bill. We will work with your Tax Collector to pay taxes on time. If you received an Interim, Delinquent, Supplemental, Corrected or Adjusted bill, please write your account number on the bill and mail it to the attention of: BAC Tax Services Corporation, Attn: Tax Dept CA6-913-LB-01, PO Box 10211, Van Nuys CA 91410-0211.



### Recent home loan activity

| Date | Description | Principal | Interest | Escrow | Total |
|---|---|---|---|---|---|
| 10/15/2012 | October payment | $842.66 | $997.37 | $1,300.80 | $3,140.83 |
| | **Ending balance** | $597,580.67 | | $1,680.77 | |

**NOTE: The ending balance is probably not the same as the amount to pay off your loan. For payoff information, you may use our 24-hour automated information system at 1.800.669.5833.

### To contact us

| | |
|---|---|
| **Online** | www.bankofamerica.com |
| **Phone** | 1.800.669.6607 (English) |
| | 1.800.295.0025 (Español) |
| | TDD 1.800.300.6407 |
| | Monday-Friday 7a.m. - 7p.m. Local Time |
| | Calls may be monitored or recorded to ensure quality service. |
| **Mail** | General Inquiries (Other Than QWRs) |
| | Bank of America, N.A. |
| | PO Box 5170 |
| | Simi Valley, CA 93062-5170 |

**Please Note:  New Mailing Address**
Qualified Written Requests (QWR) (as defined in Section 6 of RESPA & Section 3500.21 of Regulation X)
PO Box 942019
Simi Valley, CA 93094-2019
**To mail a payment**
Bank of America, N.A.
PO Box 650070
Dallas, TX 75265-0070
Payments can also be made by Phone, Online, or at any Bank of America Banking Center.

**To mail a payment by overnight mail\***
Bank of America, N.A.
Retail Payment Services, TX1-160-06-01, Dallas InfoMart, STE 6020,
1950 N Stemmons FWY
Dallas, TX 75207-3134
\*Accepts overnight mail only.
In-person payments are not accepted at this address.

**Insurance Matters**
Insurance Dept, PO Box 961291
Fort Worth, TX 76161-0291

 Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2012 Bank of America Corporation. Trademarks are the property of Bank of America Corporation.  All rights reserved.

Account Number ████6210
E-mail use: Providing your e-mail address(es) below will allow us to send you information on your account
Joe Alvarez
E-mail address

E-mail address



## Payment processing information

Payments are considered to be received by Bank of America, N.A. when received through the means or at the locations designated in the 'You can make your payment' section on the front of your remittance coupon or at such other locations as may be designated by Bank of America, N.A. If your loan is not current, based on certain conditions, such as bankruptcy or foreclosure, you may be unable to make a payment using one or more of the means or locations listed in the 'You can make your payment' section. For mailed payments, if you do not mail your remittance coupon with your payment or do not mail your payment to the designated payment location, it may cause delays in the processing of your payment. Payments mailed with the remittance coupon to the designated location which are received by 5:00 p.m. in the time zone of the designated payment location will be credited to your account effective on that business day, unless otherwise specified on the remittance coupon provided. All payments mailed to Bank of America, N.A. must be in the form of a check or money order (drawn in United States dollars and payable by a United States financial institution or the United States Postal Service) made payable to Bank of America, N.A. Certified or other forms of payment may be required if previously advised.

There are both no-cost and low cost options available to you to make your payment. To learn more details please call customer service at 1.800.669.6607.

Any full periodic payment that is received and accepted will be applied to the longest outstanding periodic payment due, unless otherwise expressly prohibited or limited by your loan documents, the owner/insurer/guarantor of your loan or applicable law. Payments will be applied as described in your loan documents, including any modifications to the original documents. If your loan is current, please specify how you want any additional amounts you pay to be applied to your account. If you do not specify, subject to your loan documents, additional amounts will first be applied to fees or other amounts owed on your account and the remainder applied as a principal reduction. If we are unable to apply additional amounts to your account as you specify, we may return the funds to you. Postdated checks will be processed on the date received unless an authorized representative agrees to honor the date written on the check as a condition of a repayment plan.

We may charge you a fee (of up to $40.00) for any payment returned or rejected by your financial institution, subject to the requirements of your loan documents and applicable law. In addition, there may be fees for certain services related to the servicing of your loan, which such fees are either listed on our website or will be quoted upon request. All fees are subject to change without prior notice.

For all full month payment periods, interest is calculated on a monthly basis. Accordingly, interest for all full months, including February, is calculated as 30/360 of annual interest, irrespective of the actual number of days in the month. For partial months, interest is calculated daily on the basis of a 365 day year.

**Partial payment policy** - A partial payment is a payment less than your full periodic payment due. Depending on the requirements of your loan documents, the owner/insurer/guarantor of your loan or applicable law, and, depending on the status of your account, partial payments may be promptly returned to you, applied to your account or held in a non-interest bearing account for a period of time until you send us additional funds sufficient to equal a full periodic payment due. If your loan is current and your loan documents permit us to apply partial payments to your account, partial payments will be applied as you specified, and, if not specified, subject to your loan documents, they will first be applied to fees or other amounts owed on your account and the remainder applied as a principal reduction. If we are unable to apply partial payments to your loan as you specify, we may return the payment to you. If your loan is not current and your loan documents permit us to hold a partial payment in a non-interest bearing account, we will do so until you send us additional funds sufficient to equal a full periodic payment due. If you don't send us additional funds, subject to your loan documents, we may apply some or all of the partial payment to amounts owed on your account and return the balance of the payment to you. If your loan is in default and declared due and payable or your loan is in foreclosure, we may be unable to accept or apply partial payments and will return them to you.

## Other important information

**Credit Reporting Notice:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**Statement Information** - The information contained in this statement is accurate as of the date of this statement but may not contain all information related to your loan. For the most up to date and complete information regarding your loan, please contact 1.800.669.6607.

Dec. 12. 2012  9:50AM                                        No. 0325    P. 3

DATE _12_/_11_/_12_

FECHA _/_/_

# IMPORTANT
# *IMPORTANTE*

## PLEASE CALL
## LLAME POR FAVOR

_Bank of America_

NAME / NOMBRE

_(800) 669-0102_

TELEPHONE NUMBER
NÚMERO DE TELÉFONO*

PLEASE BE READY TO GIVE YOUR ACCOUNT NUMBER.
POR FAVOR ESTÉ LISTO PARA DAR SU NÚMERO DE CUENTA.

WE ARE EXPECTING YOUR CALL TODAY.
ESPERAMOS SU LLAMADA HOY.

*CALLS ARE RANDOMLY MONITORED & RECORDED TO ENSURE QUALITY SERVICE.
*LA LLAMADA PUEDE SER SUPERVISADA Y GRABADA PARA ASEGURAR LA CALIDAD DEL SERVICIO.

SFI-020-12.09

*TEAR HERE & INSERT CARD INTO ENVELOPE*



# IMPORTANT
## *IMPORTANTE*

# INFORMATION
## *INFORMACION*

# ENCLOSED
## *INCLUIDO*

THIS WAS LEFT
ON MY FRONT
DOOR

Dec. 12. 2012  9:49AM                                                                No. 0325    P. 2

**Bank of America** ⬎ Home Loans

Your loan is past due. We want to help.
Please call us at 1.800.669.0102
by December 21, 2012.

```
***************** ***AUTO**MIXED AADC 280
T8  P1  00002883
Joe Alvarez
13840 Alexandria Ct
Davie FL 33325-1201
```

Dear Joe Alvarez:

According to our records, payment on your home loan is past due. Please call us today, so we can
work with you to evaluate your individual circumstances. We may have options available to help you.

Depending on your situation and as guidelines permit, we may be able to:
* Add past due amounts to your loan balance to bring your loan up to date
* Change the interest rate on your loan
* Extend the end of your loan

We are here to help you, so please call 1.800.669.0102 Monday - Friday from 7 a.m. to 9 p.m.,
Saturday from 8 a.m. to 5 p.m. and Sunday from 2 p.m. to 11 p.m. Central Time to discuss your
delinquency and possible options.

Home Loan Team
Bank of America, N.A.

| Account number  |              |
|-----------------|--------------|
| Balance         | $597,580.67  |
| Amount past due | $3,140.83    |
| Past due        | 29 days      |

**To make a secure payment online, visit
bankofamerica.com. Or call
1.800.669.0102 to pay by phone.**

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. However, the purpose of
this communication is to let you know that we want to help you bring and keep your loan current, and that we may have options
to assist you.

Mortgages funded and administered by an Equal Housing Lender. 🏠 .
Protect your personal information before recycling this document.



**Bank of America**

**Home Loans**

Notice Date: July 5, 2013

Sent Certified Mail:
███████████ ᎥᏅᏏᎥ
Return Receipt Requested

JOE ALVAREZ
13840 Alexandria Ct
Davie, FL 33325-1201

Account No.: ████5210
Property Address:
13840 ALEXANDRIA CT
DAVIE, FL 33325

Date of Note or Contract: September 12, 2007
Original Amount of Note or Contract: $496,000.00

## NOTICE OF INTENT TO ACCELERATE

**Este es un aviso importante respecto a su derecho de ocupar su casa. Favor de traducirlo de inmediato. (This is an important notice concerning your right to live in your home. Have it translated at once.)**

Dear JOE ALVAREZ:

Bank of America, N.A. services the home loan described above on behalf of the holder of the promissory note (the "Noteholder"). The loan is in serious default because the required payments have not been made. The total amount now required to cure this default, in other words, the amount required to bring the loan current, as of the date of this letter is as follows:

Monthly Charges:

| Month Due | Principal & Interest Amount | Escrow Amount | Optional Insurance Amount | Total Monthly Charge |
|---|---|---|---|---|
| 11/01/2012 | $1,840.03 | $1,300.80 | $0.00 | $3,140.83 |
| 12/01/2012 | $1,840.03 | $1,300.80 | $0.00 | $3,140.83 |
| 01/01/2013 | $1,840.03 | $1,300.80 | $0.00 | $3,140.83 |
| 02/01/2013 | $1,840.03 | $1,143.37 | $0.00 | $2,983.40 |
| 03/01/2013 | $1,840.03 | $1,143.37 | $0.00 | $2,983.40 |
| 04/01/2013 | $1,840.03 | $1,143.37 | $0.00 | $2,983.40 |
| 05/01/2013 | $1,840.03 | $1,143.37 | $0.00 | $2,983.40 |
| 06/01/2013 | $1,840.03 | $1,143.37 | $0.00 | $2,983.40 |
| 07/01/2013 | $1,840.03 | $1,143.37 | $0.00 | $2,983.40 |

| | |
|---|---|
| Total Monthly Charges: | $27,322.89 |
| Current Late Charges: | $0.00 |
| Prior Unpaid Late Charges: | $0.00 |
| Total Other Charges/Fees: | $60.00 |
| Partial Payment Balance: | ($0.00) |
| **TOTAL DUE** | **$27,382.89** |

You have the right to cure the default. To cure the default, on or before August 24, 2013, Bank of America, N.A. must receive the amount of $27,382.89 plus any additional regular monthly payment or payments, late charges, fees and charges, which become due on or before August 24, 2013. **Please contact the Home Loan Team at 1-800-669-1904 to verify the amount necessary to cure the default and bring your loan current.**



The default will <u>not</u> be considered cured unless Bank of America, N.A. receives "good funds" in the full amount as set forth in the previous paragraph on or before August 24, 2013. This means that if any check (or other payment) is returned to us for insufficient funds or for any other reason, then "good funds" will not have been received and the default will not have been cured. No extension of time to cure will be granted due to a returned payment. Bank of America, N.A. reserves the right to accept a partial payment of the total amount due without waiving any of its rights herein or otherwise. For example, if less than the full amount that is due is sent to us, we can keep the payment and apply it to the debt but still proceed to foreclosure since the default would not have been cured.

If the default is not cured on or before August 24, 2013, the mortgage payments will be accelerated with the full amount of the loan remaining accelerated and becoming due and payable in full, and foreclosure proceedings will be initiated at that time. As such, the failure to cure the default may result in the foreclosure and sale of your property.

If your property is foreclosed upon, the Noteholder may pursue a deficiency judgment against you to collect the balance of your loan, if permitted by law.

If required by law or your loan documents, you may have the right to cure the default and reinstate your loan after the acceleration of the mortgage payments and before the foreclosure sale of your property if all amounts due or past due are paid within the time permitted by law. However, Bank of America, N.A. and the Noteholder shall be entitled to collect all fees and costs incurred by Bank of America, N.A. and the Noteholder in pursuing any of their remedies, including but not limited to reasonable attorney's fees, to the full extent permitted by law. Further,  you may have the right to assert in the foreclosure proceeding and/or may have the right to bring a court action to assert the non-existence of a default any other defense to acceleration and foreclosure.

According to your loan documents, Bank of America, N.A. may, enter upon and conduct an inspection of your property because your loan is in default.  The purposes of such an inspection are to (i) observe the physical condition of your property, (ii) verify that the property is occupied, and/or (iii) determine the identity of the occupant.  If you do not cure the default before the inspection, other actions to protect the mortgagee's interest in the property (including, but not limited to, winterization, securing the property, and valuation services) may be taken. **The costs of the above-described inspections and property preservation efforts will be charged to your account as provided in your security instrument and as permitted by law.**

If you are unable to cure the default on or before August 24, 2013, Bank of America, N.A. wants you to be aware of various options that may be available to you through Bank of America, N.A. to prevent a foreclosure sale of your property.  For example:

- **Full Payoff:** You can payoff your loan in full by selling your property for any amount equal to or exceeding the total amount owed on your loan, or you may refinance your loan.

- **Repayment Plan:** You may be eligible for a repayment plan that allows you to make your regularly scheduled mortgage payments, plus pay off a portion of the past due amounts over time.

- **Loan Modification:** A loan modification is a change to the original terms of your loan. Loan modifications could include lowering your interest rate, extending the term or maturity date of the loan, moving from an adjustable to a fixed-rate loan, deferring some portion of the unpaid principal balance to the end of the loan, and/or forgiving some portion of the unpaid principal balance. This foreclosure alternative is limited to certain loan types.

- **Short Sale:** If you can no longer afford to make your mortgage payments and your home is worth less than you owe, a short sale may allow you to sell your home to pay off the mortgage. In a short sale, the lender agrees to accept an amount less than what is actually owed on the loan.

- **Deed in Lieu of Foreclosure:** Used as an alternative to foreclosure, with a deed in lieu of foreclosure, you transfer ownership of your house and all property secured by your mortgage loan. This may satisfy the total amount due on that mortgage.

If you are interested in discussing any of these foreclosure alternatives with Bank of America, N.A., you must contact us immediately. If you are currently in a bankruptcy proceeding, or have previously obtained a discharge of this debt under applicable bankruptcy law, please be advised that your decision to pursue any of these options is strictly voluntary. If you request assistance, Bank of America, N.A. will need to evaluate whether that assistance can be extended to you. In the meantime, Bank of America, N.A. will pursue all of its rights and remedies under the loan documents and as permitted by law, unless it agrees otherwise in writing. Failure to bring your loan current or to enter into a written agreement by August 24, 2013 as outlined above will result in the acceleration of your debt.

If your loan is currently being evaluated for a loan modification, forbearance or other loan assistance solution, this notice will <u>not</u> cancel or delay that evaluation process. However, it is important that you promptly respond to all requests made in connection with your evaluation for a loan assistance solution, including all requests for you to contact us and any

documentation required. Please comply with these requests in a timely manner so your request for assistance can be considered as quickly as possible. If your loan is not eligible for a loan assistance program, please note this letter will continue to serve as notice of our right to initiate foreclosure.

Additionally, the U.S. Department of Housing and Urban Development (HUD) funds free or very low cost housing counseling across the nation. Housing counselors can help you understand the law and your options. They can also help you to organize your finances and represent you in negotiations with your lender if you need this assistance. You may find a HUD-approved housing counselor near you by calling 1-800-569-4287. For the hearing impaired, HUD Counseling Agency (TDD) numbers are available at 1-800-877-8339.

Time is of the essence. Should you have any questions concerning this notice, please contact us immediately at 1-800-669-1904. Our office hours are Monday through Thursday 7am to 10pm CST, Friday 7am to 8pm CST, Saturday 8am to 2pm CST.

Bank of America, N.A.
Home Loan Team

## To contact us

| Phone | 1-800-669-1904 |
| --- | --- |
| | Office Hours Monday through Thursday 7am to 10pm CST, Friday 7am to 8pm CST, Saturday 8am to 2pm CST |
| Mail | PO Box 5170<br>Simi Valley, CA 93062-5170 |
| To mail a payment | PO Box 650070<br>Dallas, TX 75265-0070 |



## IMPORTANT DISCLOSURES

If you are currently in a bankruptcy proceeding, or have previously obtained a discharge of this debt under applicable bankruptcy law, this notice is for information only and is not an attempt to collect the debt, a demand for payment, or an attempt to impose personal liability for that debt. You are not obligated to discuss your home loan with us or enter into a loan modification or other loan-assistance program. You should consult with your bankruptcy attorney or other advisor about your legal rights and options.

Bank of America, N.A., the servicer of your home loan, is required by law to inform you that this communication is from a debt collector.

There has been a payment default or other default on your loan that could result in acceleration of all sums due under the Note. As a result, Bank of America, N.A. will use companies, including its affiliates LandSafe Default, Inc., LandSafe Services, LLC., LandSafe Title of California, Inc., LandSafe Title of Washington, Inc., LandSafe Title of Florida, Inc., LandSafe Services of Alabama, Inc., LandSafe Title of Texas, Inc., ReconTrust Company, N.A., and LandSafe Appraisal Services, Inc., to provide services required to protect the Noteholder's interest and rights in the property and under the note and security instrument, including any remedies thereunder (the "Default Related Services"). Bank of America, N.A. will assess fees to your loan account for the Default Related Services, including those provided by its affiliates. A schedule of fees that may be charged to your account for Default Related Services is available at the following web address: http://www.bankofamerica.com/defaultfees. If you do not have internet access, please contact us at 1-800-669-6607, Monday through Thursday 8 a.m. - 11 p.m. Eastern, Friday 8 a.m. - 9 p.m. Eastern, Saturday 9 a.m. - 3 p.m. Eastern, to have a fee schedule mailed to you. The fee schedule contains a complete list of the default-related services you could be charged, but does not include a complete list of all fees or charges that could be assessed on your loan account.

**MILITARY PERSONNEL/SERVICEMEMBERS:** If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to <u>eligible</u> military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1-877-430-5434. If you are calling from outside the U.S. please contact us at 1-817-685-6491.



BANA/Alvarez  000318

RECDISC 15353 09/24/12

## DIVULGACIONES IMPORTANTES

Si usted se encuentra actualmente en un procedimiento de quiebra, o ha obtenido previamente una exoneración de esta deuda bajo la ley aplicable sobre quiebra, este no es un intento de recaudación, una demanda de pago o un intento de imponer una responsabilidad personal por esa deuda. Usted no está obligado(a) a hablar de su préstamo para vivienda con nosotros ni a participar en un programa de modificación de préstamos u otro programa de asistencia para préstamos. Usted debe consultar con su abogado especializado en quiebras u otro asesor acerca de sus opciones y derechos legales.

Bank of America, N.A., el administrador de su préstamo para vivienda está obligado por ley a informarle a usted que esta comunicación proviene de un cobrador de deudas.

Ha ocurrido un incumplimiento de pago u otro tipo de incumplimiento con su préstamo que podría resultar en la aceleración de todas las cantidades adeudadas bajo el Pagaré. Como resultado, Bank of America, N.A. utilizará compañías, incluyendo sus afiliados LandSafe Default, Inc., LandSafe Services, LLC., LandSafe Title of California, Inc., LandSafe Title of Washington, Inc., LandSafe Title of Florida, Inc., LandSafe Services of Alabama, Inc., LandSafe Title of Texas, Inc., ReconTrust Company, NA, y Landsafe Appraisal Services, Inc., para proporcionar servicios necesarios para proteger los intereses del Titular en la propiedad y sus derechos bajo el instrumento de seguridad y el pagaré, incluyendo cualquiera de sus recursos (los "Servicios relacionados a un incumplimiento"). Bank of America, N.A. aplicará cargos a la cuenta de su préstamo por los servicios relacionados a un incumplimiento, incluyendo los servicios proporcionados por sus afiliados. Una lista de los cargos que podrían cobrarse a su cuenta por servicios relacionados a un incumplimiento está disponible en el sitio de Internet: [http://www.bankofamerica.com/defaultfees]. Si usted no tiene acceso a internet, por favor comuníquese con nosotros al 1-800-669-6607 de lunes a jueves de 8 a. m. a 11 p. m. hora del este, viernes de 8 a. m. a 9 p. m. hora del este, sábados de 9 a. m. a 3 p. m. hora del este. para pedir que se le envíe una lista de cargos por correo. La lista de cargos contiene una lista completa de los servicios relacionados por incumplimiento que le podían cobrar, pero no incluye una lista completa de todos los costos y cargos que podrían ser aplicados a la cuenta de su préstamo.

**PERSONAL MILITAR/ MIEMBROS DE LAS FUERZAS ARMADAS:** Si usted o su cónyuge es un miembro del servicio militar, por favor comuníquese con nosotros inmediatamente. La Ley federal de Ayuda Civil para Miembros de las Fuerzas Armadas y las leyes estatales comparables otorgan protecciones y beneficios significativos al personal del servicio militar que califique, incluídas protecciones contra la ejecución hipotecaria así como también ayuda en la tasa de interés. Para obtener más información y determinar su calificación por favor llame sin costo a nuestro Equipo de Asistencia para el Servicio Militar al 1-877-430-5434. Si usted llama desde fuera de los Estados Unidos por favor comuníquese con nosotros al 1-817-685-6491.

BANA/Alvarez  000319

C3 5088 OPT AVDFC 15319 09/24/2012

Options are Available to Help You

# Avoid Foreclosure

## Call the number on the enclosed notice to learn more.

When you call, please have your income and expense information available
so we can discuss which option(s) could work for you.

### Options to consider if your goal is to stay in your home

| Program | Description |
|---|---|
| Home Affordable Modification Program (HAMP) | A federal government program that allows you to repay the loan on newly agreed upon terms, which may include lowering the interest rate, placing past due amounts at the end of the loan, and/or extending the term of the loan. You may be eligible for this program if you meet the following requirements:<br>• The amount you owe on the first mortgage is equal to or less than $729,750 for a single-family home, $934,200 for a 2 unit property, $1,129,250 for a 3 unit property or $1,403,400 for a 4 unit property<br>• You have documented a financial hardship and represented that you do not have sufficient liquid assets to make the monthly mortgage payments.<br>• Your mortgage was obtained before Jan. 1, 2009.<br>• The property securing the mortgage loan has not been condemned or is not in such poor physical condition that it is not habitable even if not condemned<br>• The mortgage is secured by a one to four unit property |
| Loan Reinstatement | If you can bring your loan payments up to date, we will accept the funds needed to bring the loan up to date until the day of your foreclosure sale. |
| Repayment Plan | A repayment plan allows you to make your regularly scheduled mortgage payments, plus pay off a portion of the past due amounts over time. This may include principal, interest, fees, and/or costs assessed to your loan. |
| Temporary Forbearance Agreement | An agreement whereby we agree not to proceed with foreclosure and/or collection of payments for a period of time, to allow you to re-establish your ability to make the required payments. |
| Loan Modification (non-HAMP) | A loan modification is a change to the original terms of your loan. Loan modifications could include lowering your interest rate, extending the term or maturity date of the loan, moving from an adjustable to a fixed-rate loan, deferring some portion of the unpaid principal balance to the end of the loan, and/or forgiving some portion of the unpaid principal balance. |
| Partial Claim (FHA loans only) | If you have a Federal Housing Administration (FHA) loan and your payments are past due but you are now able to make your regular monthly mortgage payment, this program is designed to bring your loan up to date by creating a second mortgage/lien on your property for the amount that is past due. |

### Options to consider if you cannot or do not wish to stay in your home

| Program | Description |
|---|---|
| Home Affordable Foreclosure Alternatives Program (HAFA) | Designed to help borrowers who are eligible for the Home Affordable Modification Program (HAMP) but were unsuccessful in securing a permanent modification through the program. HAFA provides the option of a short sale and, if unsuccessful, a deed in lieu of foreclosure. A short sale is a transaction in which you sell your property for less than the total amount owed on the loan (subject to agreement by your servicer/lender/investor), resulting in the release of our lien on your home and avoidance of foreclosure. A deed in lieu of foreclosure is a transaction in which you agree to voluntarily transfer ownership of your property to us in order to avoid foreclosure. |
| Short Sale/ Pre-foreclosure Sale (non-HAFA) | If you can no longer afford to make your mortgage payments and your home is worth less than you owe, a short sale may allow you to sell your home to pay off the mortgage. In a short sale, the lender agrees to accept an amount less than what is actually owed on the loan. Offered to borrowers who are not eligible for HAMP or other home retention alternatives. |
| Deed in Lieu of Foreclosure (non-HAFA) | Used as an alternative to foreclosure, with a deed in lieu of foreclosure, you transfer ownership of your house and all property secured by your mortgage loan. This may satisfy the total amount due on that mortgage. Offered to borrowers not eligible for HAMP or other home retention alternatives, and who were not able to sell the property through a short sale. |

## We are here to help you. Please call us today.



BANA/Alvarez  000320

C3-5088 ORI AVDFC 15319 09/24/2012

Hay opciones disponibles para ayudarle a

# Evitar la Ejecución Hipotecaria

## Llame al número que aparece en la notificación adjunta para obtener más información

Cuando llame, por favor tenga a la mano la información de sus ingresos y gastos para que podamos discutir cuáles opciones podrían funcionar para usted.

**Opciones a considerar si su objetivo es permanecer en su casa**

| Programa | Descripción |
|---|---|
| Home Affordable Modification Program (HAMP) | Es un programa del gobierno federal que le permite pagar el préstamo bajo los nuevos términos acordados, que pueden incluir la reducción de la tasa de interés, agregar cantidades vencidas al final del préstamo, y/o extender el plazo del préstamo. Usted puede calificar para este programa si cumple con los siguientes requisitos:<br>• La cantidad que usted adeuda de su primera hipoteca es igual o menor que $729,750 dólares para una vivienda unifamiliar, $934,200 dólares para una propiedad de 2 unidades, $1,129,250 dólares para una propiedad de 3 unidades o $1,403,400 para una propiedad de 4 unidades<br>• Usted ha documentado que atraviesa por una dificultad financiera y declarado que no tiene suficiente liquidez para hacer los pagos mensuales de la hipoteca.<br>• Obtuvo su hipoteca antes del 1 de enero de 2009.<br>• La propiedad que garantiza el préstamo hipotecario no ha sido condenada o no está en malas condiciones físicas como para no poder habitarse incluso si no está condenada.<br>• La hipoteca está garantizada por una propiedad de una a cuatro unidades. |
| Restablecimiento del Préstamo | Si usted puede poner al día los pagos de su préstamo, aceptaremos los fondos necesarios para que el préstamo esté al día hasta la fecha de la venta por ejecución hipotecaria. |
| Plan de Pago | Un plan de pago le permite a usted hacer sus pagos hipotecarios regulares, además de pagar una porción de los montos vencidos a través del tiempo. Esto puede incluir capital, interés, cargos o costos aplicados a su préstamo. |
| Acuerdo Temporal de Tolerancia por incumplimiento | Es un acuerdo en el cual aceptamos no proceder con la ejecución hipotecaria y/o el cobro de los pagos por un periodo de tiempo, para permitirle que restablezca su habilidad de hacer los pagos requeridos. |
| Modificación de Préstamo (no por medio de HAMP) | Una modificación del préstamo es un cambio en los términos originales de su préstamo, Las modificaciones podrían incluir reducir su tasa de interés, extender el término o la fecha de pago del préstamo, cambiar de un préstamo de tasa de interés ajustable a uno de tasa de interés fija, diferir una parte del saldo del capital impagado al final del préstamo, y/o condonar una parte del saldo de capital impagado. |
| Reclamo Parcial (solamente préstamos de la FHA) | Si usted tiene un préstamo de la Administración Federal de Vivienda (FHA) y sus pagos están vencidos, pero ahora puede hacer sus pagos regulares mensuales de la hipoteca, este programa está diseñado para que su préstamo este al día mediante la creación de una segunda hipoteca / gravamen sobre su propiedad por el monto que está vencido. |

BANA/Alvarez_000321

C3_5088 OPTAVDFC 15319 09/24/2012

## Opciones a considerar si no puede o no desea quedarse en su casa

| Programa | Descripción |
|---|---|
| Home Affordable Foreclosure Alternatives Program (HAFA) | Diseñado para ayudar a los prestatarios que califican para el Programa de Home Affordable Modification (HAMP), pero no consiguieron obtener una modificación permanente a través del programa. HAFA ofrece la posibilidad de una venta en descubierto y, si no tiene éxito, una escritura de traspaso voluntario de propiedad en lugar de la ejecución hipotecaria. Una venta en descubierto es una transacción en la que usted vende su propiedad por menos de la cantidad adeudada en el préstamo (sujeto a previo acuerdo de su administrador / prestamista / inversionista), resultando en la liberación de nuestro derecho de retención sobre su propiedad y evitar la ejecución hipotecaria. Una escritura de traspaso voluntario de propiedad en lugar de la ejecución hipotecaria es una transacción en la que usted está de acuerdo de transferir voluntariamente las escrituras de su propiedad a nosotros con el fin de evitar la ejecución hipotecaria. |
| Venta en descubierto / Venta previa a la ejecución hipotecaria (no por medio de HAFA) | Si usted ya no puede hacer sus pagos hipotecarios y su vivienda vale menos de lo que usted adeuda, una venta en descubierto le podría permitir vender su vivienda para pagar la hipoteca.  En una venta en descubierto, el prestamista acepta recibir una monto menor de lo que actualmente se adeuda en el préstamo. Se ofrece a los prestatarios que no califican para HAMP o para otras alternativas de retención de la vivienda. |
| Escritura de traspaso de propiedad en lugar de la ejecución hipotecaria (no por medio de HAFA) | Se usa como una alternativa de la ejecución hipotecaria. Con una escritura de traspaso voluntario de propiedad en lugar de la ejecución hipotecaria, usted transfiere la titularidad de su vivienda y toda la propiedad que garantiza su préstamo hipotecario. Esto puede hacer que el monto total vencido de esa hipoteca se considere como pagado.  Se ofrece a prestatarios que no califican para HAMP u otras opciones de retención de vivienda, y que no pudieron vender la propiedad a través de una venta en descubierto. |

## Estamos aquí para ayudarle. Por favor llámenos hoy.

BANA/Alvarez_000322

2. Article Number

8968

3. Service Type  **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

JOE ALVAREZ

13840 Alexandria Ct

Davie, FL 33325-1201

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  | B. Date of Delivery

C. Signature

X  ☐ Agent  ☐ Addres

D. Is delivery address different from item 1?  ☐ Yes

If YES, enter delivery address below:  ☐ No

8968-213

BANA/Alvarez_000323



Bank of America

Home Loans

P.O. Box 5170
SIMI VALLEY, CA  93062-5170



**IMPORTANT INFORMATION ENCLOSED**

||ı||ıılıııııll|ılı|ıllııllılllıılıılıllı|ıl|

AT1        4-772-98649-0000541-001-1-000-000-000-000

JOE ALVAREZ
13840 ALEXANDRIA CT
DAVIE, FL  33325

Send Correspondence to:
P.O. Box 5170
Simi Valley, CA  93062-5170

Business Address:
450 American Street
Simi Valley, CA  93065-6285

**Notice Date:**  December 2, 2013

**Loan No.:**  ⬛⬛⬛⬛5210

**Property Address:**
13840 Alexandria CT
Davie, FL  33325

Dear JOE ALVAREZ,

The servicing of your home loan will transfer to BSI Financial Services, Inc. on December 21, 2013.

**IMPORTANT INFORMATION ABOUT THE SERVICING OF YOUR HOME LOAN**

On December 21, 2013, the servicing of your above referenced mortgage loan will transfer to BSI Financial Services, Inc.. As of that date your new servicer, BSI Financial Services, Inc. will support all your loan servicing, including billing, payment processing, and customer support. Enclosed is a Notice of Assignment, Sale, or Transfer of Servicing rights from us regarding your above referenced loan. **Please review all pages of the notice.**

In the mortgage lending industry, the transfer or sale of loan servicing to other servicing institutions is a common practice and we'll work closely with BSI Financial Services, Inc. to make the transition as smooth as possible. If you have any questions or concerns regarding this transfer, our associates are available to answer your questions Monday-Friday 7a.m. to 7p.m. Local Time at 1-800-669-6607.

**WHAT YOU NEED TO KNOW**

If you are currently being considered for a **loan modification or other foreclosure avoidance program**, your new servicer BSI Financial Services, Inc. is aware of your current status and will have all of your documents. Please contact BSI Financial Services, Inc. to complete the process and determine which programs may best suit your current situation. For more information on working with BSI Financial Services, Inc., please review the frequently asked questions below.

The enclosed notice outlines the important dates and contact information you'll need for the transition to BSI Financial Services, Inc.. Please note this servicing transfer only applies to the above referenced loan.

**ANSWERS TO QUESTIONS YOU MAY HAVE**

What will change with my servicing transfer?
* Your loan number and payment address information will change once your loan has been transferred. Please look for a letter from BSI Financial Services, Inc. within the next few weeks which will outline this important information.
* The transfer of your loan to BSI Financial Services, Inc. does not affect any terms or conditions of your mortgage loan, other than those terms directly related to the servicing of the loan.
* Your monthly payment will not be affected by this transfer.

Will the quality of my loan service change?
* We expect that the quality of your loan service will not change. We are transferring servicing on your loan to BSI Financial Services, Inc., an experienced mortgage servicer who will work with you on your mortgage concerns.

Where should I make my home loan payments?
* You should continue to make your monthly payment to Bank of America through December 20, 2013. You will begin making payments to BSI Financial Services, Inc. on December 21, 2013.
* If you do not receive a billing statement from BSI Financial Services, Inc. before the payment is due, write your new loan number on your check and mail it to the payment address shown on the enclosed notice. Please note, if you do not have the new loan number, you may write your old Bank of America loan number on the check.

What if I have automatic payments set up with Bank of America?
Any automatic payments set up with us through the PayPlan programs will be discontinued as of December 20, 2013. Please

Loan No.: 178065210                                   Notice Date:  December 2, 2013



## NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, will be assigned, sold or transferred from **Bank of America, N.A.** to **BSI Financial Services, Inc.,** effective January 01, 2014.

The assignment, sale or transfer of the servicing of your mortgage loan does not affect any terms or conditions of the mortgage instruments, other than those terms directly related to the servicing of your loan. Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 calendar days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 calendar days after this effective date or at closing.

### YOUR SERVICER PRIOR TO DECEMBER 21, 2013:

Your *present servicer* is **Bank of America, N.A.**. If you have any questions relating to the transfer of servicing from your present servicer, please call **Bank of America, N.A.** Customer Service at 1-800-669-6607, Monday-Friday 7a.m. to 7p.m. Local Time. This is a toll-free number.

### YOUR NEW SERVICER ON AND AFTER DECEMBER 21, 2013:

Your *new servicer* will be **BSI Financial Services, Inc.**. The business address for **BSI Financial Services, Inc.** is: 314 South Franklin Street, 2nd Floor Titusville PA  16354.

Toll-free Number
The toll-free telephone number of **BSI Financial Services, Inc.** is 1-866-581-4498. If you have any questions relating to the transfer of servicing to your new servicer, please call **BSI Financial Services, Inc.** Customer Service toll-free at 1-866-581-4498, 8:00 AM to 5:00 PM, Eastern Standard Time, Monday through Friday.

Address for Correspondence (other than payments)
The address to send written correspondence to **BSI Financial Services, Inc.** (other than payments) is:
BSI Financial Services, Inc., Attn: Customer Service 314 S Franklin St., 2nd Floor Titusville PA 16354.

Address for Mailed Payments
The address to send payments to **BSI Financial Services, Inc.** is:
BSI Financial Services, Inc., Attn: Payment Processing, P.O. Box 660605 Dallas TX  75266. Please include your loan number on all checks, cashier's checks and other payments sent to **BSI Financial Services, Inc.**.

### INFORMATION CONCERNING YOUR LOAN PAYMENTS:

The date that **Bank of America, N.A.** will stop accepting payments from you is December 20, 2013.

The date that your *new servicer* **BSI Financial Services, Inc.** will start accepting payments from you is December 21, 2013. Send all payments due on or after that date to your *new servicer.*

### INFORMATION ABOUT OPTIONAL INSURANCE PRODUCTS:

The transfer of servicing rights may affect the terms of or the continued availability of credit insurance, accidental death insurance or any other type of optional insurance in the following manner: **Bank of America, N.A.** will no longer make payments to the insurance company on your behalf. As a result, your coverage may be cancelled.

To see if it is possible to maintain coverage, you will need to contact your insurance provider to find out if you are still eligible to receive the coverage and/or to arrange another payment method.

your account because your mortgage is with us, this will not change with the transfer of your mortgage to another servicer. We'll let you know in writing if this changes in the future.

**What if I am currently participating in a loan modification or other foreclosure avoidance program (e.g., forbearance, short sale, refinance or deed in lieu of foreclosure)?**

- The loan assistance programs that are offered by BSI Financial Services, Inc. are determined by the owner (also known as the investor) or insurer of your loan. Where applicable, BSI Financial Services, Inc. has agreed to evaluate your loan under the same investor or insurer guidelines as Bank of America, N.A..
- We will transfer any supporting documentation you may have submitted to us to BSI Financial Services, Inc.. We encourage you to work with BSI Financial Services, Inc. to complete the process and determine which programs may best suit your current situation.
- You should continue to make your payments to Bank of America, N.A. through December 20, 2013. On or after December 21, 2013, your payments should be made to BSI Financial Services, Inc. unless you are provided additional direction.
- If your loan was awaiting a decision regarding qualification for these programs, that decision will now be made by BSI Financial Services, Inc..

**What if I need loan assistance after the transfer?**

- If you experience a hardship and struggle with making your home loan payments after the servicing of your loan has been transferred, please contact BSI Financial Services, Inc. right away to request help. They will determine which program may be right for you based on the applicable investor and insurer guidelines.

**What if I am refinancing my mortgage loan that is being transferred?**

- Your refinance will not be affected by the upcoming loan transfer. If you are working on a refinance through Bank of America Home Loans, your application remains active and we will continue to work with you on your refinance. Please contact the Mortgage Loan Officer or Loan Processor you have been working with if you have any questions.

**What about my optional <u>insurance</u> products with or through Bank of America?**

- If your payments include amounts for any optional insurance products such as credit insurance, accidental death insurance, etc., please read the "Information About Optional Insurance Products" section in the enclosed notice carefully.

**What about my other (<u>non-insurance</u>) optional products with or through Bank of America?**

- If your payments include amounts for any other optional products you have purchased such as home warranty, identity theft protection, etc., we will no longer make payments to the optional product provider on your behalf. As a result, your optional product may be cancelled unless you are able to make alternative arrangements to pay the amounts due. To see if it is possible to establish another payment method and maintain your optional products, you will need to contact your optional product provider.
- Please note, if you have an optional Borrowers Protection or Line Protection Plan®, this Plan will cancel when the servicing of your loan is transferred and you will receive a separate communication from us confirming the cancellation of your Plan. If you have any questions about an existing Protection Plan® benefit, please contact Protection Plan Services. Your provider contact information may be found on your monthly mortgage statement. If you have more than 2 optional products, they may not all be listed on your monthly mortgage statement. If you are unsure about how many optional products you have or you have questions about your products, please contact Bank of America.

---

**LEGAL NOTICE**

We've enclosed the Real Estate Settlement Procedures Act (RESPA) Servicing Transfer Notice. No action is required on your part in response to the notice, but we recommend you retain the notice for your records. We encourage you to review this important information to determine if there are actions you need to take before or after the servicing is complete. Your new servicer will be sending additional information soon regarding any necessary actions.

---

**WE'RE HERE TO HELP**

Thank you for the opportunity to serve your home loan needs. If you have any questions or need assistance prior to your loan transfer, please call us toll free at 1-800-669-6607, Monday-Friday 7a.m. to 7p.m. Local Time.

Beginning December 21, 2013, BSI Financial Services, Inc. can assist you with any questions related to your home loan and the transfer of servicing. BSI Financial Services, Inc.'s customer service number is 1-866-581-4498, 8:00 AM to 5:00 PM, Eastern Standard Time, Monday through Friday.

Home Loan Team
Bank of America, N.A.

Dear JOE ALVAREZ,

The servicing of your home loan will transfer to BSI Financial Services, Inc. on December 21, 2013.

## IMPORTANT INFORMATION ABOUT THE SERVICING OF YOUR HOME LOAN

On December 21, 2013, the servicing of your above referenced mortgage loan will transfer to BSI Financial Services, Inc.. As of that date your new servicer, BSI Financial Services, Inc. will support all your loan servicing, including billing, payment processing, and customer support. Enclosed is a Notice of Assignment, Sale, or Transfer of Servicing rights from us regarding your above referenced loan. **Please review all pages of the notice.**

In the mortgage lending industry, the transfer or sale of loan servicing to other servicing institutions is a common practice and we'll work closely with BSI Financial Services, Inc. to make the transition as smooth as possible. If you have any questions or concerns regarding this transfer, our associates are available to answer your questions Monday-Friday 7a.m. to 7p.m. Local Time at 1-800-669-6607.

## WHAT YOU NEED TO KNOW

If you are currently being considered for a loan modification or other foreclosure avoidance program, your new servicer BSI Financial Services, Inc. is aware of your current status and will have all of your documents. Please contact BSI Financial Services, Inc. to complete the process and determine which programs may best suit your current situation. For more information on working with BSI Financial Services, Inc., please review the frequently asked questions below.

The enclosed notice outlines the important dates and contact information you'll need for the transition to BSI Financial Services, Inc.. Please note this servicing transfer only applies to the above referenced loan.

## ANSWERS TO QUESTIONS YOU MAY HAVE

What will change with my servicing transfer?
- Your loan number and payment address information will change once your loan has been transferred. Please look for a letter from BSI Financial Services, Inc. within the next few weeks which will outline this important information.
- The transfer of your loan to BSI Financial Services, Inc. does not affect any terms or conditions of your mortgage loan, other than those terms directly related to the servicing of the loan.
- Your monthly payment will not be affected by this transfer.

Will the quality of my loan service change?
- We expect that the quality of your loan service will not change. We are transferring servicing on your loan to BSI Financial Services, Inc., an experienced mortgage servicer who will work with you on your mortgage concerns.

Where should I make my home loan payments?
- You should continue to make your monthly payment to Bank of America through December 20, 2013. You will begin making payments to BSI Financial Services, Inc. on December 21, 2013.
- If you do not receive a billing statement from BSI Financial Services, Inc. before the payment is due, write your new loan number on your check and mail it to the payment address shown on the enclosed notice. Please note, if you do not have the new loan number, you may write your old Bank of America loan number on the check.

What if I have automatic payments set up with Bank of America?
- Any automatic payments set up with us through the PayPlan programs will be discontinued as of December 20, 2013. Please look for instructions from BSI Financial Services, Inc. or contact them on or after December 21, 2013 to determine what payment options they may offer.

Will I still be able to make my mortgage payment at a Bank of America banking center or through online banking?
- You will no longer be able to make your payment at a Bank of America banking center for the mortgage loan being transferred.
- If you make payments through Bank of America Online Banking or any other online banking or bill payment service, you will need to update your loan number and payee information for BSI Financial Services, Inc. on or after December 21, 2013.

When my loan is transferred, will I still have access to my online loan information through Bank of America?
- After the transfer is complete, your mortgage account will be moved to BSI Financial Services, Inc.. As a result, you will no longer access your mortgage information through Bank of America. Prior to the transfer, you may choose to download any information currently online to keep for your own records, such as tax documents, mortgage statements, payment history, etc. BSI Financial Services, Inc. will be able to provide you with information about access to your loan account information following the transfer. If you have any other accounts with Bank of America, such as checking, savings or credit card, you will still be able to access those accounts through Bank of America's online banking.

How will the service transfer affect my other Bank of America accounts?
- There will be no change to any additional accounts you have with us.
- If you have a Bank of America Advantage, Premium or Preferred checking account, and you're not charged a monthly fee on

## ABOUT YOUR RIGHTS UNDER RESPA

You should be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a "qualified written request" regarding Bank of America's servicing of your loan, it must be sent to this address:

**Bank of America, N.A.**
**Customer Service Correspondence, CA6-919-01-41**
**P.O. Box 5170**
**SIMI VALLEY, CA  93062-5170**

Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 60-Business-Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.



**Bank of America**

Home Loans

*Send Correspondence to:*
P.O. Box 5170
Simi Valley, CA 93062-5170

P.O. Box 5170
SIMI VALLEY, CA 93062-5170

*Business Address:*
450 American Street
Simi Valley, CA 93065-6285

**IMPORTANT INFORMATION ENCLOSED**

**Notice Date:** December 2, 2013

AT1      4-772-98649-0000541-001-1-000-000-000-000

**Loan No.:** ⬛⬛⬛⬛5210

JOE ALVAREZ
13840 ALEXANDRIA CT
DAVIE, FL 33325

**Property Address:**
13840 Alexandria CT
Davie, FL 33325

Dear JOE ALVAREZ,

The servicing of your home loan will transfer to BSI Financial Services, Inc. on December 21, 2013.

**IMPORTANT INFORMATION ABOUT THE SERVICING OF YOUR HOME LOAN**

On December 21, 2013, the servicing of your above referenced mortgage loan will transfer to BSI Financial Services, Inc.. As of that date your new servicer, BSI Financial Services, Inc. will support all your loan servicing, including billing, payment processing, and customer support. Enclosed is a Notice of Assignment, Sale, or Transfer of Servicing rights from us regarding your above referenced loan. **Please review all pages of the notice.**

In the mortgage lending industry, the transfer or sale of loan servicing to other servicing institutions is a common practice and we'll work closely with BSI Financial Services, Inc. to make the transition as smooth as possible. If you have any questions or concerns regarding this transfer, our associates are available to answer your questions Monday-Friday 7a.m. to 7p.m. Local Time at 1-800-669-6607.

**WHAT YOU NEED TO KNOW**

**If you are currently being considered for a loan modification or other foreclosure avoidance program,** your new servicer BSI Financial Services, Inc. is aware of your current status and will have all of your documents. Please contact BSI Financial Services, Inc. to complete the process and determine which programs may best suit your current situation. For more information on working with BSI Financial Services, Inc., please review the frequently asked questions below.

**The enclosed notice outlines the important dates and contact information you'll need** for the transition to BSI Financial Services, Inc.. Please note this servicing transfer only applies to the above referenced loan.

**ANSWERS TO QUESTIONS YOU MAY HAVE**

**What will change with my servicing transfer?**
- Your loan number and payment address information will change once your loan has been transferred. Please look for a letter from BSI Financial Services, Inc. within the next few weeks which will outline this important information.
- The transfer of your loan to BSI Financial Services, Inc. does not affect any terms or conditions of your mortgage loan, other than those terms directly related to the servicing of the loan.
- Your monthly payment will not be affected by this transfer.

**Will the quality of my loan service change?**
- We expect that the quality of your loan service will not change. We are transferring servicing on your loan to BSI Financial Services, Inc., an experienced mortgage servicer who will work with you on your mortgage concerns.

**Where should I make my home loan payments?**
- You should continue to make your monthly payment to Bank of America through December 20, 2013. You will begin making payments to BSI Financial Services, Inc. on December 21, 2013.
- If you do not receive a billing statement from BSI Financial Services, Inc. before the payment is due, write your new loan number on your check and mail it to the payment address shown on the enclosed notice. Please note, if you do not have the new loan number, you may write your old Bank of America loan number on the check.

**What if I have automatic payments set up with Bank of America?**
- Any automatic payments set up with us through the PayPlan programs will be discontinued as of December 20, 2013. Please look for instructions from BSI Financial Services, Inc. or contact them on or after December 21, 2013 to determine what payment options they may offer.

**Will I still be able to make my mortgage payment at a Bank of America banking center or through online banking?**
- You will no longer be able to make your payment at a Bank of America banking center for the mortgage loan being transferred.
- If you make payments through Bank of America Online banking or any other online banking or bill payment service, you will need to update your loan number and payee information for BSI Financial Services, Inc. on or after December 21, 2013.

**When my loan is transferred, will I still have access to my online loan information through Bank of America?**
- After the transfer is complete, your mortgage account will be moved to BSI Financial Services, Inc.. As a result, you will no longer access your mortgage information through Bank of America. Prior to the transfer, you may choose to download any information currently online to keep for your own records, such as tax documents, mortgage statements, payment history, etc. BSI Financial Services, Inc. will be able to provide you with information about access to your loan account information following the transfer. If you have any other accounts with Bank of America, such as checking, savings or credit card, you will still be able to access those accounts through Bank of America's online banking.

**How will the service transfer affect my other Bank of America accounts?**
- There will be no change to any additional accounts you have with us.
- If you have a Bank of America Advantage, Premium or Preferred checking account, and you're not charged a monthly fee on

your account because your mortgage is with us, this will not change with the transfer of your mortgage to another servicer. We'll let you know in writing if this changes in the future.

**What if I am currently participating in a loan modification or other foreclosure avoidance program (e.g., forbearance, short sale, refinance or deed in lieu of foreclosure)?**

- The loan assistance programs that are offered by BSI Financial Services, Inc. are determined by the owner (also known as the investor) or insurer of your loan. Where applicable, BSI Financial Services, Inc. has agreed to evaluate your loan under the same investor or insurer guidelines as Bank of America, N.A..
- We will transfer any supporting documentation you may have submitted to us to BSI Financial Services, Inc.. We encourage you to work with BSI Financial Services, Inc. to complete the process and determine which programs may best suit your current situation.
- You should continue to make your payments to Bank of America, N.A. through December 20, 2013. On or after December 21, 2013, your payments should be made to BSI Financial Services, Inc. unless you are provided additional direction.
- If your loan was awaiting a decision regarding qualification for these programs, that decision will now be made by BSI Financial Services, Inc..

**What if I need loan assistance after the transfer?**

- If you experience a hardship and struggle with making your home loan payments after the servicing of your loan has been transferred, please contact BSI Financial Services, Inc. right away to request help. They will determine which program may be right for you based on the applicable investor and insurer guidelines.

**What if I am refinancing my mortgage loan that is being transferred?**

- Your refinance will not be affected by the upcoming loan transfer. If you are working on a refinance through Bank of America Home Loans, your application remains active and we will continue to work with you on your refinance. Please contact the Mortgage Loan Officer or Loan Processor you have been working with if you have any questions.

**What about my optional insurance products with or through Bank of America?**

- If your payments include amounts for any optional insurance products such as credit insurance, accidental death insurance, etc., please read the "Information About Optional Insurance Products" section in the enclosed notice carefully.

**What about my other (non-insurance) optional products with or through Bank of America?**

- If your payments include amounts for any other optional products you have purchased such as home warranty, identity theft protection, etc., we will no longer make payments to the optional product provider on your behalf. As a result, your optional product may be cancelled unless you are able to make alternative arrangements to pay the amounts due. To see if it is possible to establish another payment method and maintain your optional products, you will need to contact your optional product provider.
- Please note, if you have an optional Borrowers Protection or Line Protection Plan®, this Plan will cancel when the servicing of your loan is transferred and you will receive a separate communication from us confirming the cancellation of your Plan. If you have any questions about an existing Protection Plan® benefit, please contact Protection Plan Services. Your provider contact information may be found on your monthly mortgage statement. If you have more than 2 optional products, they may not all be listed on your monthly mortgage statement. If you are unsure about how many optional products you have or you have questions about your products, please contact Bank of America.

---

**LEGAL NOTICE**

We've enclosed the Real Estate Settlement Procedures Act (RESPA) Servicing Transfer Notice. No action is required on your part in response to the notice, but we recommend you retain the notice for your records. We encourage you to review this important information to determine if there are actions you need to take before or after the servicing is complete. Your new servicer will be sending additional information soon regarding any necessary actions.

---

**WE'RE HERE TO HELP**

Thank you for the opportunity to serve your home loan needs. If you have any questions or need assistance prior to your loan transfer, please call us toll free at 1-800-669-6607, Monday-Friday 7a.m. to 7p.m. Local Time.

Beginning December 21, 2013, BSI Financial Services, Inc. can assist you with any questions related to your home loan and the transfer of servicing. BSI Financial Services, Inc.'s customer service number is 1-866-581-4498, 8:00 AM to 5:00 PM, Eastern Standard Time, Monday through Friday.

Home Loan Team
Bank of America, N.A.

This communication is from Bank of America, N.A., the servicer of your home loan.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. If

Loan No.: 178065210                                    Notice Date: December 2, 2013



**NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS**

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, will be assigned, sold or transferred from **Bank of America, N.A. to BSI Financial Services, Inc.,** effective January 01, 2014.

The assignment, sale or transfer of the servicing of your mortgage loan does not affect any terms or conditions of the mortgage instruments, other than those terms directly related to the servicing of your loan. Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 calendar days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 calendar days after this effective date or at closing.

**YOUR SERVICER PRIOR TO DECEMBER 21, 2013:**

Your *present servicer* is **Bank of America, N.A.**. If you have any questions relating to the transfer of servicing from your present servicer, please call **Bank of America, N.A.** Customer Service at 1-800-669-6607, Monday-Friday 7a.m. to 7p.m. Local Time. This is a toll-free number.

**YOUR NEW SERVICER ON AND AFTER DECEMBER 21, 2013:**

Your *new servicer* will be **BSI Financial Services, Inc.**. The business address for **BSI Financial Services, Inc.** is: 314 South Franklin Street, 2nd Floor Titusville PA 16354.

Toll-free Number
The toll-free telephone number of **BSI Financial Services, Inc.** is 1-866-581-4498. If you have any questions relating to the transfer of servicing to your new servicer, please call **BSI Financial Services, Inc.** Customer Service toll-free at 1-866-581-4498, 8:00 AM to 5:00 PM, Eastern Standard Time, Monday through Friday.

Address for Correspondence (other than payments)
The address to send written correspondence to **BSI Financial Services, Inc.** (other than payments) is:
BSI Financial Services, Inc., Attn: Customer Service 314 S Franklin St., 2nd Floor Titusville PA 16354.

Address for Mailed Payments
The address to send payments to **BSI Financial Services, Inc.** is:
BSI Financial Services, Inc., Attn: Payment Processing, P.O. Box 660605 Dallas TX 75266. Please include your loan number on all checks, cashier's checks and other payments sent to **BSI Financial Services, Inc.**.

**INFORMATION CONCERNING YOUR LOAN PAYMENTS:**

The date that **Bank of America, N.A.** will stop accepting payments from you is December 20, 2013.

The date that your *new servicer* **BSI Financial Services, Inc.** will start accepting payments from you is December 21, 2013. Send all payments due on or after that date to your *new servicer.*

**INFORMATION ABOUT OPTIONAL INSURANCE PRODUCTS:**

The transfer of servicing rights may affect the terms of or the continued availability of credit insurance, accidental death insurance or any other type of optional insurance in the following manner: **Bank of America, N.A.** will no longer make payments to the insurance company on your behalf. As a result, your coverage may be cancelled.

To see if it is possible to maintain coverage, you will need to contact your insurance provider to find out if you are still eligible to receive the coverage and/or to arrange another payment method.

## ABOUT YOUR RIGHTS UNDER RESPA

You should be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a "qualified written request" regarding Bank of America's servicing of your loan, it must be sent to this address:

**Bank of America, N.A.**
**Customer Service Correspondence, CA6-919-01-41**
**P.O. Box 5170**
**SIMI VALLEY, CA  93062-5170**

Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 60-Business-Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

**Bank of America**
**Home Loans**

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Statement date 09/27/2013
**Account Number** ████6210
Property address
13840 Alexandria CT.

1 of 4

Home loan overview
Principal Balance                    $597,524.94
Escrow balance                       -$14,312.35

0015852 01 AT 0.391 **AUTO  T0 0 9385 33325-1201
MSR C2 AG 0101——0-2——  CQ000003 IN 1 P 15957
JOE ALVAREZ
13840 Alexandria Ct
Davie FL 33325-1201



---

**IMPORTANT NOTICE**

Bank of America, N.A. services your home loan on behalf of the holder of your note (Noteholder). This is to advise you that your account remains seriously delinquent.

If we do not hear from you immediately, we will have no alternative but to take appropriate action to protect the interest of the Noteholder in your property. This action may include returning payments that are less than the Total payments due to bring loan current.

Please give this matter your most urgent attention. Please send the amount due with the coupon below immediately. Additional amounts may become past due. Bank of America, N.A. will proceed with collection action until your account is brought fully current, and you will be responsible for all costs incurred in this process to the full extent permitted by law.

Please remember that the automatic payment of your home loan cannot occur if your payments are delinquent. If your loan is not brought current prior to your next scheduled payment debit date, Bank of America, N.A. will not automatically debit your bank account to make your home loan payment. In such cases, you will need to send your payment directly to Bank of America, N.A..

Note to Delaware Residents: Delaware residents who are struggling with their mortgage payments will find information on state-supported assistance by visiting www.deforeclosurehelp.org.

If you are unable to bring your account current, please contact us at 1.800.669.4576.

Sincerely,
LOAN SERVICING
Loan Counselor

---

**Payments and amounts due summary**

| Current payment due on 10/01/2013 as of 09/27/2013 | | Total payments due to bring loan current† | |
|---|---|---|---|
| Principal and/or interest payment | $1,840.03 | Principal and interest payments due (past and current) | $22,080.36 |
| Escrow payment amount | $1,143.37 | Escrow payments due (past and current) | $14,192.73 |
| Payment due on 10/01/2013 | $2,983.40 | Total | $36,273.09 |
| Late charge of $0.00 if payment received after 10/16/2013 | | | |
| | | Total payments and amounts due | |
| | | Payments past due (incl. opt. prod. as applies) | $33,289.69 |
| †For more information, please see the Other Important Information section of this statement. | | Current payment due on 10/01/2013 | $2,983.40 |
| | | Outstanding late charges and fees due (as applicable) | $75.00 |
| | | Total | $36,348.69 |

---

an make your payment:
r automatic draft payment using PayPlan
line or at www.bankofamerica.com
r phone - call 1.800.669.6607
any Bank of America Banking Center
r mail using the enclosed envelope
-Make your check payable to
 Bank of America, N.A.
-Please write your loan number on the
 check or money order
-Include this payment coupon with your
 check (do not staple your check to the
 coupon)
-Please do not send cash or include
 correspondence

Loan Number ████6210
Joe Alvarez
13840 Alexandria CT.
Davie, FL 33325

(1)

Payment due **Oct 1, 2013**       *$2,983.40
If payment received after Oct 16, 2013    $2,983.40
* "Payment due" does not include any past due payments, outstanding late charges or fees due.

Additional
Principal

Additional
Escrow

Total amount
enclosed

Bank of America, N.A.
PO BOX 650070
DALLAS, TX 75265-0070

1780652101000002983400000298340

0015852 0023726

## Home loan details

| Loan type and term | |
|---|---|
| Loan type | Adj Rate Mtge |
| Contractual remaining term | 39 Years |
| Interest rate | 2.000% |

### Property related expenses

With the exception of the items marked with an asterisk (*), we are responsible for the payment of the following items, which are included in your escrow account. The payment of the items marked with an asterisk (*) is the responsibility of the homeowner.

| Description | Payee | Policy number/Tax ID | Frequency | Next due date | Amount due |
|---|---|---|---|---|---|
| County taxes | Broward County Revenue Collect | 504010-04-0440 | Annual | 11/01/2013 | $7,034.12 |
| Homeowners insurance | Heritage Prop & Casualty Ins C | HPH020319 | Annual | 06/19/2014 | $9,480.00 |
| Flood insurance | Wright National Flood Ins Co | 0911504512360 3 | Annual | 06/19/2014 | $479.00 |



If you have an escrow account, please do not mail us your current tax bill. We will work with your Tax Collector to pay taxes on time. If you received an Interim, Delinquent, Supplemental, Corrected or Adjusted bill, please write your account number on the bill and mail it to the attention of: BAC Tax Services Corporation, Attn: Tax Dept CA6-913-LB-01, PO Box 10211, Van Nuys, CA 91410-0211.

### Recent home loan activity

| Date | Description | Principal | Escrow | Total |
|---|---|---|---|---|
| | | | -$16.00 | -$16.00 |
| 09/10/2013 | Homeowners ins pmt | | -$16.00 | |
| | **Ending balance | $597,524.54 | -$14,312.35 | |

**NOTE: The ending balance is probably not the same as the amount to pay off your loan. For payoff information, you may use our 24-hour automated information system at 1.800.669.5833.

### Recent fee activity

This section itemizes the fee activity on your account during this statement period, including itemizing the fees reflected in the "Recent home loan activity" section above. A fee marked with an (x) means that the fee was paid from either funds you sent to us or from funds sent to us by a third party on your behalf. The Transaction date represents the date that the fee activity occurred. The Posting date represents the date that the fee activity was posted to your account. Note: Any fees posted to your account and paid from funds you or a third party sent to us prior to November 9, 2012 will not be marked with an (x). For questions related to fees, please contact Customer Service.

| Posting date | Transaction date | Description | Charge | Credit | Total |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $75.00 |
| There was no fee activity on your account for the period covered in this statement. | | | | | |
| | | Ending Balance | | | $75.00 |

### IMPORTANT NOTICE

Bank of America, N.A. is here to help you bring your loan current. For payment arrangements, call 1.800.669.6607. As long as your loan remains delinquent, Bank of America, N.A. will conduct inspections of your property on a periodic basis. These inspections are provided for in your loan documents. Bank of America, N.A. will inspect your property to confirm occupancy, identify the occupants, and observe the physical condition of the property. You are responsible for paying the cost of these inspections.

Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2013 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

Account Number █████5210

E-mail use: Providing your e-mail address(es) below will allow us to send you information on your account

Joe Alvarez
E-mail address

E-mail address

0015652 0032090



---

## Payment processing information

Payments are considered to be received by Bank of America, N.A. when received through the means or at the locations designated in the 'You can make your payment' section on the front of your remittance coupon or at such other locations as may be designated by Bank of America, N.A. If your loan is not current, based on certain conditions, such as bankruptcy or foreclosure, you may be unable to make a payment using one or more of the means or locations listed in the 'You can make your payment' section. For mailed payments, if you do not mail your remittance coupon with your payment or do not mail your payment to the designated payment location, it may cause delays in the processing of your payment. Payments mailed with the remittance coupon to the designated location which are received by 5:00 p.m. in the time zone of the designated payment location will be credited to your account effective on that business day, unless otherwise specified on the remittance coupon provided. All payments mailed to Bank of America, N.A. must be in the form of a check or money order (drawn in United States dollars and payable by a United States financial institution or the United States Postal Service) made payable to Bank of America, N.A. Certified or other forms of payment may be required if previously advised.

There are both no-cost and low cost options available to you to make your payment. To learn more details please call customer service at 1.800.669.6607.

Any full periodic payment that is received and accepted will be applied to the longest outstanding periodic payment due, unless otherwise expressly prohibited or limited by your loan documents, the owner/insurer/guarantor of your loan or applicable law. Payments will be applied as described in your loan documents, including any modifications to the original documents. If your loan is current, please specify how you want any additional amounts you pay to be applied to your account. If you do not specify, subject to your loan documents, additional amounts will first be applied to fees or other amounts owed on your account and the remainder applied as a principal reduction. If we are unable to apply additional amounts to your account as you specify, we may return the funds to you. Postdated checks will be processed on the date received unless an authorized representative agrees to honor the date written on the check as a condition of a repayment plan.

We may charge you a fee (of up to $40.00) for any payment returned or rejected by your financial institution, subject to the requirements of your loan documents and applicable law. In addition, there may be fees for certain services related to the servicing of your loan, which such fees are either listed on our website or will be quoted upon request. All fees are subject to change without prior notice.

For all full month payment periods, interest is calculated on a monthly basis. Accordingly, interest for all full months, including February, is calculated as 30/360 of annual interest, irrespective of the actual number of days in the month. For partial months, interest is calculated daily on the basis of a 365 day year.

**Partial payment policy -** A partial payment is a payment less than your full periodic payment due. Depending on the requirements of your loan documents, the owner/insurer/guarantor of your loan or applicable law, and, depending on the status of your account, partial payments may be promptly returned to you, applied to your account or held in a non-interest bearing account for a period of time until you send us additional funds sufficient to equal a full periodic payment due. If your loan is current and your loan documents permit us to apply partial payments to your account, partial payments will be applied as you specified, and, if not specified, subject to your loan documents, they will first be applied to fees or other amounts owed on your account and the remainder applied as a principal reduction. If we are unable to apply partial payments to your loan as you specify, we may return the payment to you. If your loan is not current and your loan documents permit us to hold a partial payment in a non-interest bearing account, we will do so until you send us additional funds sufficient to equal a full periodic payment due. If you don't send us additional funds, subject to your loan documents, we may apply some or all of the partial payment to amounts owed on your account and return the balance of the payment to you. If your loan is in default and declared due and payable or your loan is in foreclosure, we may be unable to accept or apply partial payments and will return them to you.

---

## ‡Other important information

**Credit Reporting Notice:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**Total payments due to bring loan current** – The total amount in this section represents the total of (i) all periodic principal, interest and escrow (if applicable) payments now due under your loan documents, including past due payments and (ii) the periodic principal, interest and escrow (if applicable) payment of the current payment due under your loan documents as indicated on this statement. If you submit funds sufficient to cover this total amount, your loan will be considered current with respect to the periodic principal, interest and escrow (if applicable) payments due under your loan. Please note, if you only submit this total amount, you may still owe additional amounts on your account, such as late payment fees and other fees as well as amounts for any optional products you may have elected to receive. If you want to pay those amounts as well, please include additional funds. In addition, the calculation of this total amount does not include any unapplied funds related to your account, if applicable.

**Statement Information** – The information contained in this statement is accurate as of the date of this statement but may not contain all information related to your loan. For the most up to date and complete information regarding your loan, please contact 1.800.669.6607.

0015052 0032097

Bank of America

Home Loans

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Statement date 10/30/2013

**Account Number** ██████5210

1 of 4

Property address
13840 Alexandria CT.

| Home loan overview | |
|---|---|
| Principal Balance | $597,524.94 |
| Escrow balance | -$21,584.51 |

0 0 4 7 2 7 0 01 AT 0.391 **AUTO  T7 0 2290 33325-1201
MGR L2 AS 6121----0--2-- C000060 IN 1 3 F47217
JOE ALVAREZ
13840 Alexandria Ct
Davie FL 33325-1201



**IMPORTANT NOTICE**

Bank of America, N.A. services your home loan on behalf of the holder of your note (Noteholder). This is to advise you that your account remains seriously delinquent.

If we do not hear from you immediately, we will have no alternative but to take appropriate action to protect the interest of the Noteholder in your property. This action may include returning payments that are less than the Total payments due to bring loan current.

Please give this matter your most urgent attention. Please send the amount due with the coupon below immediately. Additional amounts may become past due. Bank of America, N.A. will proceed with collection action until your account is brought fully current, and you will be responsible for all costs incurred in this process to the full extent permitted by law.

Please remember that the automatic payment of your home loan cannot occur if your payments are delinquent. If your loan is not brought current prior to your next scheduled payment debit date, Bank of America, N.A. will not automatically debit your bank account to make your home loan payment. In such cases, you will need to send your payment directly to Bank of America, N.A..

Note to Delaware Residents: Delaware residents who are struggling with their mortgage payments will find information on state-supported assistance by visiting www.deforeclosurehelp.org.

If you are enable to bring your account current, please contact us at 1.800.669.4576.

Sincerely,
LOAN SERVICING
Loan Counselor

---

### Payments and amounts due summary

| Current payment due on 11/01/2013 as of 10/30/2013 | | Total payments due to bring loan current† | |
|---|---|---|---|
| Principal and/or interest payment | $1,840.03 | Principal and interest payments due (past and current) | $23,920.39 |
| Escrow payment amount | $1,143.37 | Escrow payments due (past and current) | $15,336.10 |
| **Payment due on 11/01/2013** | **$2,983.40** | **Total** | **$39,256.49** |
| Late charge of $0.00 if payment received after 11/16/2013 | | | |
| | | **Total payments and amounts due** | |
| †For more information, please see the **Other Important Information** section of this statement. | | Payments past due (incl. opt. prod. as applies) | $36,273.09 |
| | | Current payment due on 11/01/2013 | $2,983.40 |
| | | Outstanding late charges and fees due (as applicable) | $90.00 |
| | | **Total** | **$39,346.49** |

---

**You can make your payment:**
- By automatic draft payment using PayPlan
- Online at www.bankofamerica.com
- By phone - call 1.800.669.6607
- At any Bank of America Banking Center
- By mail using the enclosed envelope
  - Make your check payable to Bank of America, N.A.
  - Please write your loan number on the check or money order
  - Include this payment coupon with your check (do not staple your check to the coupon)
  - Please do not send cash or include correspondence

0047270 0095320

| Loan Number ██████5210 | (1) | Payment due **Nov 1, 2013** | *$2,983.40 |
| Joe Alvarez | | If payment received after **Nov 16, 2013** | $2,983.40 |
| 13840 Alexandria CT. | | *"Payment due" does not include any past due payments, outstanding late charges or fees due. | |
| Davie, FL, 33335 | | | |

| | Additional Principal | |
|---|---|---|

ZZB

Bank of America, N.A.
PO BOX 650070
DALLAS, TX 75265-0070

Additional Escrow

Total amount enclosed

17806521010000029834000029834 0

██████████████ 5 2 1 0 ‖‖

## Home loan details

### Loan type and term

| | |
|---|---|
| Loan type | Adj Rate Mtge |
| Contractual remaining term | 39 Years |
| Interest rate | 2.000% |

### Property related expenses

With the exception of the items marked with an asterisk (*), we are responsible for the payment of the following items, which are included in your escrow account. The payment of the items marked with an asterisk (*) is the responsibility of the homeowner.

| Description | Payee | Policy number/Tax ID | Frequency | Next due date | Amount due |
|---|---|---|---|---|---|
| County taxes | Broward County Revenue Collect | 504010-04-0440 | Annual | 11/01/2014 | $7,272.16 |
| Homeowners insurance | Heritage Prop & Casualty Ins C | HPH020319 | Annual | 06/19/2014 | $8,480.00 |
| Flood insurance | Wright National Flood Ins Co | 0911504512350 | Annual | 06/19/2014 | $479.00 |



If you have an escrow account, please do not mail in your current tax bill. We will work with your Tax Collector to pay taxes on time. If you received an Interim, Delinquent, Supplemental, Corrected or Adjusted bill, please write your account number on the bill and mail it to the attention of: BAC Tax Services Corporation, Attn: Tax Dept CA6-913-LB-01, PO Box 10211, Van Nuys, CA 91410-0211.

### Recent home loan activity

| Date | Description | Principal | Escrow | Total |
|---|---|---|---|---|
| /20/2013 | County tax pmt | | -$7,272.16 | -$7,272.16 |
| | **Ending balance | $597,524.94 | -$21,584.51 | |

*NOTE: The ending balance is probably not the same as the amount to pay off your loan.  For payoff information, you may use our 24-hour automated information system at 1.800.669.5833.

### Recent fee activity

This section itemizes the fee activity on your account during this statement period, including itemizing the fees reflected in the "Recent home loan activity" section above. A fee marked with an (x) means that the fee was paid from either funds you sent to us or from funds sent to us by a third party on your behalf. The Transaction date represents the date that the fee activity occurred. The Posting date represents the date the fee activity was posted to your account. Note: Any fees posted to your account and paid from funds you or a third party sent to us prior to November 9, 2012 will not be marked with an (x). For questions related to fees, please contact Customer Service.

| Posting date | Transaction date | Description | Charge | Credit | Total |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $75.00 |
| 10/17/2013 | 10/15/2013 | Property Inspection | $15.00 | | |
| | | Ending Balance | | | $90.00 |

## IMPORTANT NOTICE

Bank of America, N.A. is here to help you bring your loan current. For payment arrangements, call 1.800.669.6607. As long as your loan  remains delinquent, Bank of America, N.A. will conduct inspections of your property on a periodic basis. These inspections are provided for in your loan documents. Bank of America, N.A. will inspect your property to confirm occupancy, identify the occupants, and observe the physical condition of the property. You are responsible for paying the cost of these inspections.

Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2013 Bank of America Corporation. Trademarks are the property of Bank of America Corporation.  All rights reserved.

Account Number ____5210
E-mail use: Providing your e-mail address(es) below will allow us to send you information on your account

Joe Alvarez
E-mail address

E-mail address

0047270 0095329



Bank of America
Home Loans

Statement date 10/30/2013
**Account Number** ████6210
Property address
13040 Alexandria CT.

3 of 4

---

## Payment processing information

Payments are considered to be received by Bank of America, N.A. when received through the means or at the locations designated in the 'You can make your payment' section on the front of your remittance coupon or at such other locations as may be designated by Bank of America, N.A. If your loan is not current, based on certain conditions, such as bankruptcy or foreclosure, you may be unable to make a payment using one or more of the means or locations listed in the 'You can make your payment' section. For mailed payments, if you do not mail your remittance coupon with your payment or do not mail your payment to the designated payment location, it may cause delays in the processing of your payment. Payments mailed with the remittance coupon to the designated location which are received by 5:00 p.m. in the time zone of the designated payment location will be credited to your account effective on that business day, unless otherwise specified on the remittance coupon provided. All payments mailed to Bank of America, N.A. must be in the form of a check or money order (drawn in United States dollars and payable by a United States financial institution or the United States Postal Service) made payable to Bank of America, N.A. Certified or other forms of payment may be required if previously advised.

There are both no-cost and low cost options available to you to make your payment. To learn more details please call customer service at 1.800.669.6607.

Any full periodic payment that is received and accepted will be applied to the longest outstanding periodic payment due, unless otherwise expressly prohibited or limited by your loan documents, the owner/insurer/guarantor of your loan or applicable law. Payments will be applied as described in your loan documents, including any modifications to the original documents. If your loan is current, please specify how you want any additional amounts you pay to be applied to your account. If you do not specify, subject to your loan documents, additional amounts will first be applied to fees or other amounts owed on your account and the remainder applied as a principal reduction. If we are unable to apply additional amounts to your account as you specify, we may return the funds to you. Postdated checks will be processed on the date received unless an authorized representative agrees to honor the date written on the check as a condition of a repayment plan.

We may charge you a fee (of up to $40.00) for any payment returned or rejected by your financial institution, subject to the requirements of your loan documents and applicable law. In addition, there may be fees for certain services related to the servicing of your loan, which such fees are either listed on our website or will be quoted upon request. All fees are subject to change without prior notice.

For all full month payment periods, interest is calculated on a monthly basis. Accordingly, interest for all full months, including February, is calculated as 30/360 of annual interest, irrespective of the actual number of days in the month. For partial months, interest is calculated daily on the basis of a 365 day year.

Partial payment policy - A partial payment is a payment less than your full periodic payment due. Depending on the requirements of your loan documents, the owner/insurer/guarantor of your loan or applicable law, and, depending on the status of your account, partial payments may be promptly returned to you, applied to your account or held in a non-interest bearing account for a period of time until you send us additional funds sufficient to equal a full periodic payment due. If your loan is current and your loan documents permit us to apply partial payments to your account, partial payments will be applied as you specified, and, if not specified, subject to your loan documents, they will first be applied to fees owed on your account and the remainder applied as a principal reduction. If we are unable to apply partial payments to your loan as you specify, we may return the payment to you. If your loan is not current and your loan documents permit us to hold a partial payment in a non-interest bearing account, we will do so until you send us additional funds sufficient to equal a full periodic payment due. If you don't send us additional funds, subject to your loan documents, we may apply some or all of the partial payment to amounts owed on your account and return the balance of the payment to you. If your loan is in default and declared due and payable or your loan is in foreclosure, we may be unable to accept or apply partial payments and will return them to you.

---

## Other important information

**Credit Reporting Notice:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**Total payments due to bring loan current** – The total amount in this section represents the total of (i) all periodic principal, interest and escrow (if applicable) payments now due under your loan documents, including past due payments and (ii) the periodic principal, interest and escrow (if applicable) payment of the current payment due under your loan documents as indicated on this statement. If you submit funds sufficient to cover this total amount, your loan will be considered current with respect to the periodic principal, interest and escrow (if applicable) payments due under your loan. Please note, if you only submit this total amount, you may still owe additional amounts on your account, such as late payment fees and other fees as well as amounts for any optional products you may have elected to receive. If you want to pay those amounts as well, please include additional funds. In addition, the calculation of this total amount does not include any unapplied funds related to your account, if applicable.

**Statement Information** – The information contained in this statement is accurate as of the date of this statement but may not contain all information related to your loan. For the most up to date and complete information regarding your loan, please contact 1.800.669.6607.

0047270 0095327

# FORREST SYGMAN, P.A.

REGIONS BANK BUILDING
8603 SOUTH DIXIE HIGHWAY, SUITE 408
MIAMI, FLORIDA 33143

TELEPHONE (305) 661-8955
TELECOPIER (305)661-8952

March 3, 2014

**VIA U.S. MAIL**
BSI Financial Services, INC.
314 S. Franklin Street
P.O Box 517
Titusville, PA 16354

     RE:   **Property Address, 13840 Alexandria CT, Davie, FL 33325**
           BSI Account #▒▒▒▒▒▒

Dear: BSI Financial Services, INC.

    We are writing because we received information that BSI Financial Services, INC (BSI) is now the entity for any financial sales or transfers and servicing rights for the above referenced loan.

    I also understand that BSI Financial Services INC, is acting on behalf of Ventures Trust 2015-I-NH. Unfortunately we believe that Bank of America, the original creditor has failed to advise BSI on behalf of Ventures Trust that Bank of America is already in litigation with regard to this loan originally filed in Broward County Circuit Court, and currently pending before Federal Judge Kenneth A. Marra.

    This particular loan was discharged in Bankruptcy years ago. The activities of Bank of America are a deceptive trade practice and as a result of a knowing violation of the discharge injunction it may be held in Civil contempt of the discharge. For example: In Texas, Bank of America is obligated to pay $79,839.00 and sanctions of $150,000.00 in the case of *McClure V. Bank of America*, Adv. No. 08-400.

    Mr. Alvarez did not reaffirm this debt nor did Bank of America seek or obtain relief from stay. As a result the statute of limitations has precluded BSI or any other entity from pursuing Mr. Alvarez.

    We consider this matter closed, at least as to collection actions. However, if BSI wants to propose other reasonable options, then I will gladly discuss them with Mr. Alvarez.

Very Truly,

FORREST SYGMAN, ESQ.

FS/ag



EXHIBIT

C

# BSI Financial Services, Inc.

314 S. Franklin Street
P.O. Box 517
Titusville, PA 16354

Customer Service: 1-866-581-4496

www.bsifinancial.com

**Mortgage Statement**

Property Address: 13840 ALEXANDRIA CT, DAVIE, FL 33325
STATEMENT DATE     02/01/14

| Account Number | |
|---|---|
| Payment Due Date | 03/01/14 |
| **Amount Due** | **$53,394.11** |

If payment is received after 03/16/14, $0.00 late fee will be charged.

JOE ALVAREZ
13840 ALEXANDRIA CT
DAVIE, FL 33325

16416

## Explanation of Amount Due

| | |
|---|---|
| PRINCIPAL: | $858.39 |
| INTEREST: | $971.64 |
| ESCROW (FOR TAXES AND INSURANCE): | $1,300.00 |
| REGULAR MONTHLY PAYMENT | $3,140.03 |
| TOTAL FEES AND CHARGES: | $0.00 |
| OVERDUE PAYMENTS: | $50,253.38 |
| TOTAL AMOUNT DUE: | $53,394.11 |

## Account Information

| | |
|---|---|
| OUTSTANDING PRINCIPAL: | $597,524.94 |
| INTEREST RATE (UNTIL MATURITY) | 2.000 |

## Transaction Activity (01/02/14 to 02/01/14)

| Date | Description | Charges | Payments |
|---|---|---|---|

## Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00***|

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
* These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

## **Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 02/01/14 you are 457 days delinquent on your mortgage loan.
Recent Account History

Payment Due 09/01/13: Unpaid balance of   $3,140.03
Payment Due 10/01/13: Unpaid balance of   $3,140.03
Payment Due 11/01/13: Unpaid balance of   $3,140.03
Payment Due 12/01/13: Unpaid balance of   $3,140.03
Payment Due 01/01/14: Unpaid balance of   $3,140.03
Payment Due 02/01/14: Unpaid balance of   $3,140.03
Current Payment Due 03/01/14: $3,140.03
Total: $53,394.11 due. You must pay this amount to bring your loan current.

If You Are Experiencing Financial Difficulty: See back for information about mortgage counseling or assistance.

## Important Messages

If you have enrolled in ACH Automatic Monthly Withdrawals with BSI, your payment will still be automatically withdrawn as agreed. Depending on the selected date for the ACH payment to be withdrawn, you will either see the payment reflected on this statement or the following statement

Keep upper portion for your records

**EXHIBIT**

D



**BSI Financial Services, Inc.**

Mortgage Statement

314 S. Franklin Street
P.O. Box 517
Titusville, PA 16354

Customer Service: 1-866-581-4498

www.bsifinancial.com

Property Address: 13840 ALEXANDRIA CT, DAVIE, FL 33325
STATEMENT DATE        03/18/14

7701

JOE ALVAREZ
13840 ALEXANDRIA CT
DAVIE, FL 33325

| Account Number | |
|---|---|
| Payment Due Date | 04/01/14 |
| **Amount Due** | **$56,534.94** |

If payment is received after 04/16/14, $0.00 late fee will be charged.

## Explanation of Amount Due

| | |
|---|---|
| PRINCIPAL: | $868.39 |
| INTEREST: | $971.64 |
| ESCROW (FOR TAXES AND INSURANCE) | $1,300.80 |
| REGULAR MONTHLY PAYMENT | $3,140.83 |
| TOTAL FEES AND CHARGES: | $0.00 |
| OVERDUE PAYMENTS: | $53,394.11 |
| TOTAL AMOUNT DUE: | $56,534.94 |

## Account Information

| | |
|---|---|
| OUTSTANDING PRINCIPAL: | $597,524.94 |
| INTEREST RATE (UNTIL MATURITY) | 2.000 |

## Transaction Activity (02/18/14 to 03/18/14)

| Date | Description | Charges | Payments |
|---|---|---|---|
| | | | |

## Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied)* | $0.00 | $0.00 |
| Total | $0.00 | $0.00** |

*Partial Payments Any partial payments that you make are not applied to your
mortgage, but are held in a separate suspense account. If you pay the balance of a
partial payment, the funds will then be applied to your mortgage.
* These amounts may not reflect payments made to a prior servicer if your loan
servicing was transferred this year.

## **Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and
foreclosure - the loss of your home. As of 03/18/14 you are 602 days delinquent on your mortgage loan.

*Recent Account History*
Payment Due 10/01/13: Unpaid balance of $3,140.83
Payment Due 11/01/13: Unpaid balance of $3,140.83
Payment Due 12/01/13: Unpaid balance of $3,140.83
Payment Due 01/01/14: Unpaid balance of $3,140.83
Payment Due 02/01/14: Unpaid balance of $3,140.83
Payment Due 03/01/14: Unpaid balance of $3,140.83
Current Payment Due 04/01/14: $3,140.83
Total: $56,534.94 due. You must pay this amount to bring your loan current.

If You Are Experiencing Financial Difficulty: See back for information about
mortgage counseling or assistance.

## Important Messages

If you have enrolled in ACH Automatic Monthly Withdrawals with BSI, your payment will still be automatically withdrawn
as agreed. Depending on the selected date for the ACH payment to be withdrawn, you will either see the payment
reflected on this statement or the following statement

Keep upper portion for your records



**BSI Financial Services, Inc.**

**Mortgage Statement**

314 S. Franklin Street
P.O. Box 517
Titusville, PA 16354

Customer Service: 1-866-581-4408

www.bslfinancial.com

Property Address: 13840 ALEXANDRIA CT, DAVIE, FL 33325
STATEMENT DATE     04/18/14

| | |
|---|---|
| Account Number | ●●●●●●●● |
| Payment Due Date | 05/01/14 |
| **Amount Due** | **$59,675.77** |

If payment is received after 05/16/14, $0.00 late fee will be charged.

7624

JOE ALVAREZ
13840 ALEXANDRIA CT
DAVIE, FL 33325

## Explanation of Amount Due

| | |
|---|---|
| PRINCIPAL: | $869.84 |
| INTEREST: | $970.19 |
| ESCROW (FOR TAXES AND INSURANCE) | $1,300.80 |
| REGULAR MONTHLY PAYMENT | $3,140.83 |
| TOTAL FEES AND CHARGES: | $0.00 |
| OVERDUE PAYMENTS: | $56,534.94 |
| **TOTAL AMOUNT DUE:** | **$59,675.77** |

## Account Information

| | |
|---|---|
| OUTSTANDING PRINCIPAL: | $597,524.94 |
| INTEREST RATE (UNTIL MATURITY) | 2.000 |

## Transaction Activity (03/18/14 to 04/18/14)

| Date | Description | Charges | Payments |
|---|---|---|---|
| | | | |

## Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00**** |

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
** These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

## **Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 04/18/14 you are 533 days delinquent on your mortgage loan.
Recent Account History
Payment Due 11/01/13: Unpaid balance of $3,140.83
Payment Due 12/01/13: Unpaid balance of $3,140.83
Payment Due 01/01/14: Unpaid balance of $3,140.83
Payment Due 02/01/14: Unpaid balance of $3,140.83
Payment Due 03/01/14: Unpaid balance of $3,140.83
Payment Due 04/01/14: Unpaid balance of $3,140.83
Current Payment Due 05/01/14: $3,140.83
Total: $59,675.77 due. You must pay this amount to bring your loan current.

If You Are Experiencing Financial Difficulty: See back for information about mortgage counseling or assistance.

## Important Messages

If you have enrolled in ACH Automatic Monthly Withdrawals with BSI, your payment will still be automatically withdrawn as agreed. Depending on the selected date for the ACH payment to be withdrawn, you will either see the payment reflected on this statement or the following statement

Keep upper portion for your records

**BSI Financial Services, Inc.**
314 S. Franklin Street
P.O. Box 517
Titusville, PA 16354
Customer Service: 1-866-581-4498

www.bsifinancial.com

JOE ALVAREZ
13840 ALEXANDRIA CT
DAVIE, FL 33325

| Amount Due |
| --- |
| Due By 03/01/14     $53,394.11 |
| $0.00 late fee will be charged after 03/16/14 |
| Additional Principal: $ |
| Additional Escrow: $ |
| Total Amount Enclosed: $ |

*All amounts due must be paid in full before additional principal reduction can be made.
☐ Please check box if mailing address or phone number has changed. Write changes on back of payment stub.
☐ Payoff Proceeds Enclosed
Please write your loan number on your check and make payable to:
*BSI FINANCIAL SERVICES, INC.*

BSI FINANCIAL SERVICES, INC.
P.O.Box 660605
Dallas, TX 75266-0605

---

Please return this portion with your payment

Property Address: 13840 ALEXANDRIA CT, DAVIE, FL 33326

**BSI Financial Services, Inc.**
314 S. Franklin Street
P.O. Box 517
Titusville, PA 16354
Customer Service: 1-866-581-4498

www.bsifinancial.com

JOE ALVAREZ
13840 ALEXANDRIA CT
DAVIE, FL 33325

| Amount Due |
| --- |
| Due By 04/01/14     $56,534.94 |
| $0.00 late fee will be charged after 04/16/14 |
| Additional Principal: $ |
| Additional Escrow: $ |
| Total Amount Enclosed: $ |

*All amounts due must be paid in full before additional principal reduction can be made.
☐ Please check box if mailing address or phone number has changed. Write changes on back of payment stub.
☐ Payoff Proceeds Enclosed
Please write your loan number on your check and make payable to:
*BSI FINANCIAL SERVICES, INC.*

BSI FINANCIAL SERVICES, INC.
P.O.Box 660605
Dallas, TX 75266-0605

---

Please return this portion with your payment

Property Address: 13840 ALEXANDRIA CT, DAVIE, FL 33326

**BSI Financial Services, Inc.**
314 S. Franklin Street
P.O. Box 517
Titusville, PA 16354
Customer Service: 1-866-581-4498

www.bsifinancial.com

JOE ALVAREZ
13840 ALEXANDRIA CT
DAVIE, FL 33325

| Amount Due |
| --- |
| Due By 05/01/14     $59,675.77 |
| $0.00 late fee will be charged after 05/16/14 |
| Additional Principal: $ |
| Additional Escrow: $ |
| Total Amount Enclosed: $ |

*All amounts due must be paid in full before additional principal reduction can be made.
☐ Please check box if mailing address or phone number has changed. Write changes on back of payment stub.
☐ Payoff Proceeds Enclosed
Please write your loan number on your check and make payable to:
*BSI FINANCIAL SERVICES, INC.*

BSI FINANCIAL SERVICES, INC.
P.O.Box 660605
Dallas, TX 75266-0605

**BSI Financial Services, Inc.**

314 S. Franklin Street
P.O. Box 517
Titusville, PA 16354

Customer Service: 1-866-581-4498

www.bsifinancial.com

**Mortgage Statement**

Property Address: 13840 ALEXANDRIA CT, DAVIE, FL 33325

STATEMENT DATE          05/19/14

| | |
|---|---|
| Account Number | |
| Payment Due Date | 06/01/14 |
| **Amount Due** | **$62,816.60** |

If payment is received after 06/18/14, $0.00 late fee will be charged.

JOE ALVAREZ                    7446
13840 ALEXANDRIA CT
DAVIE, FL 33325

**Explanation of Amount Due**

| | |
|---|---|
| PRINCIPAL: | $869.84 |
| INTEREST: | $970.19 |
| ESCROW (FOR TAXES AND INSURANCE) | $1,300.80 |
| REGULAR MONTHLY PAYMENT | $3,140.83 |
| TOTAL FEES AND CHARGES: | $0.00 |
| OVERDUE PAYMENTS: | $59,675.77 |
| **TOTAL AMOUNT DUE:** | **$62,816.60** |

**Account Information**

| | |
|---|---|
| OUTSTANDING PRINCIPAL: | $597,624.94 |
| INTEREST RATE (UNTIL MATURITY) | 2.000 |

**Transaction Activity (04/19/14 to 05/19/14)**

| Date | Description | Charges | Payments |
|---|---|---|---|

**Past Payments Breakdown**

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

Partial Payments: Any partial payments that you make are not applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage. These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

**Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 05/19/14 you are 584 days delinquent on your mortgage loan.

*Recent Account History*
Payment Due 12/01/13: Unpaid balance of $3,140.83
Payment Due 01/01/14: Unpaid balance of $3,140.83
Payment Due 02/01/14: Unpaid balance of $3,140.83
Payment Due 03/01/14: Unpaid balance of $3,140.83
Payment Due 04/01/14: Unpaid balance of $3,140.83
Payment Due 05/01/14: Unpaid balance of $3,140.83
Current Payment Due 06/01/14: $3,140.83
Total: $62,816.60 due. You must pay this amount to bring your loan current.

If You Are Experiencing Financial Difficulty: See back for information about mortgage counseling or assistance.

**Important Messages**

If you have enrolled in ACH Automatic Monthly Withdrawals with BSI, your payment will still be automatically withdrawn as agreed. Depending on the selected date for the ACH payment to be withdrawn, you will either see the payment reflected on this statement or the following statement.

Keep upper portion for your records



**BSI Financial Services, Inc.**

**Mortgage Statement**

314 S. Franklin Street
P.O. Box 517
Titusville, PA 16354

Customer Service: 1-866-581-4498

www.bsifinancial.com

Property Address: 13840 ALEXANDRIA CT, DAVIE, FL 33325
STATEMENT DATE     06/18/14

0474

JOE ALVAREZ
13840 ALEXANDRIA CT
DAVIE, FL 33325

| Account Number | ████ |
|---|---|
| Payment Due Date | 07/01/14 |
| **Amount Due** | **$65,957.43** |

If payment is received after 07/10/14, $0.00 late fee will be charged.

### Explanation of Amount Due

| | |
|---|---|
| PRINCIPAL: | $844.16 |
| INTEREST: | $995.87 |
| ESCROW (FOR TAXES AND INSURANCE) | $1,300.80 |
| REGULAR MONTHLY PAYMENT | $3,140.83 |
| TOTAL FEES AND CHARGES: | $0.00 |
| OVERDUE PAYMENTS: | $62,816.60 |
| TOTAL AMOUNT DUE: | $65,957.43 |

### Account Information

| | |
|---|---|
| OUTSTANDING PRINCIPAL: | $597,524.94 |
| INTEREST RATE (UNTIL MATURITY) | 2.000 |

### Transaction Activity (05/19/14 to 06/18/14)

| Date | Description | Charges | Payments |
|---|---|---|---|
| | | | |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00**** |

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
**These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

### Delinquency Notice**

You're late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 06/18/14 you are 594 days delinquent on your mortgage loan.

*Recent Account History*
Payment Due 01/01/14: Unpaid balance of $3,140.83
Payment Due 02/01/14: Unpaid balance of $3,140.83
Payment Due 03/01/14: Unpaid balance of $3,140.83
Payment Due 04/01/14: Unpaid balance of $3,140.83
Payment Due 05/01/14: Unpaid balance of $3,140.83
Payment Due 06/01/14: Unpaid balance of $3,140.83
Current Payment Due 07/01/14: $3,140.83
Total: $65,957.43 due. You must pay this amount to bring your loan current.

If You Are Experiencing Financial Difficulty: See back for information about mortgage counseling or assistance.

### Important Messages

If an upper portion for your records

# BSI Financial Services, Inc.

**Mortgage Statement**

*314 S. Franklin Street*
*P.O. Box 517*
*Titusville, PA 16354*

*Customer Service: 1-866-581-4498*

*www.bsifinancial.com*

Property Address: 13840 ALEXANDRIA CT, DAVIE, FL 33326

STATEMENT DATE    07/18/14

| Account Number | |
|---|---|
| Payment Due Date | 08/01/14 |
| **Amount Due** | **$69,098.26** |

If payment is received after 08/16/14, $0.00 late fee will be charged.

JOE ALVAREZ
13840 ALEXANDRIA CT
DAVIE, FL 33325

6929

## Explanation of Amount Due

| | |
|---|---|
| PRINCIPAL: | $844.16 |
| INTEREST: | $995.87 |
| ESCROW (FOR TAXES AND INSURANCE) | $1,300.80 |
| REGULAR MONTHLY PAYMENT | $3,140.83 |
| TOTAL FEES AND CHARGES: | $0.00 |
| OVERDUE PAYMENTS: | $65,957.43 |
| TOTAL AMOUNT DUE: | $69,098.26 |

## Account Information

| | |
|---|---|
| OUTSTANDING PRINCIPAL: | $597,524.94 |
| INTEREST RATE (UNTIL MATURITY) | 2.000 |

## Transaction Activity (06/18/14 to 07/18/14)

| Date | Description | Charges | Payments |
|---|---|---|---|

## Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00**\*\* |

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage. These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

## Delinquency Notice

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 07/18/14 you are 624 days delinquent on your mortgage loan.

Recent Account History
Payment Due 02/01/14: Unpaid balance of $3,140.83
Payment Due 03/01/14: Unpaid balance of $3,140.83
Payment Due 04/01/14: Unpaid balance of $3,140.83
Payment Due 05/01/14: Unpaid balance of $3,140.83
Payment Due 06/01/14: Unpaid balance of $3,140.83
Payment Due 07/01/14: Unpaid balance of $3,140.83
Current Payment Due 08/01/14: $3,140.83
Total: $69,098.26 due. You must pay this amount to bring your loan current.

If You Are Experiencing Financial Difficulty: See back for information about mortgage counseling or assistance.

## Important Messages

Keep upper portion for your records

**BSI Financial Services, Inc.**

314 S. Franklin Street
P.O. Box 517
Titusville, PA 16354
Customer Service: 1-866-581-4498

www.bsifinancial.com

JOE ALVAREZ
13840 ALEXANDRIA CT
DAVIE, FL 33325

| Due By 06/01/14 | $62,816.60 |
|---|---|

$0.00 late fee will be charged after 06/16/14

Additional Principal: $ _____
Additional Escrow: $ _____
Total Amount Enclosed $ _____

*All amounts due must be paid in full before additional principal reduction can be made.

☐ Please check box if mailing address or phone number has changed. Write changes on back of payment stub.
☐ Payoff Proceeds Enclosed

Please write your loan number on your check and make payable to:
*BSI FINANCIAL SERVICES, INC.*

BSI FINANCIAL SERVICES, INC.
P.O. Box 660605
Dallas, TX 75266-0605

---

Please return this portion with your payment

**BSI Financial Services, Inc.**

314 S. Franklin Street
P.O. Box 517
Titusville, PA 16354
Customer Service: 1-866-581-4498

www.bsifinancial.com

JOE ALVAREZ
13840 ALEXANDRIA CT
DAVIE, FL 33325

Property Address: 13840 ALEXANDRIA CT, DAVIE, FL 33325

| Due By 07/01/14 | $65,957.43 |
|---|---|

$0.00 late fee will be charged after 07/16/14

Additional Principal: $ _____
Additional Escrow: $ _____
Total Amount Enclosed $ _____

*All amounts due must be paid in full before additional principal reduction can be made.

☐ Please check box if mailing address or phone number has changed. Write changes on back of payment stub.
☐ Payoff Proceeds Enclosed

Please write your loan number on your check and make payable to:
*BSI FINANCIAL SERVICES, INC.*

BSI FINANCIAL SERVICES, INC.
P.O. Box 660605
Dallas, TX 75266-0605

---

Please return this portion with your payment

**BSI Financial Services, Inc.**

314 S. Franklin Street
P.O. Box 517
Titusville, PA 16354
Customer Service: 1-866-581-4498

www.bsifinancial.com

JOE ALVAREZ
13840 ALEXANDRIA CT
DAVIE, FL 33325

Property Address: 13840 ALEXANDRIA CT, DAVIE, FL 33325

| Due By 08/01/14 | $69,098.26 |
|---|---|

$0.00 late fee will be charged after 08/16/14

Additional Principal: $ _____
Additional Escrow: $ _____
Total Amount Enclosed $ _____

*All amounts due must be paid in full before additional principal reduction can be made.

☐ Please check box if mailing address or phone number has changed. Write changes on back of payment stub.
☐ Payoff Proceeds Enclosed

Please write your loan number on your check and make payable to:
*BSI FINANCIAL SERVICES, INC.*

BSI FINANCIAL SERVICES, INC.
P.O. Box 660605
Dallas, TX 75266-0605

## BSI Financial Services, Inc.

**Mortgage Statement**

314 S. Franklin Street
P.O. Box 517
Titusville, PA 16354

Customer Service: 1-866-581-4498

www.bsifinancial.com

Property Address: 13840 ALEXANDRIA CT, DAVIE, FL 33325

STATEMENT DATE    08/18/14

| Account Number | |
| --- | --- |
| Payment Due Date | 09/01/14 |
| **Amount Due** | **$72,239.09** |

If payment is received after 09/16/14, $0.00 late fee will be charged.

JOE ALVAREZ
13840 ALEXANDRIA CT
DAVIE, FL 33325

0860

### Explanation of Amount Due

| | |
| --- | --- |
| PRINCIPAL: | $875.66 |
| INTEREST: | $964.37 |
| ESCROW (FOR TAXES AND INSURANCE) | $1,300.80 |
| REGULAR MONTHLY PAYMENT | $3,140.83 |
| TOTAL FEES AND CHARGES: | $0.00 |
| OVERDUE PAYMENTS: | $69,098.26 |
| TOTAL AMOUNT DUE: | $72,239.09 |

### Account Information

| | |
| --- | --- |
| OUTSTANDING PRINCIPAL: | $597,534.94 |
| INTEREST RATE (UNTIL MATURITY) | 2.000 |

### Transaction Activity (07/18/14 to 08/18/14)

| Date | Description | Charges | Payments |
| --- | --- | --- | --- |
| | | | |

### Past Payments Breakdown

| | Paid Last Month | Paid Year-To-Date |
| --- | --- | --- |
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied)* | $0.00 | $0.00 |
| Total | $0.00 | $0.00** |

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
**These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

### *Delinquency Notice*

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 08/18/14 you are 555 days delinquent on your mortgage loan.
Recent Account History
Payment Due 03/01/14: Unpaid balance of $3,140.83
Payment Due 04/01/14: Unpaid balance of $3,140.83
Payment Due 05/01/14: Unpaid balance of $3,140.83
Payment Due 06/01/14: Unpaid balance of $3,140.83
Payment Due 07/01/14: Unpaid balance of $3,140.83
Payment Due 08/01/14: Unpaid balance of $3,140.83
Current Payment Due 09/01/14: $3,140.83
Total: $72,239.09 due. You must pay this amount to bring your loan current.
If You Are Experiencing Financial Difficulty: See back for information about mortgage counseling or assistance.

*Important Message*

Keep upper portion for your records

# BSI Financial Services, Inc.

Mortgage Statement

314 S. Franklin Street
P.O. Box 517
Titusville, PA 16354

Customer Service: 1-800-581-4498

www.bsifinancial.com

Property Address: 13840 ALEXANDRIA CT, DAVIE, FL 33325
STATEMENT DATE      09/18/14

| Account Number | |
|---|---|
| Payment Due Date | 10/01/14 |
| **Amount Due** | **$75,379.92** |

If payment is received after 10/16/14, $0.00 late fee will be charged.

JOE ALVAREZ
13840 ALEXANDRIA CT
DAVIE, FL 33325

5982

## Explanation of Amount Due

| | |
|---|---|
| PRINCIPAL: | $877.11 |
| INTEREST: | $962.92 |
| ESCROW (FOR TAXES AND INSURANCE) | $1,300.80 |
| REGULAR MONTHLY PAYMENT | $3,140.83 |
| TOTAL FEES AND CHARGES: | $0.00 |
| OVERDUE PAYMENTS: | $72,239.09 |
| TOTAL AMOUNT DUE: | $75,379.92 |

## Account Information

| | |
|---|---|
| OUTSTANDING PRINCIPAL: | $597,524.94 |
| INTEREST RATE (UNTIL MATURITY) | 2.000 |

## Transaction Activity (08/18/14 to 09/18/14)

| Date | Description | Charges | Payments |
|---|---|---|---|
| | | | |

## Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied) | $0.00 | $0.00 |
| Total | $0.00 | $0.00** |

**Partial Payments:** Any partial payments that you make are not applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

## **Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 09/18/14 you are 668 days delinquent on your mortgage loan.
*Recent Account History*
Payment Due 04/01/14: Unpaid balance of   $3,140.83
Payment Due 05/01/14: Unpaid balance of   $3,140.83
Payment Due 06/01/14: Unpaid balance of   $3,140.83
Payment Due 07/01/14: Unpaid balance of   $3,140.83
Payment Due 08/01/14: Unpaid balance of   $3,140.83
Current Payment Due 10/01/14: $3,140.83
Total: $75,379.92 due. You must pay this amount to bring your loan current.
If You Are Experiencing Financial Difficulty: See back for information about mortgage counseling or assistance.

## **Important Messages**

Keep upper portion for your records

**BSI Financial Services, Inc.**

Mortgage Statement

314 S. Franklin Street
P.O. Box 517
Titusville, PA 16354

Customer Service: 1-866-581-4498

www.bsifinancial.com

Property Address: 13840 ALEXANDRIA CT, DAVIE, FL 33325

STATEMENT DATE    10/18/14

| Account Number | |
| --- | --- |
| Payment Due Date | 11/01/14 |
| **Amount Due** | **$78,520.75** |

If payment is received after 11/16/14, $0.00 late fee will be charged.

JOE ALVAREZ
13840 ALEXANDRIA CT
DAVIE, FL 33325

6237

## Account Information

| | |
| --- | --- |
| OUTSTANDING PRINCIPAL: | $597,524.94 |
| INTEREST RATE (UNTIL MATURITY): | 2.000 |

## Explanation of Amount Due

| | |
| --- | --- |
| PRINCIPAL: | $678.58 |
| INTEREST: | $961.45 |
| ESCROW (FOR TAXES AND INSURANCE): | $1,300.80 |
| REGULAR MONTHLY PAYMENT: | $3,140.83 |
| TOTAL FEES AND CHARGES: | $0.00 |
| OVERDUE PAYMENTS: | $75,379.92 |
| TOTAL AMOUNT DUE: | $78,520.75 |

## Transaction Activity (09/18/14 to 10/18/14)

| Date | Description | Charges | Payments |
| --- | --- | --- | --- |
| | | | |

## Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
| --- | --- | --- |
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied)* | $0.00 | $0.00 |
| Total | $0.00 | $0.00** |

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
** These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

## **Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 10/18/14 you are 716 days delinquent on your mortgage loan.
Recent Account History
Payment Due 05/01/14: Unpaid balance of  $3,140.83
Payment Due 06/01/14: Unpaid balance of  $3,140.83
Payment Due 07/01/14: Unpaid balance of  $3,140.83
Payment Due 08/01/14: Unpaid balance of  $3,140.83
Payment Due 09/01/14: Unpaid balance of  $3,140.83
Payment Due 10/01/14: Unpaid balance of  $3,140.83
Current Payment Due 11/01/14: $3,140.83
Total: $75,520.76 due. You must pay this amount to bring your loan current.

If You Are Experiencing Financial Difficulty:  See back for information about mortgage counseling or assistance.

## **Important Messages**

Keep upper portion for your records

**BSI Financial Services, Inc.**

314 S. Franklin Street
P.O. Box 517
Titusville, PA 16354
Customer Service: 1-866-581-4498

www.bsifinancial.com

JOE ALVAREZ
13040 ALEXANDRIA CT
DAVIE, FL 33325

| Amount Due | |
|---|---|
| Due By 09/01/14 | $72,239.09 |

$0.00 late fee will be charged after 09/16/14

| | |
|---|---|
| Additional Principal: | $ |
| Additional Escrow: | $ |
| Total Amount Enclosed: | $ |

*All amounts due must be paid in full before additional principal reduction can be made.

☐ Please check box if mailing address or phone number has changed. Write changes on back of payment stub.
☐ Payoff Proceeds Enclosed

Please write your loan number on your check and make payable to:
*BSI FINANCIAL SERVICES, INC.*

BSI FINANCIAL SERVICES, INC.
P.O. Box 660605
Dallas, TX 75266-0605

Please return this portion with your payment

---

**BSI Financial Services, Inc.**

314 S. Franklin Street
P.O. Box 517
Titusville, PA 16354
Customer Service: 1-866-581-4498

www.bsifinancial.com

JOE ALVAREZ
13040 ALEXANDRIA CT
DAVIE, FL 33325

Property Address: 13040 ALEXANDRIA CT, DAVIE, FL 33325

| Amount Due | |
|---|---|
| Due By 10/01/14 | $75,379.92 |

$0.00 late fee will be charged after 10/16/14

| | |
|---|---|
| Additional Principal: | $ |
| Additional Escrow: | $ |
| Total Amount Enclosed: | $ |

*All amounts due must be paid in full before additional principal reduction can be made.

☐ Please check box if mailing address or phone number has changed. Write changes on back of payment stub.
☐ Payoff Proceeds Enclosed

Please write your loan number on your check and make payable to:
*BSI FINANCIAL SERVICES, INC.*

BSI FINANCIAL SERVICES, INC.
P.O. Box 660605
Dallas, TX 75266-0605

Please return this portion with your payment

---

**BSI Financial Services, Inc.**

314 S. Franklin Street
P.O. Box 517
Titusville, PA 16354
Customer Service: 1-866-581-4498

www.bsifinancial.com

JOE ALVAREZ
13040 ALEXANDRIA CT
DAVIE, FL 33325

Property Address: 13040 ALEXANDRIA CT, DAVIE, FL 33325

| Amount Due | |
|---|---|
| Due By 11/01/14 | $78,520.75 |

$0.00 late fee will be charged after 11/16/14

| | |
|---|---|
| Additional Principal: | $ |
| Additional Escrow: | $ |
| Total Amount Enclosed: | $ |

*All amounts due must be paid in full before additional principal reduction can be made.

☐ Please check box if mailing address or phone number has changed. Write changes on back of payment stub.
☐ Payoff Proceeds Enclosed

Please write your loan number on your check and make payable to:
*BSI FINANCIAL SERVICES, INC.*

BSI FINANCIAL SERVICES, INC.
P.O. Box 660605
Dallas, TX 75266-0605

**BSI Financial Services, Inc.**

314 S. Franklin Street
P.O. Box 517
Titusville, PA 16354

Customer Service: 1-866-581-4498

www.bsifinancial.com

**Mortgage Statement**

Property Address: 13840 ALEXANDRIA CT, DAVIE, FL 33325
STATEMENT DATE    11/18/14

| Account Number | |
|---|---|
| Payment Due Date | 12/01/14 |
| **Amount Due** | **$81,661.58** |

If payment is received after 12/16/14, $0.00 late fee will be charged.

8141

JOE ALVAREZ
13840 ALEXANDRIA CT
DAVIE, FL 33325

### Account Information

| | |
|---|---|
| OUTSTANDING PRINCIPAL: | $597,524.94 |
| INTEREST RATE (UNTIL MATURITY) | 2.000 |

### Explanation of Amount Due

| | |
|---|---|
| PRINCIPAL: | $880.04 |
| INTEREST: | $959.99 |
| ESCROW (FOR TAXES AND INSURANCE): | $1,300.80 |
| REGULAR MONTHLY PAYMENT | $3,140.83 |
| TOTAL FEES AND CHARGES: | $0.00 |
| OVERDUE PAYMENTS: | $78,520.75 |
| TOTAL AMOUNT DUE: | $81,661.58 |

### Transaction Activity (10/18/14 to 11/18/14)

| Date | Description | Charges | Payments |
|---|---|---|---|
| | | | |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied) | $0.00 | $0.00 |
| Total | $0.00 | $0.00** |

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
** These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

### **Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 11/18/14 you are 747 days delinquent on your mortgage loan.

Recent Account History
Payment Due 06/01/14: Unpaid balance of $3,140.83
Payment Due 07/01/14: Unpaid balance of $3,140.83
Payment Due 08/01/14: Unpaid balance of $3,140.83
Payment Due 09/01/14: Unpaid balance of $3,140.83
Payment Due 10/01/14: Unpaid balance of $3,140.83
Payment Due 11/01/14: Unpaid balance of $3,140.83
Current Payment Due 12/01/14: $3,140.83
Total: $81,661.58 due. You must pay this amount to bring your loan current.

If You Are Experiencing Financial Difficulty: See back for information about mortgage counseling or assistance.

### Important Messages

Keep upper portion for your records.
Please return this portion with your payment.

**BSI Financial Services, Inc.**

314 S. Franklin Street
P.O. Box 517
Titusville, PA 16354
Customer Service: 1-866-581-4498

www.bsifinancial.com

JOE ALVAREZ
13840 ALEXANDRIA CT
DAVIE, FL 33325

Property Address: 13840 ALEXANDRIA CT, DAVIE, FL 33325

| | Amount Due |
|---|---|
| Due By 12/01/14 | $81,661.58 |

$0.00 late fee will be charged after 12/16/14

| Additional Principal: | $ |
|---|---|
| Additional Escrow: | $ |
| Total Amount Enclosed: | $ |

*All amounts due must be paid in full before additional principal reduction credit occurs.

☐ Please check box if mailing address or phone number has changed. Write changes on back of payment stub.
☐ Payoff Proceeds Enclosed

Please write your loan number on your check and make payable to:
BSI FINANCIAL SERVICES, INC.

BSI FINANCIAL SERVICES, INC.
P.O. Box 660605
Dallas, TX 75266-0605

