

**ORDERED in the Southern District of Florida on August 4, 2015.**

*[signature]*

**John K. Olson, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| IN RE: | |
| JOE ALVAREZ, | BANKRUPTCY<br>CASE NO.: 08-12806-JKO |
| Debtor/Plaintiff, | |
| vs. | Chapter 7<br>ADVERSARY PROCEEDING<br>CASE NO. 15-01176-JKO |
| BANK OF AMERICA, N.A., VENTURES TRUST 2013-I-H-R., and SERVIS ONE, INC. d/b/a BSI FINANCIAL SERVICES, INC., | |
| Defendants.<br>_____/ | |

**ORDER GRANTING DEFENDANTS, VENTURES TRUST 2013-I-H-R AND
SERVIS ONE, INC. D/B/A BSI FINANCIAL SERVICES, INC.'S,
<u>AMENDED MOTION TO DISMISS [ECF 26]</u>**

**THIS ADVERSARY PROCEEDING** came before the Court on the 15th day of July,

2015, upon Defendants, VENTURES TRUST 2013-I-H-R, and SERVIS ONE, INC. d/b/a BSI

In Re: Joe Alvarez v. Bank of America, N.A., et al.
Adversary Proceeding Case No. 15-01176-JKO
Order Granting Defendants, Ventures Trust 2013-I-H-R and
Servis One, Inc. d/b/a BSI Financial Services, Inc.'s, Amended
Motion to Dismiss with Prejudice [Doc No. 26]
_____

FINANCIAL SERVICES, INC.'s, Amended Motion to Dismiss with Prejudice [ECF 26] ("Motion").  Upon consideration;

It is hereby **ORDERED** that**:**

1. Defendants' Motion is **GRANTED** with leave to amend**.**

2. The Plaintiff shall have through and including **August 5, 2015** to file and serve its Amended Complaint.

3. The Defendants shall have through and including **August 12, 2015** to file and serve their respective responses to the Amended Complaint.

###


**Submitted by:**

Sherry Lambson Eisele, Esq.
Florida Bar No.: 0020516
sleisele@southmilhausen.com
South Milhausen, P.A.
1000 Legion Place, Suite 1200
Orlando, Florida 32801
Telephone     (407) 539-1638
Facsimile      (407) 539-2679
*Attorneys for Defendants, Ventures*
*Trust 2013-I-H-R and Servis One, Inc.*
*d/b/a BSI Financial Services, Inc.*

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

Andrew John Pascale
Law Office of Gary M. Singer
1391 Sawgrass Corporate Pkwy
Sunrise, FL 33323-2889
Phone:  954-851-1448
Fax:  954-252-2189
andrew@garysingerlaw.com
*(Counsel for Plaintiff, Joe Alvarez)*

2

In Re: Joe Alvarez v. Bank of America, N.A., et al.
Adversary Proceeding Case No. 15-01176-JKO
Order Granting Defendants, Ventures Trust 2013-I-H-R and
Servis One, Inc. d/b/a BSI Financial Services, Inc.'s, Amended
Motion to Dismiss with Prejudice [Doc No. 26]
_____


Emily Y. Rottmann, Esq.
McGuire Woods, LLC
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202
Phone: (904)798-3224
Fax: (904)798-3207
erottmann@mcguirewoods.com
*(Counsel for Defendant, Bank of America, N.A.)*